## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERIMARK INTERACTIVE, LLC, *et al.*,[1] | ) |
| | ) Case No. 23-10438 (TMH) |
| Debtors. | ) |
| | ) (Joint Administration Requested) |
| | ) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## L.T.D. COMMODITIES, LLC

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: AmeriMark Interactive, LLC (8556), AmeriMark Intermediate Sub, Inc. (0032), AMDRL Holdings, Inc. (8195), AmeriMark Intermediate Holdings, LLC (N/A), AmeriMark Direct LLC (9045), Dr. Leonard's Healthcare, LLC (0683), and L.T.D. Commodities LLC (4665). The corporate headquarters and the mailing address for the Debtors is 6862 Engle Road, Cleveland, Ohio 44130-7910.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERIMARK INTERACTIVE, LLC, *et al.*,[1] | ) |
| | ) Case No. 23-10438 (TMH) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

AmeriMark Interactive, LLC ("AmeriMark") and its affiliated debtors and debtors-in-possession (each a "Debtor," and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby each submit their respective Schedule of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On April 11, 2023 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under Case Number 23-10438 (TMH). The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules and Statements have been prepared by the Debtors' management, with the assistance of their legal and financial advisors, exercising best efforts to ensure accuracy and completeness. The Schedules and Statements are unaudited and were prepared with data reasonably available as of the Petition Date, or in the reasonable proximity thereof. These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements. For the avoidance of doubt, the

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: AmeriMark Interactive, LLC (8556), AmeriMark Intermediate Sub, Inc. (0032), AMDRL Holdings, Inc. (8195), AmeriMark Intermediate Holdings, LLC (N/A), AmeriMark Direct LLC (9045), Dr. Leonard's Healthcare, LLC (0683), and L.T.D. Commodities LLC (4665). The corporate headquarters and the mailing address for the Debtors is 6862 Engle Road, Cleveland, Ohio 44130-7910.

Schedules and Statements have been prepared on an entity-by-entity basis and reflect the respective assets, liabilities, and obligations of each individual Debtor.

I.    <u>Amendments to Schedules and Statements and General Reservation of Rights</u>.

1)    While the Debtors' have exercised their best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

2)    Without limiting any rights expressly reserved herein, the Debtors reserve the right to dispute, or to assert offset or defenses, to any claim reflected in the Schedules or Statements as to amount, liability, or classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in their Schedules and Statements.

3)    Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Chapter 11 Cases, including but not limited to, rights involving equitable subordination or causes of action arising under applicable sections of chapter 5 of the Bankruptcy Code and other applicable non-bankruptcy law to recover assets or avoid transfers.

4)    In the event that the Schedules and Statements differ from these Global Notes, these Global Notes shall control.

II.    <u>Basis of Presentation</u>. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to the financial statements otherwise prepared or distributed by the Debtors. The amounts set forth in the Schedules and Statements differ in some respects from the financial statements of the Debtors and are not a basis for drawing conclusions concerning the Debtors' solvency or the specific dollar amount of disputed, contingent, or unliquidated claims.

The Schedules and Statements have been reviewed and signed by Stuart Noyes, the Debtors' Chief Restructuring Officer. In reviewing and signing the Schedules and Statements, Mr. Noyes has necessarily relied upon the efforts, statements, and representations of other personnel and professionals of the Debtors. Mr. Noyes has not personally verified, and could not have personally verified, the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

III.    <u>General Assumptions</u>. The Debtors adopted the following conventions in the preparation of the Schedules and Statements:

1)    <u>Reporting Date</u>. Unless otherwise indicated, all asset and liability information is provided as of the Petition Date, and the value of all assets is presented at net book value as of the Petition Date (the most recent date for which these assets have been depreciated). The Debtors made a reasonable effort to allocate liabilities between the prepetition and postpetition periods based on the information available to the Debtors and research completed by the Debtors in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of

liabilities between the prepetition and postpetition periods and amend the Schedules and Statements accordingly.

    2)    <u>Book Value</u>.

    a)    Assets and liabilities of the Debtors are shown on the basis of the book value of the asset or liability in the Debtors' accounting books and records, unless otherwise noted, rather than the current market values of such interests in property or liabilities. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.

    b)    Amounts shown for total assets and liabilities exclude items that are designated as "unliquidated" or identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

    3)    <u>Payments</u>. Where specific payment dates are indicated in the Schedules and Statements, they relate to one of the following: (a) the date of a wire transfer, (b) the date of an Automated Clearing House payment, (c) the date of another form of electronic payment, or (d) the date the check cleared the bank.

    4)    <u>Addresses for Individuals</u>. In instances where current or former employees, officers, directors, or other similar individuals are listed in the Schedules and Statements, the Debtors' principal mailing address is shown as the address of record in order to protect the privacy of those individuals.

    5)    <u>Estimates</u>. To prepare and file the Schedules and Statements after the Petition Date, the Debtors were required to make certain estimates and assumptions that affect certain of the reported amounts of their assets and liabilities.

    6)    <u>Causes of Action</u>. Despite their reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy law to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims, causes of action, or avoidance actions.

    7)    <u>Litigation</u>. Certain litigation actions (collectively, the "<u>Litigation Actions</u>") reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is a party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

8)    Materialman's/Mechanic's Liens.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

9)    Owned Property and Equipment.  Property and equipment are stated at cost less accumulated depreciation and are depreciated, using the straight-line method, over their estimated useful life ranging from three to seven years.  Property, plant, and equipment held under capital leases are amortized on a straight-line basis over the shorter of the lease term or estimated useful life of the asset.  Leasehold improvements are stated at cost less accumulated depreciation and are depreciated, using the straight-line method, over the lesser of the expected lease term or their estimated useful life ranging from seven to ten years.  Amortization of leasehold improvements is included in depreciation expense.  Maintenance and repairs are charged to operations as incurred.  When assets are disposed of, the proceeds, if any are booked to offset any loss or addition to any gain recorded in other income (expense).

10)    Inventory.  The Debtors' inventory value is reflected at the weighted average cost and represents an unaudited amount. While the Debtors' books include an inventory reserve, the inventory value does not reflect any specific adjustment to reflect the valuation of lower of cost of market value in accordance with generally accepted accounting principles.

11)    Trade Accounts Receivable and Accounts Payable.  Trade accounts receivable are presented net of an allowance for doubtful accounts, but without consideration for any liabilities related to open or terminated contract liabilities, liquidated damages, setoff rights, or collateral held by the Debtors, unless otherwise stated.  Likewise, accounts payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff rights, or collateral that has been posted on behalf of the counterparty.

12)    Claims Description.  The Debtors' decision to designate a claim listed on the Schedules as "disputed," "contingent," or "unliquidated" is subject to review at any time as permitted by the Bankruptcy Code.  Any failure to designate a claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to subsequently amend their Schedules to designate a claim as "disputed," "contingent," or "unliquidated" in the event the Debtors determine that such claim is disputed, or subject to setoff rights, counterclaims, or defenses as to amount, liability, or classification.

13)    Claims.  The Schedules list creditors and set forth the Debtors' best estimate of the claims of creditors as of the Petition Date.  The claim amount reflected on the Schedules may include the Debtors' estimates for vendor charges not yet invoiced.  By estimating certain invoices, the Debtors do not represent that they have sought to identify and estimate all un-invoiced vendor charges.

Pursuant to various "first day" orders entered by the Bankruptcy Court (the "First Day Orders"), the Debtors are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, taxes, insurance programs, and customer programs.

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired nonresidential real property leases that may or may not be rejected, to the extent such claims exist.

14)    <u>Employee Claims</u>.  The Bankruptcy Court entered a First Day Order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations.  The Debtors expect that most prepetition employee claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not indicate such claims.

15)    <u>Excluded Assets and Liabilities</u>.  The Debtors have excluded certain categories of liabilities from the Schedules and Statements, including, but not limited to, certain accrued customer refunds and rebates and certain accrued sales taxes, which the Debtors are authorized to and may pay pursuant to the authority granted by the First Day Orders.  Additionally, other immaterial or nominal assets and liabilities may have been excluded from the Schedules and Statements.

16)    <u>Recharacterization</u>.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, due to the complexity and size of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all of their rights to characterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

IV.    <u>Schedules of Assets and Liabilities</u>.

1)    <u>Schedule A/B: Assets – Real and Personal Property</u>.

a)    <u>Part 74 and 75</u>.  Potential preference actions or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

2)    <u>Schedule D: Creditors Who Have Claims Secured By Property</u>.

a)    Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute

or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

b)      Except as specifically stated herein, real property sub-lessors, utility companies, and other parties that may have lien rights on certain assets have not been listed on Schedule D.

3)      <u>Schedule E/F: Creditors Who Have Unsecured Claims</u>.

a)      <u>General</u>.

i.    Certain of the scheduled amounts are owed as of the Petition Date and are not adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court in the First Day Orders.

ii.   Many of the claims listed arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors does not list dates for certain claims listed on Schedule E/F.

iii.  Any discrepancy between Schedule E/F and the list of the Debtors' top 30 creditors attached to the Debtors' petitions results from the continued examination and analysis of the Debtors' books and records following the Petition Date.

iv.   While vendors may have contractual payment terms with the Debtors, certain vendors started to require prepayments for product prior to the Petition date. Any prepayments have been netted against amounts due to those respective vendors in the respective Debtor's Schedule E/F.

v.    Certain of the Debtors' vendors received letters of credit issued by non-debtor CSC Generation Holdings, Inc.

6

("CSC").  Prior to the Petition Date, without the Debtors' knowledge, such vendors may have drawn on such letters of credit, which would reduce and net down the claim of these vendors.

b)    Part 1: Creditors with Priority Unsecured Claims

    i.  Claim amounts are broken into two categories: "Total claim" and "Priority amount."  The aggregate amounts listed for Schedule E/F in the Summary of Schedules for the Debtors reflect the total claim amount.  In instances where the total claim amount is greater than the priority amount, the difference appears as a nonpriority unsecured claim in Part 2 of Schedule E/F.  The Debtors reserve the right to take the position that any claim listed on this Schedule is not entitled to priority.

    ii.  The Bankruptcy Court has authorized, but not directed, the Debtors to, among other matters, pay certain prepetition wages, salaries, employee benefits, and other obligations up to the statutory cap of $15,150.  To the Extent that any employees have been paid or will be paid in accordance with the Bankruptcy Court's First Day Order governing wages, salaries, and employee benefits, such claims have not been listed.

    iii.  The Debtors are seeking to sell substantially all of their assets.  To the extent that such a sale closes, the amount of the Debtors' priority unsecured claims may be significantly reduced.  The Debtors reserve the right to amend the amount of such claims under such circumstances.

    iv.  After the Petition Date, certain of the Debtors' former employees filed an adversary proceeding against all Debtors asserting class action claims stemming from alleged WARN Act violations.  Although the adversary complaint lists all Debtors as defendants, the Debtors have listed the potential claims resulting therefrom only on the Schedule E/F of the respective Debtor entity that employed the former employees.  The total potential WARN Act liability, which is unliquidated and disputed, would be reduced to the extent that certain of the former employees have been recalled or reemployed by the relevant Debtor entity.  These reductions are not reflected in the figures listed in Schedule E/F.

c) <u>Part 2: Creditors with Nonpriority Unsecured Claims</u>

    i. Part 2 does not include certain deferred charges, deferred liabilities, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

    ii. The claims of individual creditors reflect the amounts listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor. The Debtors reserve all rights respecting such credits or allowances.

    iii. In certain instances, a Debtor may be a guarantor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule E/F of any Debtor is intended to acknowledge claims of creditors that may be otherwise satisfied or discharged.

    iv. The Debtors used reasonable efforts to assign address information to potential claimants identified in Schedule F. However, where unknown, the address information has not been provided. The Debtors will continue to use reasonable efforts to locate contact information for these parties.

4) <u>Schedule G: Executory Contracts and Unexpired Leases</u>.

a) Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters or other documents, instruments, or agreements which may not be listed therein. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

b) Certain of the leases and contracts listed on Schedule G may contain purchase orders, amendments, restatements, waivers, and other miscellaneous rights that are embedded in the Debtors' agreements. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Schedule G may not include certain stand-alone purchase orders for goods, services, or equipment, nondisclosure agreements, or volume penalty agreements. The Debtors reserve all rights with respect to any agreements that are not included on Schedule G.

c)      The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

d)      Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted contract or agreement.

e)      For the purposes of Schedule G, the Debtors have listed contracts only where the Debtors are a party to the contract. The omission of any contract from Schedule G to which the Debtors are an intended beneficiary shall not constitute a waiver of any rights the Debtors may have in that contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

f)      CSC is a party to certain contracts with third parties, under which the Debtors receive services from such third parties pursuant to the Debtors' shared services agreement with CSC. For the avoidance of doubt, the contracts between CSC and the third parties are not listed in Debtors' Schedule G where the Debtors are not parties to the underlying contracts. As of the Petition Date, there may have been outstanding obligations due and owing to the third parties for services provided to the Debtors. Those liabilities are generally included in the Debtors' Schedule E/F as unsecured obligations of the respective Debtor that received such services.

5)      <u>Schedule H: Co-Debtors.</u>

     a)      For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

     b)      In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H.

6)   <u>Statements of Financial Affairs</u>.

a)   Part 2 - 4.  Within one year before prior to the Petition Date, there were certain payments made by the Debtors to CSC.  These payments were made pursuant to shared services agreement by and between the Debtors and CSC, whereby the Debtors received certain essential business services, including, but not limited to, assistance with marketing activities, freight and logistics services, shared insurance and healthcare services, human resources services, and payroll processing functions.

b)   Part 11 - 21.  The Debtors are in possession of inventory from certain vendors that may or may not constitute consigned inventory.  For the avoidance of doubt, nothing in these Global Notes or the Statements shall constitute an admission or waiver with respect to the inventory's status as consigned inventory or the legitimacy of any alleged lien rights asserted by any vendors with respect to the same.

c)   Part 28.  Raquel Rochelle serves in the capacity of secretary of the Debtors.  For the avoidance of doubt, Ms. Rochelle is not listed in Part 28 of the Statements because she does not have independent authority to make decisions for the Debtors on material matters and is not, and has never been, in control of the Debtors.

d)   Part 30.  Prior to the Petition Date, the Debtors made payments to Riveron Management Services, LLC ("<u>Riveron</u>") for the services provided by Stuart Noyes in his capacity as Chief Restructuring Officer of the Debtors.  For the avoidance of doubt, the Debtors did not make any payments directly to Mr. Noyes.  The payments made to Riveron within one year prior to the Petition Date are disclosed in Part 11 of the Statements.

* * * END OF GLOBAL NOTES * * *

**Fill in this information to identify the case:**

**Debtor name:** L.T.D. Commodities, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 23-10444 (TMH)

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $11,778,347.10 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $11,778,347.10 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $241,961,442.64

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $4,132,190.94 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $72,860,233.93 |

**4. Total Liabilities**
Lines 2 + 3a + 3b — $318,953,867.51

**Fill in this information to identify the case:**

Debtor name: **L.T.D. Commodities, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-10444 (TMH)**

☐ **Check if this is an amended filing**

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**

| 2.1 | | $0.00 |
| --- | --- | --- |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| --- | --- | --- | --- | --- |
| 3.1 | BMO | Deposit (ZBA) | x1749 | $8,000.00 |
| 3.2 | PNC Bank | Deposit (ZBA) | x7901 | $35,809.70 |
| 3.3 | PNC Bank | Deposit (ZBA) | x2862 | $11,795.83 |
| 3.4 | PNC Bank | Deposit (ZBA) | x6943 | $843,658.76 |
| 3.5 | PNC Bank | Deposit (ZBA) | x5181 | $10,184.23 |
| 3.6 | PNC Bank | Operating | x2854 | $860,826.80 |
| 3.7 | PNC Bank | Disbursement (ZBA) | x6927 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3.8 | PNC Bank | Disbursement Payroll (ZBA) | x6898 | $0.00 |
| 3.9 | PNC Bank | Disbursement Flexible Spending | x6935 | $11,153.01 |
| 3.10 | PNC Bank | Disbursement Wires and ACH Payments (ZBA) | x6863 | $0.00 |
| 3.11 | PNC Bank | Disbursement Customer Refunds (ZBA) | x6871 | $0.00 |
| 3.12 | PNC Bank | Term Loan Priority | x5716 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,781,428.33

**Part 2:** **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | City of Aurora -Westridge (09-04) | $100.00 |
| 7.2 | Security Deposit for Beniversal Card pre-fund 2022 | $6,647.84 |
| 7.3 | Wells Daily Reserve LTD/LSC | $885,000.00 |
| 7.4 | Federal Insurance Company - LTD LLC 2003-2004 (12-03) | $20,000.00 |
| 7.5 | The Hartford (05-12) | $35,000.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | See Exhibit AB 8 | $1,973,750.89 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,920,498.73

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | | |
| 11a. | 90 days old or less: | $5,466,472.80 | − | $434,805.50 | = ........ ➜ | $5,031,667.30 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $8,280,068.39 | − | $6,844,839.53 | = ........ ➜ | $1,435,228.86 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $6,466,896.16 |

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:              % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 See attached Schedule AB 21 Exhibit | | $37,394,770.99 | N/A | Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes       Book value       $405,252.99       Valuation method   N/A       Current value   Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____    _____    _____    _____    $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____    _____    _____    _____    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 See Exhibit 39 | $4,133,253.72 | N/A | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 See Exhibit 40 | $974,298.13 | N/A | Undetermined |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See Exhibit 41 | $7,548,472.78 | N/A | Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2002 DODGE CARAVAN MINIVAN -REPLACEMENT | $0.00 | N/A | Undetermined |
| 47.2<br>2010 DODGE GRAND CARAVAN | $1,350.00 | N/A | Undetermined |
| 47.3<br>2010 DODGE GRAND CARAVAN | $1,350.00 | N/A | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    Office - 200 Tri-State International, Lincolnshire, IL 60069 | Leasehold | | None | $0.00 |
| 55.2    Warehouse - 1000 Bilter Road, Aurora, IL 60502 | Leasehold | | None | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1    See attached Schedule AB 60 Exhibit | $0.00 | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1    See attached Schedule AB 61 Exhibit | $0.00 | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

63.1

| Company maintains extensive customer mailing list as part of its normal operations as a catalogue mailing company | $0.00 | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| | | | $0.00 |

**65. Goodwill**

65.1

| | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

71.1

| | total face amount | - | doubtful or uncollectible amount | = → | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1

| Illinois Sales and Use Tax Credit | Tax year | Various | $455,403.81 |

72.2

| Pennsylvania Sales Tax Credit | Tax year | Various | $91,539.08 |

**73. Interests in insurance policies or annuities**

73.1

| See Schedule AB 73 Exhibit | | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

1) AmeriMark Interactive, LLC; L.T.D. Commodities LLC; AmeriMark Direct LLC; and Dr.          Undetermined
Leonard's Healthcare Corp. v. LSC Communications MCL LLC, and LSC Communications
LLC
Case No. 2022-L-008951
Circuit Court of Cook County, Illinois

Nature of Claim          Breach of Contract

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1                                                                                                                $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1                                                                                                                $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Intercompany Receivable - Touch of Modern                                                                       $33,788.78

77.2

Intercompany Receivable - Sur La Table                                                                          $15,042.01

77.3

Intercompany Receivable - One Kings Lane                                                                         $1,542.42

77.4

Intercompany Receivable - DirectBuy                                                                              $2,231.81

77.5

Intercompany Receivable - Z Galleries                                                                            $9,975.97

77.6

The Debtor is a party to indemnification agreements with certain of the Debtors' vendors        Unknown
pursuant to which the vendors have agreed to indemnify the Debtors

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                             $609,523.88

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,781,428.33 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,920,498.73 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $6,466,896.16 | |

**83. Investments.** Copy line 17, Part 4.                                    $0.00

**84. Inventory.** Copy line 23, Part 5.                                    $0.00

**85. Farming and fishing-related assets.** Copy line 33, Part 6.            $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy    $0.00
line 43, Part 7.

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.           $0.00

**88. Real property. Copy line 56, Part 9.**                      →          $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.      $0.00

**90. All other assets.** Copy line 78, Part 11.                   $609,523.88

**91. Total. Add lines 80 through 90 for each column**    91a.  $11,778,347.10     91b.          $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $11,778,347.10

**SCHEDULE AB 8 - Schedule Form - Updated ATTACHMENT**
Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

**Schedule A/B 8**
*Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent*

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Paper - LINDENMEYR CENTRAL, LINDENMEYR BOOK | $597,268.33 |
| Prepaid - Postage | $12,006.66 |
| Prepaid Energy - Long Term - Ridgewood Energy JE218212 (12-07) | $30,160.99 |
| Alliant - Bureau of Customs & Border Protection | $1,334.79 |
| AmericanDigital - 4hr Parts del SW SUP & SVCS | $11,108.09 |
| AmericanDigital - 4hr Parts del SW SUP & SVCS Tax portion | $1,119.82 |
| Prepaid - AmericanDigital - SAID 1049 5969 FM-List1-01 | $1,984.79 |
| Prepaid - AmericanDigital - HPE SN3600B 32Gb FC Switch Support | $644.59 |
| Prepaid - AmericanDigital - HPE DL3838XGen 10 Support | $2,790.58 |
| Prepaid - AmericanDigital - SAID 1049 6481 | $11,720.55 |
| Prepaid - Avalara, Inc - Enterprise Support Service | $14,154.48 |
| Prepaid - Bazaar Voice - Applications for Facebook | $20,361.96 |
| Prepaid - Better Business Bureau - Membership Dues | $1,508.36 |
| Prepaid - Calero - Call Accounting 1 Year maintenance Tax | $11.86 |
| Prepaid - Calero - Call Accounting 1 Year maintenance | $148.27 |
| Prepaid - CDW - Software | $11,377.37 |
| Prepaid - CGS Publising Technologies - Maintenance and service | $936.36 |
| Prepaid - CGS Publising Technologies - Maintenance and service Tax Portion | $58.52 |
| Prepaid - Chanel Advisor - Premium Marketplaces | $18,510.90 |
| Prepaid - Chanel Advisor - Premium Marketplaces & First Party | $19,181.59 |
| Prepaid - Chanel Advisor - Premium Marketplaces | $18,857.14 |
| Prepaid - Cigna Group Insurance - Business Travel Accident | $139.73 |
| Prepaid - Clario - Clario Platform | $40,054.95 |
| Prepaid - Colasoft - Maintenance | $1,295.56 |
| Prepaid - COTG - Annual License fee | $12,488.77 |
| Prepaid - Datec - Computer software | $7,987.83 |
| Prepaid - easyonhold - Licensed music | $1,210.86 |
| Prepaid - Enviro - WO M0003375: Maintenance | $305.66 |
| Prepaid - Figma, Inc - Professional Team | $173.11 |
| Prepaid - Grayscale Labs, inc. - Grayscale Platform | $2,376.37 |
| Prepaid - GS1 US - Lincensed Company Prefix (es) | $2,347.40 |
| Prepaid - Idera - SQL Safe Ren. Maintenance | $4,464.29 |
| Prepaid - Idera - SQL Safe Ren. Maintenance | $265.14 |
| Prepaid - Itworks - Maintenance and support | $991.28 |
| Prepaid - Ironclad - Support | $2,867.20 |
| Prepaid - Linked In - Service and Support | $3,445.05 |
| Prepaid - Linked In - Service and Support | $3,720.51 |

**SCHEDULE AB 8 - Schedule Form - Updated ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid - Lockton - 21-27 D&O/EPL/FID Project Dispatch | $131,649.17 |
| Prepaid - Lockton - Commercial Insurance | $145,095.37 |
| Prepaid - Lockton - Commercial Insurance | $201,437.49 |
| Prepaid - Longbow - Sofware as a service | $25,150.68 |
| Prepaid - Loqate - License | $11,009.84 |
| Prepaid - MM Hayes - Maintenance Agreement | $4,203.70 |
| Prepaid - MM Hayes - Maintenance Agreement Tax portion | $262.73 |
| Prepaid - MNJ Technologies - License and subscription | $16,982.26 |
| Prepaid - Merchant Risk Council - Membership Dues | $497.26 |
| Prepaid - Microsft Licensing, GP - Enterprise Servers | $93,354.35 |
| Prepaid - Microsft Licensing, GP - Enterprise Servers | $100,117.26 |
| Prepaid - Monday.com - Work OS - Enterpise | $4,882.19 |
| Prepaid - On Location - Subscription | $738.49 |
| Prepaid - One Medical - Membership Dues | $239.33 |
| Prepaid - Oracle - Sofware Update License & Support | $65.45 |
| Prepaid - Oracle - Sofware Update License & Support | $3,624.90 |
| Prepaid - Oracle - Sofware Update License & Support | $9,332.73 |
| Prepaid - Otis Elevator Co. - Maintenance Serve | $863.07 |
| Prepaid - Paymetric - XiPayNet Services | $4,867.42 |
| Prepaid - Peak - Ryzex - Serv. Moore LM 6.5 Pressure | $142.88 |
| Prepaid - Pitney Bowes - Equipment Service - 1E29 / 0009929 | $862.48 |
| Prepaid - Pitney Bowes - Equipment Mainteance - DI950 | $265.68 |
| Prepaid - Precisely - Transaction Module - Desktop | $5,885.13 |
| Prepaid - Qualtrics - Customer Care | $15,524.93 |
| Prepaid - Register of Copyrights - Copyright deposit | $655.00 |
| Prepaid - Radial - Annual Support and Maintenance | $813.15 |
| Prepaid - Revere Electric Supply - Support | $1,327.73 |
| Prepaid - Risk Strategies - Cyber Liability | $14,016.76 |
| Prepaid - Risk Strategies - Cyber Liability | $17,112.50 |
| Prepaid - Risk Strategies - Workers Comp | $46,598.37 |
| Prepaid - Risk Strategies - Commercial Pkg Qtrly Install | $2,124.42 |
| Prepaid - Risk Strategies - Commercial Pkg Qtrly Install | $12,346.01 |
| Prepaid - Risk Strategies - Boiler/Mach equip brkd | $208.76 |
| Prepaid - Risk Strategies - Ocean Cargo | $5,498.43 |
| Prepaid - Risk Strategies - Liability Audit | $3,905.48 |
| Prepaid - Risk Strategies - Media Liability | $2,669.83 |
| Prepaid - Risk Strategies - Excess Umbrella | $8,493.12 |
| Prepaid - Sage Software  - FAS Maintenance Renewal | $1,504.12 |
| Prepaid - SAP America, Inc. - Standard Support Order no 1000112037 | $5,048.91 |
| Prepaid - SAP America, Inc. - Standard Support Order no 3060006825 | $25,492.03 |

In re: LTD Commodities, LLC

Case No. 23-10444

**SCHEDULE AB 8 - Schedule Form - Updated ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid - SAP America, Inc. - Standard Support Order no 3060063826 | $2,722.45 |
| Prepaid - SAP America, Inc. - Standard Support Order no 306008441 | $20,624.62 |
| Prepaid - SAP America, Inc. - Standard Support Order no 30600083829 | $18,974.65 |
| Prepaid - SAP America, Inc. - Stardard Support Order no 1000109726 | $4,843.19 |
| Prepaid - Sayers -  Support & Maintenance Sub | $15,358.35 |
| Prepaid - Sayers -  Support & Maintenance Sub Tax portion | $1,113.48 |
| Prepaid - Semrush - Guru | $1,165.45 |
| Prepaid - Shi International Corp - Maintenance | $6,783.56 |
| Prepaid - Shi International Corp - Maintenance | $1,190.59 |
| Prepaid - Shi International Corp - Maintenance | $6,362.43 |
| Prepaid - United States Postal Service - Annual License fee | $5,213.70 |
| Prepaid - Validity - Service Gold Plus | $11,849.32 |
| Prepaid - Vertiv - Maintenance Service | $479.01 |
| Prepaid - Vertiv - Maintenance Service | $217.40 |
| Prepaid - Waterford Tech  - MailMeter cust care annual maint | $7,118.36 |
| Prepaid - Working Machines Co. - SwiftPic Upgrade Current version | $4,791.78 |
| Prepaid - Wunderkind - Service contract Text of # 1 | $487.50 |
| Prepaid - Wunderkind - Service contract Text of # 2 | $487.50 |
| Prepaid - Xanadex - Maintenance Service | $11,158.43 |
| Prepaid - Xanadex - Maintenance Service | $857.34 |
| Prepaid - Xanadex - Maintenance Service | $19,771.09 |
| Prepaid - Zendesk, Inc - Subscription | $21,008.22 |
| Prepaid - Zendesk, Inc - Subscription | $9,995.32 |
| Prepaid - Zoho - Annual Maintenance fee | $15,677.24 |
| Prepaid - Zoho - Maintenance Tax Portion | $1,250.76 |

**Total**                                             **$1,973,750.89**

**SCHEDULE AB 21 ATTACHMENT**
Finished Goods, including Goods Held for Resale

*esale*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| APPAREL ACCESSORIES - FASHION SETS | $ 2,221.21 | N/A | Undetermined |
| APPAREL ACCESSORIES - HAIR ACCESSORIES | $ 16.38 | N/A | Undetermined |
| APPAREL ACCESSORIES - HATS / EARMUFFS | $ 64,433.45 | N/A | Undetermined |
| APPAREL ACCESSORIES - HOSIERY | $ 240,053.33 | N/A | Undetermined |
| APPAREL ACCESSORIES - MITTENS / GLOVES | $ 67,837.32 | N/A | Undetermined |
| APPAREL ACCESSORIES - SCARVES / TIES | $ 61,188.66 | N/A | Undetermined |
| APPAREL ACCESSORIES - SUNGLASSES / GLASSES | $ 17,169.36 | N/A | Undetermined |
| APPAREL ACCESSORIES - UMBRELLAS & SETS | $ 35.23 | N/A | Undetermined |
| APPAREL ACCESSORIES - WINTER SETS | $ 23,084.03 | N/A | Undetermined |
| BABY - APPAREL | $ 3,123.29 | N/A | Undetermined |
| BABY - NURSERY | $ 1,089.35 | N/A | Undetermined |
| BABY - TOYS | $ 20,261.10 | N/A | Undetermined |
| BOOKS - ACCESSORIES | $ 271.06 | N/A | Undetermined |
| BOOKS - ACTIVITY BOOKS | $ 147,652.61 | N/A | Undetermined |
| BOOKS - CHILDRENS | $ 213,854.50 | N/A | Undetermined |
| BOOKS - COOKBOOKS | $ 125,078.65 | N/A | Undetermined |
| BOOKS - Educational Activity | $ 790.95 | N/A | Undetermined |
| BOOKS - GENERAL ADULT | $ 87,984.47 | N/A | Undetermined |
| BOOKS - REFERENCE / SELF-HELP / HEALTH | $ 30,760.58 | N/A | Undetermined |
| BOOKS - RELIGIOUS / INSPIRATIONAL | $ 194.17 | N/A | Undetermined |
| DOMESTICS - AFGHANS / THROWS | $ 546,698.60 | N/A | Undetermined |
| DOMESTICS - BATH | $ 1,367,594.51 | N/A | Undetermined |
| DOMESTICS - BEACH | $ 42,842.15 | N/A | Undetermined |
| DOMESTICS - BED ACCESSORIES | $ 6,307.54 | N/A | Undetermined |
| DOMESTICS - BED PILLOWS | $ 64,981.58 | N/A | Undetermined |
| DOMESTICS - BEDDING | $ 164,515.46 | N/A | Undetermined |
| DOMESTICS - BLANKETS | $ 25,029.54 | N/A | Undetermined |
| DOMESTICS - COMFORTER SETS | $ 958,679.53 | N/A | Undetermined |
| DOMESTICS - DECORATIVE PILLOWS | $ 1,165,922.86 | N/A | Undetermined |
| DOMESTICS - DOORMATS | $ 117,661.02 | N/A | Undetermined |
| DOMESTICS - FURNITURE COVERINGS | $ 1,778,044.89 | N/A | Undetermined |
| DOMESTICS - KITCHEN | $ 405,658.81 | N/A | Undetermined |
| DOMESTICS - PLACEMATS / RUNNERS | $ 151,330.20 | N/A | Undetermined |
| DOMESTICS - QUILTS | $ 1,406,456.11 | N/A | Undetermined |
| DOMESTICS - RUGS | $ 746,812.42 | N/A | Undetermined |
| DOMESTICS - SHEETS | $ 538,603.01 | N/A | Undetermined |
| DOMESTICS - STOCKINGS AND TREE SKIRTS | $ 67,422.51 | N/A | Undetermined |
| DOMESTICS - TABLECLOTH | $ 192,046.55 | N/A | Undetermined |
| DOMESTICS - WINDOW COVERINGS | $ 1,255,682.54 | N/A | Undetermined |
| ELECTRONICS - ACCESSORIES / ELECTRONIC GADGETS | $ 137,243.15 | N/A | Undetermined |
| ELECTRONICS - ALARM CLOCKS | $ 6,998.66 | N/A | Undetermined |
| ELECTRONICS - AUDIO | $ 214,778.60 | N/A | Undetermined |
| ELECTRONICS - CAMERAS | $ 2,801.73 | N/A | Undetermined |
| ELECTRONICS - COMPUTER HARDWARE / ACCESSORIES | $ 46,774.98 | N/A | Undetermined |
| ELECTRONICS - MP / IPOD & ACCESSORIES | $ 63,484.06 | N/A | Undetermined |
| ELECTRONICS - PHONE / ACCESSORIES | $ 117,003.72 | N/A | Undetermined |
| ELECTRONICS - VIDEO GAMES | $ 1,368.30 | N/A | Undetermined |
| FOOD ITEMS - BEVERAGE / DRINK MIXES | $ 5,344.84 | N/A | Undetermined |
| FOOD ITEMS - CAKES / COOKIES | $ 17,893.02 | N/A | Undetermined |
| FOOD ITEMS - CANDY | $ 18,082.74 | N/A | Undetermined |
| FOOD ITEMS - COFFEE / TEA / COCOA | $ 10,344.30 | N/A | Undetermined |
| FOOD ITEMS - FRUITS / JELLIES | $ 308.88 | N/A | Undetermined |
| FOOD ITEMS - GIFT SET ASSORTMENTS | $ 164,547.63 | N/A | Undetermined |
| FOOD ITEMS - POPCORN / NUTS / PRETZELS | $ 8,170.36 | N/A | Undetermined |
| FOOD ITEMS - SPICES / CONDIMENTS / CONFECTIONS | $ 12,604.68 | N/A | Undetermined |
| FURNITURE - BATHROOM FURNITURE | $ 54,810.18 | N/A | Undetermined |
| FURNITURE - CHAIRS STOOLS BENCHES | $ 294,858.61 | N/A | Undetermined |
| FURNITURE - CHILDREN'S FURNITURE | $ 64,734.57 | N/A | Undetermined |
| FURNITURE - DINING KITCHEN | $ 225,125.35 | N/A | Undetermined |
| FURNITURE - LIVING/FAMILY ROOM | $ 15.99 | N/A | Undetermined |
| FURNITURE - OFFICE FURNITURE | $ 48,006.83 | N/A | Undetermined |
| FURNITURE - OUTDOOR FURNITURE | $ 433,180.70 | N/A | Undetermined |
| FURNITURE - SHELVES | $ 196,217.91 | N/A | Undetermined |
| FURNITURE - STORAGE UNITS | $ 545,790.88 | N/A | Undetermined |
| FURNITURE - TABLES STANDS | $ 924,583.64 | N/A | Undetermined |
| GARDEN - BIRDBATHS | $ 16,632.87 | N/A | Undetermined |
| GARDEN - BIRDHOUSES | $ 55,470.42 | N/A | Undetermined |
| GARDEN - BULBS / SEEDS / GROWING KITS | $ 229.96 | N/A | Undetermined |
| GARDEN - EXTERIOR LIGHTING | $ 830,228.64 | N/A | Undetermined |
| GARDEN - FOUNTAINS | $ 40,823.41 | N/A | Undetermined |
| GARDEN - GARDEN TOOLS / SUPPLIES | $ 91,714.02 | N/A | Undetermined |
| GARDEN - HOSE / SPRINKLER & ATTACHMENTS | $ 32,462.60 | N/A | Undetermined |
| GARDEN - INDOOR / OUTDOOR PLANTERS | $ 699,255.30 | N/A | Undetermined |
| GARDEN - MIXED GENERICS | $ 54,776.57 | N/A | Undetermined |
| GARDEN - OUTDOOR FEEDERS | $ 33,069.60 | N/A | Undetermined |
| GARDEN - SOLAR | $ 295,058.99 | N/A | Undetermined |
| GARDEN - STATUES | $ 119,387.48 | N/A | Undetermined |
| GARDEN - STEPPING STONES | $ 15,939.25 | N/A | Undetermined |
| GARDEN - THERMOMETERS | $ 28,130.94 | N/A | Undetermined |
| GARDEN - WINDCHIMES | $ 67,834.15 | N/A | Undetermined |
| GARDEN - WINDSOCKS / FLAGS | $ 14,804.37 | N/A | Undetermined |
| GARDEN - YARD & GARDEN YARD ART | $ 1,169,306.11 | N/A | Undetermined |
| GENERAL GIFT - Boxes Tins Cases | $ 563.62 | N/A | Undetermined |

SCHEDULE AB 21 ATTACHMENT
Finished Goods, including Goods Held for Resale

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| GENERAL GIFT - Collectibles | $ 26,436.75 | N/A | Undetermined |
| GENERAL GIFT - Keepsake | $ 3,601.65 | N/A | Undetermined |
| GENERAL GIFT - Musical | $ 1,170.94 | N/A | Undetermined |
| GENERAL GIFT - Ornaments | $ 362,112.97 | N/A | Undetermined |
| GENERAL GIFT - Plaques | $ 127,205.71 | N/A | Undetermined |
| GENERAL GIFT - Sculpture Figurines | $ 147,859.74 | N/A | Undetermined |
| GENERAL GIFT - Stuffed Articles Fabric | $ 3,151.30 | N/A | Undetermined |
| GENERAL GIFT - Wedding | $ 2,922.66 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - BACK PACKS | $ 8,017.64 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - BUSINESS CASES | $ 19,451.41 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - CELL PHONE / IPOD CASES | $ 24,009.89 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - LUGGAGE SETS | $ 274,253.59 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - LUNCH TOTES | $ 10,195.29 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - PURSES | $ 193,577.81 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - SPORTS BAGS | $ 26.14 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - TRAVEL ORGANIZER BAGS | $ 6,619.68 | N/A | Undetermined |
| HANDBAGS / LUGGAGE - WALLETS / CHECKBOOK | $ 9,461.27 | N/A | Undetermined |
| HARDWARE - AUTO ACCESSORIES | $ 219,748.34 | N/A | Undetermined |
| HARDWARE - CLEANERS / POLISHES / CHEMICALS | $ 53,831.59 | N/A | Undetermined |
| HARDWARE - FLASHLIGHTS / LANTERNS | $ 83,262.57 | N/A | Undetermined |
| HARDWARE - FLOOR CARE / CLEANING HARDWARE | $ 99,920.74 | N/A | Undetermined |
| HARDWARE - FUNCTIONAL LIGHTING / POWER OUTLETS | $ 177,766.73 | N/A | Undetermined |
| HARDWARE - GENERAL HARDWARE / SUPPLIES | $ 521,999.04 | N/A | Undetermined |
| HARDWARE - HOME SECURITY | $ 27,605.29 | N/A | Undetermined |
| HARDWARE - PEST CONTROL | $ 32,137.23 | N/A | Undetermined |
| HARDWARE - TOOLS | $ 107,268.76 | N/A | Undetermined |
| HOME DÉCOR - Baskets | $ 68,917.80 | N/A | Undetermined |
| HOME DÉCOR - Candle Holders | $ 276,311.69 | N/A | Undetermined |
| HOME DÉCOR - Candles | $ 146,515.99 | N/A | Undetermined |
| HOME DÉCOR - Clocks | $ 102,699.23 | N/A | Undetermined |
| HOME DÉCOR - Decorative Accessories | $ 861,281.28 | N/A | Undetermined |
| HOME DÉCOR - Decorative Hardware | $ 2,500.53 | N/A | Undetermined |
| HOME DÉCOR - Door stops Dodgers | $ 17,026.28 | N/A | Undetermined |
| HOME DÉCOR - Frames | $ 39,460.90 | N/A | Undetermined |
| HOME DÉCOR - Lamps Lights | $ 336,601.77 | N/A | Undetermined |
| HOME DÉCOR - Lighted Decoration | $ 778,661.07 | N/A | Undetermined |
| HOME DÉCOR - Magazine Mail Racks | $ 15,423.32 | N/A | Undetermined |
| HOME DÉCOR - Mirrors | $ 158,220.19 | N/A | Undetermined |
| HOME DÉCOR - Mixed Collections | $ 179,291.76 | N/A | Undetermined |
| HOME DÉCOR - Plants / Floral | $ 342,305.03 | N/A | Undetermined |
| HOME DÉCOR - Vases | $ 49,659.92 | N/A | Undetermined |
| HOME DÉCOR - Wall Art | $ 399,965.89 | N/A | Undetermined |
| HOME DÉCOR - Wall Borders and Appliques | $ 116,820.89 | N/A | Undetermined |
| HOME DÉCOR - Wall Hangings | $ 596,625.30 | N/A | Undetermined |
| HOME DÉCOR - Wall Sconces | $ 5,365.89 | N/A | Undetermined |
| HOME DÉCOR - Warmers Room Scents | $ 8,531.13 | N/A | Undetermined |
| HOME DÉCOR - Wreaths Hangers Swags Garlands | $ 966,655.40 | N/A | Undetermined |
| HOUSEWARES - APPLIANCES | $ 25,653.76 | N/A | Undetermined |
| HOUSEWARES - BAKEWARE | $ 193,398.64 | N/A | Undetermined |
| HOUSEWARES - BOWLS | $ 7,724.54 | N/A | Undetermined |
| HOUSEWARES - COOKWARE | $ 39,890.62 | N/A | Undetermined |
| HOUSEWARES - COUNTER TOP | $ 368,113.46 | N/A | Undetermined |
| HOUSEWARES - CUTLERY | $ 2,242.26 | N/A | Undetermined |
| HOUSEWARES - GADGETS | $ 358,810.62 | N/A | Undetermined |
| HOUSEWARES - MAGNETS | $ 28,705.06 | N/A | Undetermined |
| HOUSEWARES - MICROWAVE | $ 55,068.67 | N/A | Undetermined |
| HOUSEWARES - OUTDOOR / BARBECUE | $ 156,326.68 | N/A | Undetermined |
| HOUSEWARES - STORAGE CONTAINERS | $ 86,591.16 | N/A | Undetermined |
| JEWELRY - BRACELETS | $ 5,719.52 | N/A | Undetermined |
| JEWELRY - EARRINGS | $ 16,555.39 | N/A | Undetermined |
| JEWELRY - JEWELRY BOXES | $ 150.78 | N/A | Undetermined |
| JEWELRY - JEWELRY SETS | $ 27,535.93 | N/A | Undetermined |
| JEWELRY - KEY CHAINS | $ 761.47 | N/A | Undetermined |
| JEWELRY - NECKLACES / PENDANTS | $ 11,965.35 | N/A | Undetermined |
| JEWELRY - PINS | $ 260.31 | N/A | Undetermined |
| JEWELRY - WATCHES | $ 56,436.57 | N/A | Undetermined |
| KIDS APPAREL - Sleepwear | $ 23,768.97 | N/A | Undetermined |
| LADIES APPAREL - Activewear | $ 51,550.27 | N/A | Undetermined |
| LADIES APPAREL - Beachwear | $ 7,615.88 | N/A | Undetermined |
| LADIES APPAREL - Blouses Tops | $ 237,117.00 | N/A | Undetermined |
| LADIES APPAREL - Cardigan Sweaters | $ 105,631.82 | N/A | Undetermined |
| LADIES APPAREL - Coats Jackets | $ 60,034.01 | N/A | Undetermined |
| LADIES APPAREL - DRESSES / SKIRTS | $ 127,106.81 | N/A | Undetermined |
| LADIES APPAREL - Lingerie | $ 43,586.83 | N/A | Undetermined |
| LADIES APPAREL - Pants Pants Sets | $ 56,514.47 | N/A | Undetermined |
| LADIES APPAREL - Shorts / Short Sets | $ 33,837.48 | N/A | Undetermined |
| LADIES APPAREL - Sleepwear | $ 207,572.57 | N/A | Undetermined |
| LADIES APPAREL - Sweatshirts | $ 33,620.34 | N/A | Undetermined |
| LADIES APPAREL - T Shirts | $ 6.15 | N/A | Undetermined |
| MENS APPAREL - Coats Jackets | $ 17,695.33 | N/A | Undetermined |
| MENS APPAREL - Pants | $ 13,407.98 | N/A | Undetermined |
| MENS APPAREL - Shirts | $ 177.92 | N/A | Undetermined |
| MENS APPAREL - Shorts Swim Trunks | $ 2,754.06 | N/A | Undetermined |

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| MENS APPAREL - Sleepwear/ Loungewear | $ 81,552.27 | N/A | Undetermined |
| MENS APPAREL - Sweatshirts | $ 572.81 | N/A | Undetermined |
| MENS APPAREL - T Shirts | $ 27,716.78 | N/A | Undetermined |
| MENS APPAREL - Underwear | $ 17.81 | N/A | Undetermined |
| PERSONAL CARE - BEAUTY ORGANIZERS | $ 27,666.84 | N/A | Undetermined |
| PERSONAL CARE - COSMETIC MIRRORS | $ 22,502.89 | N/A | Undetermined |
| PERSONAL CARE - COSMETICS / COSMETIC SETS | $ 153.91 | N/A | Undetermined |
| PERSONAL CARE - ELECTRICS | $ 34,547.43 | N/A | Undetermined |
| PERSONAL CARE - GIFT SETS | $ 104,276.53 | N/A | Undetermined |
| PERSONAL CARE - HEALTH / WELL BEING | $ 61,911.95 | N/A | Undetermined |
| PERSONAL CARE - PERFUMES / COLOGNES | $ 106,390.22 | N/A | Undetermined |
| PERSONAL CARE - PERSONAL GROOMING | $ 18,828.60 | N/A | Undetermined |
| PERSONAL CARE - SOAPS, OILS, LOTIONS, SHAMPOO | $ 25,939.85 | N/A | Undetermined |
| PETS - APPAREL / ACCESSORIES | $ 13,326.43 | N/A | Undetermined |
| PETS - BEDS / BEDDING | $ 163,624.52 | N/A | Undetermined |
| PETS - BEHAVIOR / TRAINING / SAFETY | $ 5,660.92 | N/A | Undetermined |
| PETS - BIRD | $ 51.48 | N/A | Undetermined |
| PETS - BOWLS / FEEDERS / FOOD STORAGE | $ 50,085.95 | N/A | Undetermined |
| PETS - COLLECTIONS | $ 36.79 | N/A | Undetermined |
| PETS - FURNITURE | $ 101,272.88 | N/A | Undetermined |
| PETS - GIFTS | $ 15,620.21 | N/A | Undetermined |
| PETS - GROOM / HEALTH / FIRST AID | $ 60.32 | N/A | Undetermined |
| PETS - HOUSING / CRATES / CARRIERS / GATES | $ 146,251.35 | N/A | Undetermined |
| PETS - LITTER / CLEAN-UP | $ 18,118.45 | N/A | Undetermined |
| PETS - TOYS | $ 170.50 | N/A | Undetermined |
| SAVING OUTLET - DOMESTICS | $ 17,906.76 | N/A | Undetermined |
| SAVING OUTLET - ELECTRONICS/MEDIA | $ 3,491.82 | N/A | Undetermined |
| SAVING OUTLET - ENTERTAINMENT/BOOKS/MEDIA | $ 4,489.81 | N/A | Undetermined |
| SAVING OUTLET - FASHION ACCESSORIES | $ 7,095.52 | N/A | Undetermined |
| SAVING OUTLET - GARDEN | $ 5,958.57 | N/A | Undetermined |
| SAVING OUTLET - HANDBAGS/LUGGAGE/CASES | $ 13,642.21 | N/A | Undetermined |
| SAVING OUTLET - HARDWARE | $ 13,980.24 | N/A | Undetermined |
| SAVING OUTLET - HEALTH & BEAUTY | $ 18,308.56 | N/A | Undetermined |
| SAVING OUTLET - HOME DECOR | $ 972.09 | N/A | Undetermined |
| SAVING OUTLET - HOUSEWARES | $ 49,996.03 | N/A | Undetermined |
| SAVING OUTLET - JEWELRY | $ 3,303.07 | N/A | Undetermined |
| SAVING OUTLET - PETS | $ 423.63 | N/A | Undetermined |
| SAVING OUTLET - SHOES | $ 8.35 | N/A | Undetermined |
| SAVING OUTLET - SPORTING GOODS | $ 1,341.38 | N/A | Undetermined |
| SAVING OUTLET - STATIONARY/HOME OFFICE | $ 9,401.42 | N/A | Undetermined |
| SAVING OUTLET - STORAGE | $ 6,294.75 | N/A | Undetermined |
| SAVING OUTLET - TABLETOP | $ 940.08 | N/A | Undetermined |
| SHOES - BOOTS / BOOTIES | $ 42,016.80 | N/A | Undetermined |
| SHOES - CASUAL / COMFORT | $ 70.92 | N/A | Undetermined |
| SHOES - SANDALS / FLIP FLOPS | $ 130.31 | N/A | Undetermined |
| SHOES - SLIPPERS | $ 22,112.29 | N/A | Undetermined |
| SHOES - SNEAKERS / ATHLETIC | $ 300.53 | N/A | Undetermined |
| SHOES - WEATHER BOOTS | $ 255.68 | N/A | Undetermined |
| SPORTING GOODS - ACCESSORIES | $ 7,317.52 | N/A | Undetermined |
| SPORTING GOODS - CAMPING | $ 241,464.69 | N/A | Undetermined |
| SPORTING GOODS - CHAIRS | $ 159,020.39 | N/A | Undetermined |
| SPORTING GOODS - EXERCISE EQUIPMENT | $ 7,139.39 | N/A | Undetermined |
| SPORTING GOODS - FISHING | $ 35,659.97 | N/A | Undetermined |
| SPORTING GOODS - GOLF EQUIPMENT | $ 45,156.51 | N/A | Undetermined |
| SPORTING GOODS - HUNTING | $ 15,211.29 | N/A | Undetermined |
| SPORTING GOODS - INFLATABLE BEDS | $ 8,400.29 | N/A | Undetermined |
| SPORTING GOODS - SPORT KNIVES | $ 8.05 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - Art supplies | $ 4,007.12 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - Art-Craft Kits | $ 41,562.90 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - CALENDARS / PERPETUAL DESKTOP | $ 3,423.44 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - CARDS | $ 107,574.67 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - Crafts Supplies, Tools & Accessories | $ 64,795.56 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - DESKTOP / OFFICE EQUIPMENT | $ 48,510.98 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - GIFTWRAP / ENSEMBLES | $ 143,901.86 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - Hobbies | $ 152,425.57 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - OFFICE ORGANIZERS | $ 100,249.16 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - OFFICE SUPPLIES | $ 79,777.25 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - PARTY FAVORS / SUPPLIES | $ 71,903.62 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - PERSONAL ORGANIZERS | $ 281,122.95 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - PHOTO ALBUMS AND ORGANIZERS | $ 143,518.92 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - WRITING INSTRUMENTS | $ 40,616.97 | N/A | Undetermined |
| STATIONARY / HOME OFFICE - WRITING PAPER | $ 43,126.66 | N/A | Undetermined |
| STORAGE - BATHROOM | $ 224,644.00 | N/A | Undetermined |
| STORAGE - CABINET | $ 508,234.07 | N/A | Undetermined |
| STORAGE - CLOSET | $ 192,967.95 | N/A | Undetermined |
| STORAGE - GARAGE | $ 71,926.52 | N/A | Undetermined |
| STORAGE - GARDEN | $ 62,705.34 | N/A | Undetermined |
| STORAGE - HOUSEHOLD | $ 215,625.83 | N/A | Undetermined |
| STORAGE - LAUNDRY | $ 107,122.49 | N/A | Undetermined |
| STORAGE - SEASONAL | $ 26,826.99 | N/A | Undetermined |
| STORAGE - STORAGE BASKET/BOXES | $ 299,484.47 | N/A | Undetermined |
| TABLETOP - CANDY DISHES / JARS | $ 245.71 | N/A | Undetermined |
| TABLETOP - COASTERS | $ 325.45 | N/A | Undetermined |
| TABLETOP - COLLECTIONS / MIXED SETS | $ 12,734.12 | N/A | Undetermined |
| TABLETOP - DINNERWARE SETS | $ 146,156.22 | N/A | Undetermined |
| TABLETOP - DRINKWARE | $ 62,144.92 | N/A | Undetermined |

**SCHEDULE AB 21 ATTACHMENT**
Finished Goods, including Goods Held for Resale

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| TABLETOP - FLATWARE | $ 21,952.05 | N/A | Undetermined |
| TABLETOP - MUGS | $ 20,818.55 | N/A | Undetermined |
| TABLETOP - SERVING PIECES | $ 373,732.06 | N/A | Undetermined |
| TABLETOP - WINE | $ 36,583.09 | N/A | Undetermined |
| TOYS - ACTION FIGURES | $ 67,130.06 | N/A | Undetermined |
| TOYS - AIRPLANES / HELICOPTERS | $ 138,474.16 | N/A | Undetermined |
| TOYS - BANKS | $ 47.39 | N/A | Undetermined |
| TOYS - BATH / WATER TOYS | $ 30,924.98 | N/A | Undetermined |
| TOYS - BOARD GAMES | $ 295.96 | N/A | Undetermined |
| TOYS - CHILDRENS SPORT TOYS | $ 337,071.42 | N/A | Undetermined |
| TOYS - CONSTRUCTION TOYS | $ 113,988.76 | N/A | Undetermined |
| TOYS - DOLL ACCESSORIES | $ 169,198.93 | N/A | Undetermined |
| TOYS - DOLLS / PLAY | $ 129,088.42 | N/A | Undetermined |
| TOYS - DRESS-UP | $ 31,981.38 | N/A | Undetermined |
| TOYS - EDUCATIONAL | $ 77,282.57 | N/A | Undetermined |
| TOYS - ELECTRONIC GAMES | $ 26,752.70 | N/A | Undetermined |
| TOYS - GAMES | $ 273,520.18 | N/A | Undetermined |
| TOYS - MUSICAL TOYS | $ 201,467.48 | N/A | Undetermined |
| TOYS - PLAY SETS | $ 156,655.34 | N/A | Undetermined |
| TOYS - PUZZLES | $ 169,159.91 | N/A | Undetermined |
| TOYS - RIDE-ON TOYS | $ 17.32 | N/A | Undetermined |
| TOYS - STUFFED ANIMALS | $ 73,521.49 | N/A | Undetermined |
| TOYS - WATER SPORTS | $ 152,751.66 | N/A | Undetermined |

TOTAL  $  37,394,770.99

**Schedule A/B 39**

*Office Furniture*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 200 Tristate Office Move & Consolidation | $ 3,343,846.15 | N/A | $ 3,343,846.15 |
| Furniture and fixtures for 200 building | $ 512,250.01 | N/A | $ 512,250.01 |
| CABINETS AND COUNTERTOPS | $ 76,785.70 | N/A | $ 76,785.70 |
| 3RD FLOOR OFFICE BUILDOUT | $ 73,781.30 | N/A | $ 73,781.30 |
| EXECUTIVE SUITE FACILITY MODIFICATIONS | $ 62,237.18 | N/A | $ 62,237.18 |
| 3RD FLOOR OFFICE BUILDOUT FURNITURE | $ 27,815.23 | N/A | $ 27,815.23 |
| NEW DRINKING FOUNTAINS WITH WATER BOTTLE FILLERS | $ 21,428.57 | N/A | $ 21,428.57 |
| NEW CARPET | $ 8,948.07 | N/A | $ 8,948.07 |
| WR Employee Services Fridge | $ 1,000.00 | N/A | $ 1,000.00 |
| Executive U-Desk w/Right Bridge | $ 812.50 | N/A | $ 812.50 |
| Refrigerator Whirlpool 25 Cu Ft. Ss Sxs 36' | $ 720.00 | N/A | $ 720.00 |
| Refrigerator Frigidaire 21 Cu Ft. Ss Freezer Glass | $ 667.51 | N/A | $ 667.51 |
| Refrigerator Whirlpool 21 Cu Ft. Ss Sxs 33' No Dsp | $ 652.50 | N/A | $ 652.50 |
| ID0452A Ice Machine | $ 600.00 | N/A | $ 600.00 |
| Refrigerator Frigidaire 21 Cu Ft. Ss Freezer Glass | $ 585.00 | N/A | $ 585.00 |
| Refrigerator Frigidaire 21 Cu Ft. Ss Freezer Glass | $ 585.00 | N/A | $ 585.00 |
| Refrigerator Whirlpool 25 Cu Ft. Ss Sxs 35' No Dsp | $ 539.00 | N/A | $ 539.00 |
| 36 Clear annealed low-E insulating glass Windows | $ - | N/A | Undetermined |
| FACILITY BUILD-OUT   (PHOTO STUDIO CONSTRUCTION) | $ - | N/A | Undetermined |
| FACILITY BUILD-OUT (PHOTO STUDIO CONSTRUCTION) | $ - | N/A | Undetermined |
| FACILITY BUILD-OUT (PHOTO STUDIO CONSTRUCTION) | $ - | N/A | Undetermined |
| FURNISHED AND INSTALLED ENTRANCE DOORS | $ - | N/A | Undetermined |
| FURNITURE - 3 PICNIC TABLE SETS | $ - | N/A | Undetermined |
| FURNITURE - 36 X 72 DOUBLE PED DESK | $ - | N/A | Undetermined |
| FURNITURE - 4 SIDED ROOM | $ - | N/A | Undetermined |
| FURNITURE - 42D ROUND TABLE | $ - | N/A | Undetermined |
| FURNITURE - 4HIGH 42W/20D | $ - | N/A | Undetermined |
| FURNITURE - AE123AWB HERMAN MILLER AERON CHAIR | $ - | N/A | Undetermined |
| FURNITURE - AE123AWB HERMAN MILLER AERON CHAIR | $ - | N/A | Undetermined |
| FURNITURE - AE123AWB HERMAN MILLER AERON CHAIR | $ - | N/A | Undetermined |
| FURNITURE - CENTER TABLE | $ - | N/A | Undetermined |
| FURNITURE - CREDENZA, ROLLABOUT CART, | $ - | N/A | Undetermined |
| FURNITURE - CUBE PARTS: WORK SURFACE | $ - | N/A | Undetermined |
| FURNITURE - CUBES - BULLET | $ - | N/A | Undetermined |
| FURNITURE - CUBES, DESKS, INSTALL | $ - | N/A | Undetermined |
| FURNITURE - CUBICLES | $ - | N/A | Undetermined |

**SCHEDULE AB 39 - LTD ATTACHMENT**
Office Furniture

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| FURNITURE - CUBICLES (ACCOUNTING) | $          - | N/A | Undetermined |
| FURNITURE - CUBICLES (TRI-STATE - DEPOSIT) | $          - | N/A | Undetermined |
| FURNITURE - CUBICLES (TRI-STATE - REMAINING | $          - | N/A | Undetermined |
| FURNITURE - DBL PEDESTAL DESK FULL | $          - | N/A | Undetermined |
| FURNITURE - ETHOSPACE WORKSURFACE TROUGH | $          - | N/A | Undetermined |
| FURNITURE - EXECUTIVE DESKS PED WOOD CORDOVAN | $          - | N/A | Undetermined |
| FURNITURE - FOLDING LEG TABLES (26) | $          - | N/A | Undetermined |
| FURNITURE - FURNITURE FOR KAREN | $          - | N/A | Undetermined |
| FURNITURE - FURNITURE FOR SUE | $          - | N/A | Undetermined |
| FURNITURE - HIGH DENSITY | $          - | N/A | Undetermined |
| FURNITURE - HMI & MERIDIAN PRODUCT | $          - | N/A | Undetermined |
| FURNITURE - I/S DEPARTMENT RECEIVE & INSTALL | $          - | N/A | Undetermined |
| FURNITURE - I/S DEPARTMENT RECEIVED & INSTALLED | $          - | N/A | Undetermined |
| FURNITURE - MATS TRAINING TABLES, WIRE | $          - | N/A | Undetermined |
| FURNITURE - PEDESTAL DESK, CREDENZA | $          - | N/A | Undetermined |
| FURNITURE - STORAGE CASES, TABLE, HIGH | $          - | N/A | Undetermined |
| FURNITURE - TABLE, OVAL SEG BASE VIN | $          - | N/A | Undetermined |
| FURNITURE - TABLE, OVAL SEG BASE VIN, CONF | $          - | N/A | Undetermined |
| FURNITURE - WALL PARTITIONS, WORK SURFACES | $          - | N/A | Undetermined |
| FURNITURE - WOODEN TABLES W/ CYLINDER | $          - | N/A | Undetermined |
| FURNITURE - WOODEN TABLES W/ CYLINDER | $          - | N/A | Undetermined |
| FURNITURE - WOODEN TABLES W/ CYLINDER | $          - | N/A | Undetermined |
| FURNITURE - WOODEN TABLES W/ CYLINDER | $          - | N/A | Undetermined |
| FURNITURE WES | $          - | N/A | Undetermined |
| LOCKERS | $          - | N/A | Undetermined |
| LOCKERS (600) | $          - | N/A | Undetermined |
| LOCKERS RIDG U RAK (STORAGE MASTERS) | $          - | N/A | Undetermined |

**Total**          **$      4,133,253.72**

**SCHEDULE AB 40 - LTD ATTACHMENT**

Office Fixtures

**Schedule A/B 40**

*Office Fixtures*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| LED LIGHTING | $          380,357.15 | N/A | $          380,357.15 |
| PARKING LOT REMOVAL AND REPLACEMENT | $          135,624.99 | N/A | $          135,624.99 |
| CREDIT/COLLECTION MOVE TO 200 BLDG | $          115,600.00 | N/A | $          115,600.00 |
| DOCK DOOR SEALS & WINDOWS IN RECEIVING DOCK DOORS | $          69,884.62 | N/A | $          69,884.62 |
| VCT FLOOR TILE AND CARPET | $          55,800.01 | N/A | $          55,800.01 |
| NICOR GAS LINE UPGRADE | $          44,230.77 | N/A | $          44,230.77 |
| EXTERIOR COMPANY SIGN | $          29,464.28 | N/A | $          29,464.28 |
| ELECTRIC AND INSTALLATION FOR LIEBERT | $          25,928.57 | N/A | $          25,928.57 |
| BATHROOM CERAMIC & RECEPTACLES | $          18,900.00 | N/A | $          18,900.00 |
| STEEL STUD WALL W/DRYWALL(4 HR STORAGE/ FILE ROOM) | $          15,030.01 | N/A | $          15,030.01 |
| WEST MAIN FRONT DOORS | $          14,732.15 | N/A | $          14,732.15 |
| UPGRADE HOT WATER FOR BATHROOMS | $          13,446.15 | N/A | $          13,446.15 |
| ELECTRICAL FOR 200 TRI-STATE 3RD FLOOR | $          9,380.00 | N/A | $          9,380.00 |
| ADD DOUBLE DOORS IN LUNCHROOM | $          8,934.62 | N/A | $          8,934.62 |
| REPLACEMENT OF LUNCH ROOM ENTRANCE DOORS | $          8,580.77 | N/A | $          8,580.77 |
| NEW AUTO FLUSHING VALVES FOR ALL BATHROOMS & NEW | $          8,392.85 | N/A | $          8,392.85 |
| DATA CABLING FOR 200 TRI-STATE 3RD FLOOR | $          5,880.00 | N/A | $          5,880.00 |
| SEBERT LANDSCAPING MULCH | $          3,690.01 | N/A | $          3,690.01 |
| RE-CEMENT SMOKE SHACK BASE | $          3,538.47 | N/A | $          3,538.47 |
| SEBERT LANDSCAPING FRONT ENTRANCE DRAINAGE | $          2,855.46 | N/A | $          2,855.46 |
| SEBERT LANDSCAPING FRONT BRICK PAVERS | $          2,341.01 | N/A | $          2,341.01 |
| OPPC ELECTRICAL UPGRADE FOR WORKSTATIONS | $          1,706.24 | N/A | $          1,706.24 |
| Bannockburn parking lot | $          - | N/A | Undetermined |
| DEFINITY INSTALLATION UPGRADE FOR LIFE | $          - | N/A | Undetermined |
| Desmantle of Equipment (DC Liquidators) Ban BLDG. | $          - | N/A | Undetermined |
| ELECTRIC SAFETY EDGES TO 9 | $          - | N/A | Undetermined |
| ELECTRICAL | $          - | N/A | Undetermined |
| ELECTRICAL ENGINEERING FOR R BUILDING | $          - | N/A | Undetermined |
| Handrail to be installed along the north parking | $          - | N/A | Undetermined |
| INSTALL AIR DUCTS TO 2ND FLOOR EQUIPMENT ROOM | $          - | N/A | Undetermined |
| IRRIGATION SYSTEM | $          - | N/A | Undetermined |
| L/H IMPROV - HVAC UPGRADE, RETROFIT | $          - | N/A | Undetermined |
| L/H IMPROV - INSTALLATION OF ELECTRONIC | $          - | N/A | Undetermined |
| L/H IMPROV - RYTEC MAN-U-ROLL II MD600 | $          - | N/A | Undetermined |
| L/H IMPROV - SPRINKLERS BELOW CONVEYORS | $          - | N/A | Undetermined |
| L/H IMPROVEMENT - ELECTRICAL | $          - | N/A | Undetermined |

SCHEDULE AB 40 - LTD ATTACHMENT
Office Fixtures

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| L/H IMPROVEMENT - REINFORCE STRUCTURAL | $          - | N/A | Undetermined |
| L/H IMPROVEMENTS - HVAC UPGRADE (BUILDING | $          - | N/A | Undetermined |
| L/H IMPROVEMENTS-MATERIAL TO RUN ELECT. | $          - | N/A | Undetermined |
| LEASE IMP - APC AC UNIT INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMP - COBBLESTONES, INSTALLATION, | $          - | N/A | Undetermined |
| LEASE IMP - IRRIGATION SYSTEM | $          - | N/A | Undetermined |
| LEASE IMPROV--AUTOMATIC SPRINKLER SYSTEM | $          - | N/A | Undetermined |
| LEASE IMPROV--AUTOMATIC SPRINKLER SYSTEM | $          - | N/A | Undetermined |
| LEASE IMPROVEMENTS--SPRINKLERS | $          - | N/A | Undetermined |
| LEASE IMPROVEMENTS--VOICE AND DATA | $          - | N/A | Undetermined |
| LEASE IMPROVEMENTS--VOICE/DATA INSTALLANTION | $          - | N/A | Undetermined |
| LEASE IMPROVEMENTS--VOICE/DATA INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--LIGHTING FOR MEZZANINE | $          - | N/A | Undetermined |
| LEASE IMPROV--SPRINKLERS | $          - | N/A | Undetermined |
| LEASE IMPROV--SPRINKLERS | $          - | N/A | Undetermined |
| LEASE IMPROV--SPRINKLERS | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE DATA  INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE DATA INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE DATA INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE DATA INSTALLATION--DATA | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE/DATA INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE/DATAINSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE/DATE INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE/DATE INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPROV--VOICE/DATE INSTALLATION | $          - | N/A | Undetermined |
| LEASE IMPRV--GUARDHOUSE BUILDING | $          - | N/A | Undetermined |
| LEASE IMPRV--WR CALL CENTER-GENERAL | $          - | N/A | Undetermined |
| LEASEHOLD IMPRO--AUTOMATIC SPRINKLER | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV - 225 AMPERE PANEL | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV - TWO RE-VERBER RAY | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV- PHOTO STUDIO | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV. W.R. ELECTRICAL FOR HOSPITAL | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV. W.R. MECHANICAL | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV.-- SAP TRAINING AREA DATA CABLE | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV.-- SAP TRAINING AREA DATA CABLE | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV.--VOICE AND DATA CABLING- | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV--AUTOMATIC SPRINKLER | $          - | N/A | Undetermined |
| LEASEHOLD IMPROV--AUTOMATIC SPRINLKER | $          - | N/A | Undetermined |
| LEASEHOLD IMPROVE - ELECTRICAL FOR WORKSTATIONS | $          - | N/A | Undetermined |

## SCHEDULE AB 40 - LTD ATTACHMENT
Office Fixtures

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| LEASEHOLD IMPROVEMENT - ELECTRICAL WORK | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS - ELECTRICAL | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--AUTOMATIC SPRINLKER | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--COMPRESSOR ROOM DOOR | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELECTRIC FOR COMPACTOR | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELECTRIC WORK | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELECTRICAL | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELECTRICIAL | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELEVATOR CONSTRUCTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--ELEVATOR CONTRUCTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--EXHAUST FAN | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVEMENTS--GUARD RAILING | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--LOCKERS | $ - | N/A | Undetermined |
| LEASEHOLD IMPROVMENT--SMOKING SHELTER | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--POWER DISTRIBUTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--POWER DISTRIBUTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--POWER DISTRIBUTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--POWER DISTRIBUTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--POWER DISTRUIBUTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPROV--VOICE/DATE INSTALLANTION | $ - | N/A | Undetermined |
| LEASEHOLD IMPR--SPRINKLER SYSTEM | $ - | N/A | Undetermined |
| LEASEHOLD--ELECTRICAL WORK | $ - | N/A | Undetermined |
| MATERIAL AND LABOR TO INSTALL POWER | $ - | N/A | Undetermined |
| Material and labor to install two speed bumps in | $ - | N/A | Undetermined |
| MEZZAININE FOR WESTRIDGE | $ - | N/A | Undetermined |
| MEZZANINE FOR WESTRIDGE | $ - | N/A | Undetermined |
| MEZZANINE-- LABOR | $ - | N/A | Undetermined |
| MEZZANINE--FINAL LABOR FOR MEZZANINE | $ - | N/A | Undetermined |
| Renovation of two parking lots at 2800 Lakeside Dr | $ - | N/A | Undetermined |
| Renovation of two parking lots at 2800 Lakeside Dr | $ - | N/A | Undetermined |
| Re-roof system for BAN Northeast section | $ - | N/A | Undetermined |

**Total**          $      974,298.13

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

**Schedule A/B 41**

*Office equipment, including all computer equipment and communication systems equipment and software*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| ORACLE CX COMMERCE | $ 1,171,603.75 | N/A | $ 1,171,603.75 |
| FORECASTING AND MFP | $ 853,087.59 | N/A | $ 853,087.59 |
| SHOPTOKEN | $ 207,741.90 | N/A | $ 207,741.90 |
| DROP SHIP EXPANSION | $ 198,000.00 | N/A | $ 198,000.00 |
| PARCEL SHIPPING SYSTEM IMPLEMENTATION | $ 197,108.89 | N/A | $ 197,108.89 |
| IMS REVOLVING CREDIT PROGRAM | $ 170,800.00 | N/A | $ 170,800.00 |
| 2021 MARKETING PROJECTS | $ 150,795.99 | N/A | $ 150,795.99 |
| EMAIL & SMS MIGRATION TO LISTRAK | $ 141,750.00 | N/A | $ 141,750.00 |
| KITTING AUTOMATION - CASE ERECTOR | $ 123,047.60 | N/A | $ 123,047.60 |
| CSC GENERATION INTEGRATION | $ 113,369.73 | N/A | $ 113,369.73 |
| LASALLE NATIONAL LEASING B-5 - BUYOUT (SORTER) | $ 109,750.00 | N/A | $ 109,750.00 |
| XEROX NUVERA 144 PRINTER (INVOICE PRINTER) | $ 105,000.00 | N/A | $ 105,000.00 |
| MARKETPLACE PRICING, INVENTORY&PAYMENTS AUTOMATION | $ 102,142.85 | N/A | $ 102,142.85 |
| LISTRAK TO CORDIAL MIGRATION | $ 99,099.41 | N/A | $ 99,099.41 |
| AFTERPAY | $ 95,695.41 | N/A | $ 95,695.41 |
| BPC CONSOLIDATE FINANCIAL PLANNING | $ 95,200.00 | N/A | $ 95,200.00 |
| SLAPPER LINE FOR NORTH BUILDING & SHIPPING SYSTEM | $ 93,000.00 | N/A | $ 93,000.00 |
| IP Phones - 425 Devices and PBX System move | $ 81,749.99 | N/A | $ 81,749.99 |
| INTERNALLY DEVELOPED SOFTWARE - EXPEDITED SHIPPING | $ 80,000.00 | N/A | $ 80,000.00 |
| PACKING SLIP ENHANCEMENTS & USPS RATE SHOPPING | $ 78,000.01 | N/A | $ 78,000.01 |
| NIMBLE SAN AF40-QF-69T-2 | $ 75,750.01 | N/A | $ 75,750.01 |
| NIMBLE SAN AF40-QF-69T-2 | $ 75,750.01 | N/A | $ 75,750.01 |
| SHIPPING SYSTEM ENHANCEMENTS | $ 75,600.00 | N/A | $ 75,600.00 |
| KITTING ENHANCEMENTS | $ 72,619.62 | N/A | $ 72,619.62 |
| ROOF TOP HEATERS | $ 67,857.15 | N/A | $ 67,857.15 |
| ROOF TOP HEATERS | $ 67,857.15 | N/A | $ 67,857.15 |
| ROOF TOP HEATERS | $ 67,857.15 | N/A | $ 67,857.15 |
| ROOF TOP HEATERS | $ 67,857.15 | N/A | $ 67,857.15 |
| EXTERNAL SALES TAX / DMA Avalara Implementation | $ 57,400.00 | N/A | $ 57,400.00 |
| ORACLE CX COMMERCE | $ 55,109.08 | N/A | $ 55,109.08 |
| IDS - CLARUS PERKS | $ 53,125.00 | N/A | $ 53,125.00 |
| XEROX NUVERA 144 | $ 52,500.00 | N/A | $ 52,500.00 |
| XEROX NUVERA 144 | $ 52,500.00 | N/A | $ 52,500.00 |
| Clarus Perks, Phase 2 | $ 48,750.00 | N/A | $ 48,750.00 |
| DIRECT PICK TO SHIPPING CARTON | $ 48,395.82 | N/A | $ 48,395.82 |
| FACTORY TALK SOFTWARE SET UP | $ 39,285.70 | N/A | $ 39,285.70 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| AVAYA MEDIA SERVER R8 SYSTEM LICENSE | $ 38,680.59 | N/A | $ 38,680.59 |
| PAYLOCITY HRIS | $ 36,769.92 | N/A | $ 36,769.92 |
| MICROSTRATEGY IMPLEMENTATION | $ 35,926.42 | N/A | $ 35,926.42 |
| PALLET FLOW GRAVITY | $ 35,307.83 | N/A | $ 35,307.83 |
| ADD EMER. REPLENS TO SAME AISL | $ 34,363.88 | N/A | $ 34,363.88 |
| INTERNALLY DEVELOPED SOFTWARE CUSTOMER ATTRIBUTION | $ 33,500.01 | N/A | $ 33,500.01 |
| CLARUS PET REWARDS | $ 30,750.01 | N/A | $ 30,750.01 |
| SPIRAL KITS | $ 30,735.19 | N/A | $ 30,735.19 |
| SPIRAL KITS | $ 30,735.19 | N/A | $ 30,735.19 |
| POWERWARE 9355 UPS | $ 29,706.85 | N/A | $ 29,706.85 |
| INTERNALLY DEVELOPED SOFTWARE - CREDIT | $ 28,750.00 | N/A | $ 28,750.00 |
| 2023 WMS ENHANCEMENTS | $ 25,782.45 | N/A | $ 25,782.45 |
| INTERNALLY DEVELOPED SOFTWARE - PERKS PHASE 2 | $ 25,625.00 | N/A | $ 25,625.00 |
| PROMOTIONAL SMS | $ 24,375.00 | N/A | $ 24,375.00 |
| PLYWOOD GAYLORDS | $ 24,290.00 | N/A | $ 24,290.00 |
| LEADERBOARD TV's | $ 24,000.01 | N/A | $ 24,000.01 |
| WMS UPGRADE - RACKING | $ 23,000.00 | N/A | $ 23,000.00 |
| PHOTO STUDIO | $ 22,209.51 | N/A | $ 22,209.51 |
| TSP-6500 TURRET TRUCK | $ 21,500.01 | N/A | $ 21,500.01 |
| TSP-6500 TURRET TRUCK | $ 21,500.01 | N/A | $ 21,500.01 |
| TSP-6500 TURRET TRUCK | $ 21,500.01 | N/A | $ 21,500.01 |
| SHIPPING AUTO INDUCTOR #2 | $ 20,250.00 | N/A | $ 20,250.00 |
| IVR | $ 19,600.00 | N/A | $ 19,600.00 |
| CONVEYOR CURVE ROLLER | $ 18,970.00 | N/A | $ 18,970.00 |
| INTERNALLY DEVELOPED SOFTWARE - PRODUCT RECOMMEND | $ 18,125.00 | N/A | $ 18,125.00 |
| R8 CM SYSTEM | $ 18,046.80 | N/A | $ 18,046.80 |
| INTERNALLY DEVELOPED SOFTWARE - WMS2 | $ 17,750.00 | N/A | $ 17,750.00 |
| IDS - WMS MINI PROJECTS | $ 17,500.00 | N/A | $ 17,500.00 |
| MARKETPLACE AUTOMATION | $ 17,500.00 | N/A | $ 17,500.00 |
| CLARIO HORIZONTAL OPTIMIZATION | $ 17,173.09 | N/A | $ 17,173.09 |
| BLUE SNT300BL (BLUE) NEST AND STACK TOTES | $ 16,811.64 | N/A | $ 16,811.64 |
| RED SNT300RD (RED) NEST AND STACK TOTES | $ 16,811.64 | N/A | $ 16,811.64 |
| Handling Fee | $ 16,250.00 | N/A | $ 16,250.00 |
| RD SERIES MAST REACH TRUCK | $ 16,250.00 | N/A | $ 16,250.00 |
| RADIAL DROP SHIP INVENTORY IMPLEMENTATION | $ 15,069.22 | N/A | $ 15,069.22 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 14,483.46 | N/A | $ 14,483.46 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 14,483.46 | N/A | $ 14,483.46 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 14,483.46 | N/A | $ 14,483.46 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 14,483.44 | N/A | $ 14,483.44 |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| LONGBOW CONSULTING GLOMMING EMERGENCY | $ 14,166.66 | N/A | $ 14,166.66 |
| IMAGE TRAC 5-LITE SCANNER | $ 14,000.00 | N/A | $ 14,000.00 |
| FISCAL YEAR CALENDAR CHANGES TO 4-5-4 | $ 13,899.59 | N/A | $ 13,899.59 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 13,827.22 | N/A | $ 13,827.22 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 13,827.22 | N/A | $ 13,827.22 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 13,827.22 | N/A | $ 13,827.22 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 13,827.22 | N/A | $ 13,827.22 |
| Handling Fee | $ 13,125.00 | N/A | $ 13,125.00 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| DELUXE H.S RANDOM T&B CASE SEALER | $ 12,825.20 | N/A | $ 12,825.20 |
| OMNI READ STATION (DS8110-2200 2 Scanner) | $ 12,825.00 | N/A | $ 12,825.00 |
| BLITZ AUTO INDUCTOR | $ 12,530.00 | N/A | $ 12,530.00 |
| Pitney Bowes SendPro P3000 WOW | $ 12,250.00 | N/A | $ 12,250.00 |
| NEW FIRE PUMP CONTROL BOARD | $ 11,676.92 | N/A | $ 11,676.92 |
| HIGH CAPACITY FILING SYSTEM SMS-25-LATFD4243 | $ 11,050.00 | N/A | $ 11,050.00 |
| THERMOGRAPHIC SMART CAMERA & EQPMNT UCAM-220TTU11 | $ 10,135.70 | N/A | $ 10,135.70 |
| Spiral Conveyors | $ 10,125.00 | N/A | $ 10,125.00 |
| RTU COMPRESSOR & COIL KIT | $ 10,084.62 | N/A | $ 10,084.62 |
| TUBULAR LMX BATTERY | $ 10,064.14 | N/A | $ 10,064.14 |
| TUBULAR LMX BATTERY | $ 10,064.14 | N/A | $ 10,064.14 |
| IBML MOVE TO OPEX | $ 9,900.00 | N/A | $ 9,900.00 |
| INTERNALLY DEVELOPED SOFTWARE - WMS2 | $ 9,750.00 | N/A | $ 9,750.00 |
| Performance Optimization, Phase 1 | $ 9,687.50 | N/A | $ 9,687.50 |
| Spiral Conveyors | $ 9,625.00 | N/A | $ 9,625.00 |
| TUBULAR LMX BATTERY | $ 9,310.93 | N/A | $ 9,310.93 |
| TUBULAR LMX BATTERY | $ 9,310.93 | N/A | $ 9,310.93 |
| Spiral Conveyors | $ 9,187.50 | N/A | $ 9,187.50 |
| Spiral Conveyors | $ 9,187.50 | N/A | $ 9,187.50 |
| ADD AR & PAYMENTS DATA TO SAP BW | $ 9,100.00 | N/A | $ 9,100.00 |
| GENIE GS2632 HIGH LIFT | $ 8,642.85 | N/A | $ 8,642.85 |
| 300 - AI ENTERPRISE PROJECTS | $ 8,399.99 | N/A | $ 8,399.99 |
| INTERNALLY DEVELOPED SOFTWARE CUSTOMER ATTRIBUTION | $ 8,250.00 | N/A | $ 8,250.00 |
| LIEBERT UPS BATTERY | $ 8,125.00 | N/A | $ 8,125.00 |
| FACTORY TALK SOFTWARE | $ 8,049.99 | N/A | $ 8,049.99 |
| CUMMINS AUTOMATIC TRANSFER SWITCH (GENERATOR CONT) | $ 7,949.99 | N/A | $ 7,949.99 |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Belting black PVC 50ft 1in x 167" wide | $ 7,820.00 | N/A | $ 7,820.00 |
| STORM SEWER WORK | $ 7,678.57 | N/A | $ 7,678.57 |
| Performance Optimization | $ 7,500.00 | N/A | $ 7,500.00 |
| XEROX ALTALINK C8055 MFP TANDEM TRAY COLOR COPIER | $ 7,499.99 | N/A | $ 7,499.99 |
| FACTORY TALK VIEW SE CONVEYOR MONITORING SYSTEM HW | $ 7,449.99 | N/A | $ 7,449.99 |
| DESTINATION PACKING & SHIPPING HARDWARE | $ 7,346.50 | N/A | $ 7,346.50 |
| RADIAL DROP SHIP INVENTORY IMPLEMENTATION | $ 7,066.67 | N/A | $ 7,066.67 |
| HPE FLEXFABRIC 5940 48SFP+ 6QSFP28 SWITCH | $ 6,750.00 | N/A | $ 6,750.00 |
| HPE FLEXFABRIC 5940 48SFP+ 6QSFP28 SWITCH | $ 6,750.00 | N/A | $ 6,750.00 |
| GRAY SNT300GY (GRAY) NEST AND STACK TOTES | $ 6,724.66 | N/A | $ 6,724.66 |
| XEROX ALTALINK C8045MFP TANDEM TRY COL COPIER45PPM | $ 6,225.01 | N/A | $ 6,225.01 |
| XEROX ALTALINK C8045MFP TANDEM TRY COL COPIER45PPM | $ 6,225.01 | N/A | $ 6,225.01 |
| INTERNALLY DEVELOPED SOFTWARE - DATA RETENTION | $ 6,000.00 | N/A | $ 6,000.00 |
| IVANTI WAVELINK TELNET CLIENT LICENSE | $ 5,662.00 | N/A | $ 5,662.00 |
| FORK LIFT BATTERIES | $ 5,530.00 | N/A | $ 5,530.00 |
| Assets Under Const | $ 5,440.00 | N/A | $ 5,440.00 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| TUBULAR LMX BATTERY | $ 5,172.30 | N/A | $ 5,172.30 |
| HP DL380 SERVER | $ 5,100.01 | N/A | $ 5,100.01 |
| HP DL380 SERVER | $ 5,100.01 | N/A | $ 5,100.01 |
| Strapack Machine Model SQ800 | $ 5,024.99 | N/A | $ 5,024.99 |
| Strapack Machine Model SQ800 | $ 5,024.99 | N/A | $ 5,024.99 |
| Strapack Machine Model SQ800 | $ 5,024.99 | N/A | $ 5,024.99 |
| SHOPTOKEN PHASE 2 | $ 4,902.13 | N/A | $ 4,902.13 |
| DP600 Removal | $ 4,500.00 | N/A | $ 4,500.00 |
| HPE 5710 24SFP+6QS+/2QS28SWITCH | $ 4,500.00 | N/A | $ 4,500.00 |
| HPE 5710 24SFP+6QS+/2QS28SWITCH | $ 4,500.00 | N/A | $ 4,500.00 |
| REMOTE DESKTOP SERVICES CAL | $ 4,350.00 | N/A | $ 4,350.00 |
| FORK LIFT BATTERIES | $ 4,270.00 | N/A | $ 4,270.00 |
| FORK LIFT BATTERIES | $ 4,270.00 | N/A | $ 4,270.00 |
| FORK LIFT BATTERIES | $ 4,270.00 | N/A | $ 4,270.00 |
| PALATEK 50HP COMPRESSOR MODEL #50UD | $ 4,149.99 | N/A | $ 4,149.99 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| PALATEK 50HP COMPRESSOR MODEL #50UD | $ 4,149.99 | N/A | $ 4,149.99 |
| SHIPPING AND PACKING DESTINATION COMPUTER | $ 4,134.45 | N/A | $ 4,134.45 |
| SHIPPING AND PACKING DESTINATION COMPUTER | $ 4,134.44 | N/A | $ 4,134.44 |
| AVAYA SIP SOFTWARE LICENSES | $ 4,100.00 | N/A | $ 4,100.00 |
| BARTENDER AUTOMATION 12340047540 | $ 3,937.50 | N/A | $ 3,937.50 |
| D2 DUO 1000/1000 AIR TTL 2 LIGHT KIT | $ 3,767.33 | N/A | $ 3,767.33 |
| IVANTI WAVELINK TELNET CLIENT LICENSE | $ 3,750.00 | N/A | $ 3,750.00 |
| FORK LIFT BATTERIES | $ 3,710.00 | N/A | $ 3,710.00 |
| FORK LIFT BATTERIES | $ 3,710.00 | N/A | $ 3,710.00 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| TUBULAR LMX BATTERY | $ 3,481.14 | N/A | $ 3,481.14 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| FORK LIFT BATTERIES M2501812515B | $ 3,375.00 | N/A | $ 3,375.00 |
| TUBULAR LMX BATTERY | $ 3,372.50 | N/A | $ 3,372.50 |
| TUBULAR LMX BATTERY | $ 3,372.50 | N/A | $ 3,372.50 |
| HP FC SWITCHES SN3600B | $ 3,125.00 | N/A | $ 3,125.00 |
| HP FC SWITCHES SN3600B | $ 3,125.00 | N/A | $ 3,125.00 |
| DVR (digtal video recorder) for the security camer | $ 2,875.00 | N/A | $ 2,875.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |

SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| FORK LIFT BATTERIES | $ 2,870.00 | N/A | $ 2,870.00 |
| Ejector system adn panel | $ 2,687.50 | N/A | $ 2,687.50 |
| HEAT EXCHANGER | $ 2,678.57 | N/A | $ 2,678.57 |
| AXIS VIDEO CAMERAS - AXIS Q3709-PVE | $ 2,671.43 | N/A | $ 2,671.43 |
| AXIS VIDEO CAMERAS - AXIS Q3709-PVE | $ 2,671.43 | N/A | $ 2,671.43 |
| PORTABLE BARCODE SCANNER | $ 2,637.33 | N/A | $ 2,637.33 |
| EXTENDABLE FLEX SKATEWHEEL CONVEYOR | $ 2,600.00 | N/A | $ 2,600.00 |
| Fork Lift Carton Clamp Attachment | $ 2,550.00 | N/A | $ 2,550.00 |
| HP BL460C GEN9 SERVER | $ 2,475.00 | N/A | $ 2,475.00 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| TURRET TRUCK BATTERY CHARGER  PART #EHY48M140 | $ 2,424.11 | N/A | $ 2,424.11 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,400.01 | N/A | $ 2,400.01 |
| AXIS VIDEO CAMERAS - AXIS Q3708-PVE | $ 2,357.15 | N/A | $ 2,357.15 |
| AXIS VIDEO CAMERAS - AXIS Q3708-PVE | $ 2,357.15 | N/A | $ 2,357.15 |
| AXIS VIDEO CAMERAS - AXIS Q3708-PVE | $ 2,357.15 | N/A | $ 2,357.15 |
| AXIS VIDEO CAMERAS - AXIS Q3708-PVE | $ 2,357.15 | N/A | $ 2,357.15 |
| AXIS VIDEO CAMERAS - AXIS Q3708-PVE | $ 2,357.15 | N/A | $ 2,357.15 |
| 24-125-15 TURRET BATTERY | $ 2,300.01 | N/A | $ 2,300.01 |
| DELL LATITUDE 5530 - 15.6 CORE17 1265U | $ 2,282.82 | N/A | $ 2,282.82 |
| DELL LATITUDE 5530 - 15.6 CORE17 1265U | $ 2,282.82 | N/A | $ 2,282.82 |
| INTERNALLY DEVELOPED SOFTWARE - CONTENT DELIVERY | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| PROLIANT BL460C G9 - BLADE SERVER | $ 2,250.00 | N/A | $ 2,250.00 |
| EOS 5D MARK IV DSLR CAMERA WITH CANON LOG | $ 2,156.39 | N/A | $ 2,156.39 |
| CANON EOS 5D MARK IV BODY | $ 2,132.55 | N/A | $ 2,132.55 |
| EOS 5D MARK IV DSLR CAMERA (BODY ONLY) | $ 2,079.36 | N/A | $ 2,079.36 |
| EOS 5D MARK IV DSLR CAMERA (BODY ONLY) | $ 2,079.35 | N/A | $ 2,079.35 |
| AXIS VIDEO CAMERAS - AXIS  P3719-PLE | $ 2,042.85 | N/A | $ 2,042.85 |
| AXIS VIDEO CAMERAS - AXIS P3719-PLE | $ 2,042.85 | N/A | $ 2,042.85 |
| FORK LIFT BATTERIES | $ 2,030.00 | N/A | $ 2,030.00 |
| FORK LIFT BATTERIES | $ 2,030.00 | N/A | $ 2,030.00 |
| FORK LIFT BATTERIES | $ 2,030.00 | N/A | $ 2,030.00 |
| FORK LIFT BATTERIES | $ 2,030.00 | N/A | $ 2,030.00 |
| FORK LIFT BATTERIES | $ 2,030.00 | N/A | $ 2,030.00 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.38 | N/A | $ 1,964.38 |
| DELL LATITUDE 5420 | $ 1,964.37 | N/A | $ 1,964.37 |
| FORK LIFT BATTERIES | $ 1,960.00 | N/A | $ 1,960.00 |
| FORK LIFT BATTERIES | $ 1,960.00 | N/A | $ 1,960.00 |
| FORK LIFT BATTERIES | $ 1,960.00 | N/A | $ 1,960.00 |
| DELL LATITUDE 5530 - 15.6 CORE17 1265U | $ 1,955.60 | N/A | $ 1,955.60 |
| DELL LATITUDE 5420 | $ 1,920.95 | N/A | $ 1,920.95 |
| DELL LATITUDE 5430 CORE17 12 1255U 16GB | $ 1,903.62 | N/A | $ 1,903.62 |
| DI950 INSERTING SYSTEM:  4 FEEDER TOWER | $ 1,900.00 | N/A | $ 1,900.00 |
| DELL LATITUDE 5520 & DELL DOCK | $ 1,888.58 | N/A | $ 1,888.58 |
| DELL LATITUDE 5520 & DELL DOCK | $ 1,888.58 | N/A | $ 1,888.58 |
| DELL LATITUDE 5520 & DELL DOCK | $ 1,888.57 | N/A | $ 1,888.57 |
| DELL LATITUDE 5520 & DELL DOCK | $ 1,888.57 | N/A | $ 1,888.57 |
| DELL LATITUDE 5520 & DELL DOCK | $ 1,888.56 | N/A | $ 1,888.56 |
| LOGITECH CONFERENCE CAMERA 960-001226 | $ 1,885.70 | N/A | $ 1,885.70 |
| DELL LATITUDE 5420 | $ 1,873.31 | N/A | $ 1,873.31 |
| DELL LATITUDE 5420 | $ 1,873.30 | N/A | $ 1,873.30 |
| DELL LATITUDE 5420 | $ 1,873.30 | N/A | $ 1,873.30 |
| DELL LATITUDE 5420 | $ 1,873.30 | N/A | $ 1,873.30 |
| 10 STEP ROLLING LADDER (PMHZ360) | $ 1,807.15 | N/A | $ 1,807.15 |
| CANON EOS 5D MARK IV BODY 30MEGAPIXELS 4K TOUCH SC | $ 1,807.15 | N/A | $ 1,807.15 |
| CANON EOS 5D MARK IV BODY 30MEGAPIXELS 4K TOUCH SC | $ 1,807.15 | N/A | $ 1,807.15 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CANON EOS SD MARK IV DSLR CAMERA | $ 1,800.00 | N/A | $ 1,800.00 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| 18-125-15 REACH BATTERY | $ 1,749.99 | N/A | $ 1,749.99 |
| AB 284D-FVD60D-25CR-CB BULLETIN 284 ARMO | $ 1,728.57 | N/A | $ 1,728.57 |
| AB 284D-FVD60D-25CR-CB BULLETIN 284 ARMO | $ 1,728.57 | N/A | $ 1,728.57 |
| AB 284D-FVD60D-25CR-CB BULLETIN 284 ARMO | $ 1,728.57 | N/A | $ 1,728.57 |
| TROY M607N MICR PRINTER | $ 1,725.01 | N/A | $ 1,725.01 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,658.82 | N/A | $ 1,658.82 |
| CANON 70-200 MM F/2.81 IS IIII USM | $ 1,658.47 | N/A | $ 1,658.47 |
| DELL LATITUDE 5520w/ DEll DOCK,MONITOR, CABLE&CASE | $ 1,650.00 | N/A | $ 1,650.00 |
| DELL LATITUDE 5520w/ DEll DOCK,MONITOR, CABLE&CASE | $ 1,650.00 | N/A | $ 1,650.00 |
| DELL LATITUDE 5520w/ DEll DOCK,MONITOR, CABLE&CASE | $ 1,650.00 | N/A | $ 1,650.00 |
| DELL LATITUDE 5520w/ DEll DOCK,MONITOR, CABLE&CASE | $ 1,650.00 | N/A | $ 1,650.00 |
| TV for 200 Building conference room | $ 1,610.00 | N/A | $ 1,610.00 |
| BL460C GEN 9 SERVER HARDWARE | $ 1,599.99 | N/A | $ 1,599.99 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| BL460C GEN 9 SERVER HARDWARE | $ 1,599.99 | N/A | $ 1,599.99 |
| BL460C GEN 9 SERVER HARDWARE | $ 1,599.99 | N/A | $ 1,599.99 |
| Fork Lift Battery | $ 1,599.99 | N/A | $ 1,599.99 |
| AB 284D-FVD2P3D-10-CR-CB DEVICENET ARMOR | $ 1,571.43 | N/A | $ 1,571.43 |
| AB 284D-FVD2P3D-10-CR-CB DEVICENET ARMOR | $ 1,571.43 | N/A | $ 1,571.43 |
| AB 284D-FVD2P3D-10-CR-CB DEVICENET ARMOR | $ 1,571.43 | N/A | $ 1,571.43 |
| AXIS VIDEO CAMERAS - AXIS P3228-LVE | $ 1,571.43 | N/A | $ 1,571.43 |
| 18-125-13 RC BATTERY | $ 1,550.01 | N/A | $ 1,550.01 |
| 18-125-13 RC BATTERY | $ 1,550.01 | N/A | $ 1,550.01 |
| IMAC 27INC 40620735 | $ 1,550.01 | N/A | $ 1,550.01 |
| IMAC 27INC 40620735 | $ 1,550.01 | N/A | $ 1,550.01 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,543.74 | N/A | $ 1,543.74 |
| INTERNALLY DEVELOPED SOFTWARE - PACK-TO-LIGHT | $ 1,525.00 | N/A | $ 1,525.00 |
| CARTON CLAMP | $ 1,500.00 | N/A | $ 1,500.00 |
| HP D6000 QQ695A | $ 1,500.00 | N/A | $ 1,500.00 |
| HP D6000 QQ695A | $ 1,500.00 | N/A | $ 1,500.00 |
| HP D6000 QQ695A | $ 1,500.00 | N/A | $ 1,500.00 |
| IMAC 27INC 40620735 | $ 1,500.00 | N/A | $ 1,500.00 |
| IMAC 27INC 40620735 | $ 1,500.00 | N/A | $ 1,500.00 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| MACBOOK PRO 16IN 39102006 | $ 1,449.99 | N/A | $ 1,449.99 |
| CANON 24-70MM F2.8 L II USM LENS | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| PROFOTO D1 AIR 1000WS 1-MONOLIGHT STUDIO KIT W/O | $ 1,414.28 | N/A | $ 1,414.28 |
| IMAC 27INC 40620735 | $ 1,400.01 | N/A | $ 1,400.01 |
| IMAC 27INC 40620735 | $ 1,400.01 | N/A | $ 1,400.01 |
| IMAC 27INC 40620735 | $ 1,400.01 | N/A | $ 1,400.01 |
| IMAC 27INC 40620735 | $ 1,400.01 | N/A | $ 1,400.01 |
| IMAC 27INC 40620735 | $ 1,400.01 | N/A | $ 1,400.01 |
| HP D6000 QQ695A | $ 1,375.00 | N/A | $ 1,375.00 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.42 | N/A | $ 1,373.42 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,373.28 | N/A | $ 1,373.28 |
| HP DL380 GEN9 24SFF CTO SERVER | $ 1,275.00 | N/A | $ 1,275.00 |
| CANON 85MM F1.4 L IS USM | $ 1,263.41 | N/A | $ 1,263.41 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| RF HONEYWELL SCANNERS CK65 CK65L0N-B8C214F,4GB/32G | $ 1,218.74 | N/A | $ 1,218.74 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 12-125-15 STOCK PICKER BATTERY | $ 1,200.00 | N/A | $ 1,200.00 |
| LOGITECH RALLY - CONFERENCE CAMERA | $ 1,178.57 | N/A | $ 1,178.57 |
| PORTABLE FLEX GRAVITY CONVEYOR (WB168113) | $ 1,178.57 | N/A | $ 1,178.57 |
| PORTABLE FLEX GRAVITY CONVEYOR (WB168113) | $ 1,178.57 | N/A | $ 1,178.57 |
| DELL LATITUDE 5520 w/ DEII DOCK, CABLE & CASE | $ 1,149.99 | N/A | $ 1,149.99 |
| DELL LATITUDE 5520 w/ DEII DOCK, CABLE & CASE | $ 1,149.99 | N/A | $ 1,149.99 |
| DELL LATITUDE 5520 w/ DEII DOCK, CABLE & CASE | $ 1,149.99 | N/A | $ 1,149.99 |
| MANFROTTO 410 JUNIOR GEARED & CAMERA STAND /FODA C | $ 1,137.50 | N/A | $ 1,137.50 |
| MANFROTTO 410 JUNIOR GEARED & CAMERA STAND /FODA C | $ 1,137.50 | N/A | $ 1,137.50 |
| Hot Water Heater 40 gallon electric hot water heat | $ 1,105.00 | N/A | $ 1,105.00 |
| LM05.5 PRESSURE SEAL SYSTEM | $ 1,100.01 | N/A | $ 1,100.01 |
| LOGITECH RALLY CONFERENCE CAMERA | $ 1,056.24 | N/A | $ 1,056.24 |
| TPI FOSTORIA SALAMANDER HEATER PORTABLE | $ 1,021.43 | N/A | $ 1,021.43 |
| ZEBRA ZT400 SERIES ZT411 LABEL PRINTER | $ 1,021.43 | N/A | $ 1,021.43 |
| ZEBRA ZT400 SERIES ZT411 LABEL PRINTER | $ 1,021.43 | N/A | $ 1,021.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| PAYLOCITY TIME CLOCK FT217 BARCODE | $ 1,020.43 | N/A | $ 1,020.43 |
| ACCU-SORT AXIOM-X SCANNER | $ 1,000.00 | N/A | $ 1,000.00 |
| ACCU-SORT AXIOM-X SCANNER | $ 1,000.00 | N/A | $ 1,000.00 |
| ACCU-SORT AXIOM-X SCANNER | $ 1,000.00 | N/A | $ 1,000.00 |
| ACCU-SORT AXIOM-X SCANNER | $ 1,000.00 | N/A | $ 1,000.00 |
| DM1000 WOW DIGITAL MAILING SYSTEM (METER) | $ 1,000.00 | N/A | $ 1,000.00 |
| CANON 24-105MM F/4 IS II USM | $ 975.00 | N/A | $ 975.00 |
| ZEBRA ZXP SERIES 7 DUAL-SIDED CARD PRINTER | $ 950.01 | N/A | $ 950.01 |
| ZEBRA ZXP SERIES 7 DUAL-SIDED CARD PRINTER | $ 950.01 | N/A | $ 950.01 |
| LOGITECH RALLY VIDEO CAMERA | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |

SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| RFT/WIRE PRINTER (HONEYWELL CK65-L0N-B8C214F) | $ 942.85 | N/A | $ 942.85 |
| Profoto Acute 2R 1200W/s 2 Head pro Value Packs | $ 937.50 | N/A | $ 937.50 |
| 18-125-13 PE BATTERY | $ 900.00 | N/A | $ 900.00 |
| CANON CAMERA LENS EF 24-70MM F2.8L II USM | $ 900.00 | N/A | $ 900.00 |
| HP 727030-B21 VIRTUAL DESKTOP HOST SERVER | $ 900.00 | N/A | $ 900.00 |
| HP 727030-B21 VIRTUAL DESKTOP HOST SERVER | $ 900.00 | N/A | $ 900.00 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 893.74 | N/A | $ 893.74 |
| Cannon EOS-SD Mark IV DSLR Body | $ 875.00 | N/A | $ 875.00 |
| Cannon EOS-SD Mark IV DSLR Body | $ 875.00 | N/A | $ 875.00 |
| Cannon EOS-SD Mark IV DSLR Body | $ 875.00 | N/A | $ 875.00 |
| Profoto Acute 2R 1200W/s 2 Head Pro Value | $ 875.00 | N/A | $ 875.00 |
| CANON 24-105MM F/4 IS II USM | $ 868.35 | N/A | $ 868.35 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| 18-125-13 PE BATTERY | $ 849.99 | N/A | $ 849.99 |
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |

SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |
| RF UNIT PM43T PC43 | $ 814.45 | N/A | $ 814.45 |
| RF UNIT PM43T PC43 | $ 814.42 | N/A | $ 814.42 |
| CANON 24-105MM F/4 IS II USM | $ 785.70 | N/A | $ 785.70 |
| Security Repeater | $ 770.00 | N/A | $ 770.00 |
| TUBULAR LMX BATTERY | $ 753.21 | N/A | $ 753.21 |
| TUBULAR LMX BATTERY | $ 753.21 | N/A | $ 753.21 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| TURRET BATTERY 24-125-15 | $ 750.00 | N/A | $ 750.00 |
| Crown - PE3540-60 | $ 699.99 | N/A | $ 699.99 |
| Crown - PE3540-60 | $ 699.99 | N/A | $ 699.99 |
| PROFOTO B1 500 AIR BATTERY-POWERED 2-LIGHT | $ 699.99 | N/A | $ 699.99 |
| TURRET BATTERY 24-125-15 | $ 675.00 | N/A | $ 675.00 |
| BL460C GEN 9 SERVER HARDWARE | $ 650.01 | N/A | $ 650.01 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $ 609.37 | N/A | $ 609.37 |

SCHEDULE AB 41-LTD ATTACHMENT

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       609.37 | N/A | $       609.37 |
| CANON EOS 5DS R DIGITAL CAMERA BODY | $       600.00 | N/A | $       600.00 |
| SURFACE PRO 7 I5/16/256 ENGLISH PLATINUM | $       600.00 | N/A | $       600.00 |
| 15X37Summer blend synthetic grass for photo studio | $       575.00 | N/A | $       575.00 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $       575.00 | N/A | $       575.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| REACH BATTERY 18-125-15 | $       550.00 | N/A | $       550.00 |
| Mercury Floor Machine MFMPRO121002 | $       549.99 | N/A | $       549.99 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| RF HONEYWELL PRINTERS  RP4A00N1C22 BARCODE LABEL P | $       544.37 | N/A | $       544.37 |
| Profoto Acute 2-D4 Flash Head | $       504.00 | N/A | $       504.00 |
| CANON EOS 5DS R DSLR CAMERA BODY | $       500.01 | N/A | $       500.01 |
| PROFOTO B1 500 AIR 2-LIGHT LOCATION KIT | $       500.01 | N/A | $       500.01 |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Profoto Acute 2R-1200 Power Supply (90-260V) | $ 487.50 | N/A | $ 487.50 |
| Elkay EZH2O Water Bottle Refilling Station | $ 476.00 | N/A | $ 476.00 |
| SPARTAN 150A PAPER CUTTER | $ 475.00 | N/A | $ 475.00 |
| 2007 ELECTRIC IVORY/TAN YAMAHA GOLF CAR | $ 470.01 | N/A | $ 470.01 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 459.99 | N/A | $ 459.99 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 459.99 | N/A | $ 459.99 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 459.99 | N/A | $ 459.99 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 459.99 | N/A | $ 459.99 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 459.99 | N/A | $ 459.99 |
| Zoll AED Plus Fully Automatic | $ 450.00 | N/A | $ 450.00 |
| Zoll AED Plus Fully Automatic | $ 450.00 | N/A | $ 450.00 |
| Zoll AED Plus Fully Automatic | $ 450.00 | N/A | $ 450.00 |
| Zoll AED Plus Fully Automatic | $ 450.00 | N/A | $ 450.00 |
| 5 MACBOOK PRO 16 IN 2.6GHZ 17 32GB RAM | $ 375.00 | N/A | $ 375.00 |
| 5 MACBOOK PRO 16 IN 2.6GHZ 17 32GB RAM | $ 375.00 | N/A | $ 375.00 |
| 5 MACBOOK PRO 16 IN 2.6GHZ 17 32GB RAM | $ 375.00 | N/A | $ 375.00 |
| 5 MACBOOK PRO 16 IN 2.6GHZ 17 32GB RAM | $ 375.00 | N/A | $ 375.00 |
| 5 MACBOOK PRO 16 IN 2.6GHZ 17 32GB RAM | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| BTO IMAC 27 15/3.0 6C 32GB 512GB 570X | $ 375.00 | N/A | $ 375.00 |
| STOCKPICKER BATTERY 12-125-15 | $ 375.00 | N/A | $ 375.00 |
| STOCKPICKER BATTERY 12-125-15 | $ 375.00 | N/A | $ 375.00 |
| STOCKPICKER BATTERY 12-125-15 | $ 375.00 | N/A | $ 375.00 |
| UNIFORM CASE SEALER TAPER MACHINE | $ 375.00 | N/A | $ 375.00 |
| CANON EOS 1DX DIGITAL SLR CAMERA | $ 350.00 | N/A | $ 350.00 |
| ARKAY #8-MS-III 8' MONO-STAND Sr II/REG | $ 337.50 | N/A | $ 337.50 |
| CANON EOS-1D X DIGITAL SLR CAMERA | $ 325.00 | N/A | $ 325.00 |
| CanonTS-E 45mm f/2.8 Tilt-Shift Lens | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE | $ 325.00 | N/A | $ 325.00 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL LATITUDE | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 325.00 | N/A | $ 325.00 |
| DELL P2720D- LED MONITOR 27(4) | $ 325.00 | N/A | $ 325.00 |
| PROFOTO D1 AIR 500 W/S 2 MOONLIGHT STUDIO KIT | $ 315.00 | N/A | $ 315.00 |
| 12MS-III MONO STAND SENIOR III | $ 279.99 | N/A | $ 279.99 |
| DELL LATITUDE | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5410-14 CORE I5 10210U-8 | $ 275.00 | N/A | $ 275.00 |
| HP DL380P GEN8 8-SFF CTO SERVER | $ 275.00 | N/A | $ 275.00 |
| HP DL380P GEN8 8-SFF CTO SERVER | $ 275.00 | N/A | $ 275.00 |
| DELL LATITUDE 5401 PART #2FJ5H | $ 250.00 | N/A | $ 250.00 |
| DELL LATITUDE 5401 PART #2FJ5H | $ 250.00 | N/A | $ 250.00 |
| DELL LATITUDE 5401 PART #2FJ5H | $ 250.00 | N/A | $ 250.00 |
| DELL LATITUDE 5401 PART #2FJ5H | $ 250.00 | N/A | $ 250.00 |
| DELL LATITUDE 5401 PART #2FJ5H | $ 250.00 | N/A | $ 250.00 |
| PROFOTO ACUTE 2R 2400W/S 2 HEAD VALUE PACK KIT | $ 250.00 | N/A | $ 250.00 |
| PROFOTO ACUTE 2R 2400W/S 2 HEAD VALUE PACK KIT | $ 250.00 | N/A | $ 250.00 |
| PROFOTO ACUTE-2-D4 LAMPHEAD/REG | $ 250.00 | N/A | $ 250.00 |
| PROFOTO ACUTE-2-D4 LAMPHEAD/REG | $ 250.00 | N/A | $ 250.00 |
| Profoto Acute 2-D4 lamphead | $ 243.74 | N/A | $ 243.74 |
| PROFOTO ACUTE 2R 2400W/S HEAD VALUE PACK KIT | $ 237.50 | N/A | $ 237.50 |
| HERCULES PALLET POSITIONER | $ 235.00 | N/A | $ 235.00 |
| SECURITY CAMERA - 36X DAY/NIGHT SPEED DOME | $ 225.00 | N/A | $ 225.00 |
| SECURITY CAMERA - 36X DAY/NIGHT SPEED DOME | $ 225.00 | N/A | $ 225.00 |
| SECURITY CAMERA - 36X DAY/NIGHT SPEED DOME | $ 225.00 | N/A | $ 225.00 |
| PROFOTO AIR BATTERY-POWERED 2-LIGHT LOCATION KIT | $ 222.50 | N/A | $ 222.50 |
| PROFOTO ACUTE 2R 1200W/S 2 HEAD VALUE PACK KIT | $ 217.50 | N/A | $ 217.50 |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| SECURITY CAMERA - 36X DAY/NIGHT SPEED DOME | $ 215.01 | N/A | $ 215.01 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 215.00 | N/A | $ 215.00 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 215.00 | N/A | $ 215.00 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 215.00 | N/A | $ 215.00 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 215.00 | N/A | $ 215.00 |
| TUBULAR LMX BATTERY | $ 212.44 | N/A | $ 212.44 |
| TUBULAR LMX BATTERY | $ 212.44 | N/A | $ 212.44 |
| PROFOTO ACUTE 2R 2400W/s 2 HEAD PRO VALUE PACK | $ 195.00 | N/A | $ 195.00 |
| DS6400 SCANNER FOR TRAFFIC SORTER | $ 190.00 | N/A | $ 190.00 |
| Crown - PE4500-60 | $ 185.01 | N/A | $ 185.01 |
| Crown - PE4500-60 | $ 185.01 | N/A | $ 185.01 |
| Crown - PE4500-60 | $ 185.01 | N/A | $ 185.01 |
| Crown - PE4500-60 | $ 185.01 | N/A | $ 185.01 |
| PROFOTO ACUTE 2R 1200W/s 2 HEAD PRO VALUE PACK | $ 165.00 | N/A | $ 165.00 |
| ZEBRA Z SERIES ZM400 LABEL PRINTER | $ 155.00 | N/A | $ 155.00 |
| PROFOTO ACUTE2 2400 GENERATOR | $ 147.50 | N/A | $ 147.50 |
| HP 5500 HI 24G-4SFP SWITCH | $ 140.00 | N/A | $ 140.00 |
| HP 5500 HI 24G-4SFP SWITCH | $ 140.00 | N/A | $ 140.00 |
| HP 5500 HI 24G-4SFP SWITCH | $ 140.00 | N/A | $ 140.00 |
| SCHNEIDER PC TS MAKRO-SYMMAR 3-IN-1 LENS | $ 132.50 | N/A | $ 132.50 |
| CANON EOS 5D MARK III DSLR CAMERA (BODY ONLY) | $ 125.00 | N/A | $ 125.00 |
| CANON EOS 5D MARK III DSLR CAMERA (BODY ONLY) | $ 125.00 | N/A | $ 125.00 |
| EOS 5D MARK III DIGITAL CAMERA | $ 115.00 | N/A | $ 115.00 |
| STANLEY COMMERCIAL SNOW BLOWER | $ 90.00 | N/A | $ 90.00 |
| SPEEDOTRON 1205CX 1200 W/S POWER PACK (120V) | $ 82.50 | N/A | $ 82.50 |
| SPEEDOTRON 1205CX 1200 W/S POWER PACK (120V) | $ 82.50 | N/A | $ 82.50 |
| OFFICE EQUIP -PELCO INDOOR DOME CAMERA | $ 80.00 | N/A | $ 80.00 |
| OFFICE EQUIP -PELCO INDOOR DOME CAMERA | $ 80.00 | N/A | $ 80.00 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| HP 5120-48G POE+ EL SWITCH W/2 INF SLTS | $ 77.50 | N/A | $ 77.50 |
| ARKAY 6MS-III MONO STAND SENIOR III | $ 57.50 | N/A | $ 57.50 |
| CANON EF 70-200mm f/2.8L USM TELEPHOTO ZOOM LENS | $ 55.00 | N/A | $ 55.00 |
| SPEEDTRON 1205CX 1200 W/S POWER PACK (120V) | $ 47.50 | N/A | $ 47.50 |

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CANON TELEPHOTO TILT SHIFT TS-E 90MM | $ 37.50 | N/A | $ 37.50 |
| 100kVA LIEBERT NX THREE PHASE UPS | $ - | N/A | Undetermined |
| 1205CX 1200 W/S POWER PACK (120V) | $ - | N/A | Undetermined |
| 1205CX 1200 W/S POWER PACK (120V) | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |
| 12-85-13 PE Batteries | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 18-125-13 PE BATTERY | $ - | N/A | Undetermined |
| 18-125-13 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-13 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 18-125-17 RC BATTERIES | $ - | N/A | Undetermined |
| 2006 Yamaha G-22E cart | $ - | N/A | Undetermined |
| 2006 Yamaha G-22E cart | $ - | N/A | Undetermined |
| 2007 Yamaha G-22E cart | $ - | N/A | Undetermined |
| 2007 Yamaha G-22E cart | $ - | N/A | Undetermined |
| 2013 DESKTOP UPGRADES | $ - | N/A | Undetermined |
| 2014 COMPUTER UPGRADE | $ - | N/A | Undetermined |
| 2014 PRINTER/COPIER REPLACEMENT | $ - | N/A | Undetermined |
| 2015 COMPUTER UPGRADES | $ - | N/A | Undetermined |
| 2015 NETWORK SWITCH UPGRADE | $ - | N/A | Undetermined |
| 2016 END USER EQUIPMENT UPGRADES | $ - | N/A | Undetermined |
| 2016 MANAGED PRINT UPGRADES | $ - | N/A | Undetermined |
| 2017 End User computer refresh | $ - | N/A | Undetermined |
| 2017 Printer Purchase | $ - | N/A | Undetermined |
| 2018 Credit Initiative | $ - | N/A | Undetermined |
| 2018 END USER EQUIPMENT UPGRADES | $ - | N/A | Undetermined |
| 2019 COMPUTER EQUIPMENT REFRESH PHASE 1 | $ - | N/A | Undetermined |
| 2019 COMPUTER EQUIPMENT REFRESH PHASE 3 | $ - | N/A | Undetermined |
| 2020 COMPUTER EQUIPMENT REFRESH | $ - | N/A | Undetermined |
| 2020 COMPUTER EQUIPMENT REFRESH (2) | $ - | N/A | Undetermined |
| 2021 END USERS COMPUTER REFRESH PRJCT(2) | $ - | N/A | Undetermined |
| 2021 END USERS COMPUTER REFRESH PROJECT | $ - | N/A | Undetermined |
| 2021 MARKETING PROJECTS | $ - | N/A | Undetermined |
| 2022 END USER EQUIPMENT | $ - | N/A | Undetermined |
| 2022 WHS DIRECT PICK TO SHIPPING CARTON | $ - | N/A | Undetermined |
| 300 - AI Enterprise Projects | $ - | N/A | Undetermined |
| 3PAR F400 w/3YR 24x7 6HR CTR HW/24x7 SW | $ - | N/A | Undetermined |
| 3RD FLOOR OFFICE BUILDOUT | $ - | N/A | Undetermined |
| 40 GALLON WATER HEATER 480V | $ - | N/A | Undetermined |
| 450-480MHZ VXR7000 DESKTOP REPEATER | $ - | N/A | Undetermined |
| 45KVA TRANSFORMER | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 7.5 TB SAS DISK | $ - | N/A | Undetermined |
| ACCRA REPLACEMENT - CONSULTING | $ - | N/A | Undetermined |
| ACCRA REPLACEMENT - HARDWARE | $ - | N/A | Undetermined |
| ACCRA REPLACEMENT - SOFTWARE | $ - | N/A | Undetermined |
| ACUTE 2R 2400 W/CASE PRO KIT | $ - | N/A | Undetermined |
| ACUTE 2R PROVALUE PACK 1200 KIT | $ - | N/A | Undetermined |
| Add AR & Payments Data to SAP BW | $ - | N/A | Undetermined |
| ADD EMER. REPLENS TO SAME AISLE REPLENS | $ - | N/A | Undetermined |
| AFTERPAY | $ - | N/A | Undetermined |
| Alternate Payments - Net 90 Deferred | $ - | N/A | Undetermined |
| ALTERNATIVE PAYMENT METHOD | $ - | N/A | Undetermined |
| APPENDIX  6 BUSINESS OBJECTS DATA QUALITY | $ - | N/A | Undetermined |
| APPLE IMAC 21.5" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE IMAC 27" | $ - | N/A | Undetermined |
| APPLE MAC MINI QC 17 | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| APPLE MACBOOK PRO 15" | $ - | N/A | Undetermined |
| Apple MacBook Pro with Retina display - Core | $ - | N/A | Undetermined |
| Apple MacBook Pro with Retina display - Core | $ - | N/A | Undetermined |
| Apple MacBook Pro with Retina display - Core | $ - | N/A | Undetermined |
| Apple Macbook Pro with Touch Bar | $ - | N/A | Undetermined |
| ARKAY 10MS-III 10' MONO-STAND SENIOR | $ - | N/A | Undetermined |
| ARKAY 10MS-III 10' MONO-STAND SENIOR | $ - | N/A | Undetermined |
| ARKAY 10MS-III 10' MONO-STAND SENIOR | $ - | N/A | Undetermined |
| ARTICLE IMPLEMENTATION PROJECT | $ - | N/A | Undetermined |
| ARUBA WIRELESS NETWORK | $ - | N/A | Undetermined |
| AT HOME CALL CENTER AGENTS | $ - | N/A | Undetermined |
| ATG UPGRADE | $ - | N/A | Undetermined |
| ATG V.10 UPGRADE | $ - | N/A | Undetermined |
| AUC HOLDING | $ - | N/A | Undetermined |
| AURORA VIDEO SECURITY | $ - | N/A | Undetermined |
| AUTOMATED REGRESSION TESTING | $ - | N/A | Undetermined |
| AUTOMATED REGRESSION TESTING PROJECT | $ - | N/A | Undetermined |
| AVAYA SOFTWARE LICENSES | $ - | N/A | Undetermined |
| AVAYA SOFTWARE TO UPGRADE AGENT & PBX | $ - | N/A | Undetermined |
| AXIAM-ATO BAR XODE SCANNER | $ - | N/A | Undetermined |
| BLADE CHASSIS HW UPGRADE | $ - | N/A | Undetermined |
| BOILER RETUBE/START | $ - | N/A | Undetermined |
| BPC Consolidated Financial Planning | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE IM 27 QC 3.2 1TB 32GB | $ - | N/A | Undetermined |
| BTO APPLE MBP 15 RET 2.3 1TB 8GB | $ - | N/A | Undetermined |
| BTO APPLE MBP 15 RET 2.3 1TB 8GB | $ - | N/A | Undetermined |
| BTO APPLE MBP 15 RET 2.3 1TB 8GB | $ - | N/A | Undetermined |
| BTO APPLE MBP 15 RET 2.3 1TB 8GB | $ - | N/A | Undetermined |
| BTO APPLE MBP 15 RET 2.3 1TB 8GB | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC 27 Inch | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO IMAC I5 - 16GB | $ - | N/A | Undetermined |
| BTO MACBOOK PRO I7 - 16GB | $ - | N/A | Undetermined |
| BTO MACBOOK PRO I7 - 16GB | $ - | N/A | Undetermined |
| BTO MACBOOK PRO I7 - 16GB | $ - | N/A | Undetermined |
| C7000 Blade Server | $ - | N/A | Undetermined |
| CALL MANAGEMENT SYSTEM - HW | $ - | N/A | Undetermined |
| CALL MANAGEMENT SYSTEM - SW | $ - | N/A | Undetermined |
| CAMERA EQUIPMENT | $ - | N/A | Undetermined |
| CAMERA EQUIPMENT | $ - | N/A | Undetermined |
| Canon EF 100-400mm f/4.5-5.6L IS USM | $ - | N/A | Undetermined |
| Canon EF 24-70mm f/2.8L II USM Lens | $ - | N/A | Undetermined |
| Canon EF 24-70mm f/2.8L USM Zoom Lens | $ - | N/A | Undetermined |
| Canon EF 24-70mm f/2.8L USM Zoom Lens | $ - | N/A | Undetermined |
| Canon EF 50mm f/1.2 L USM Lens | $ - | N/A | Undetermined |
| Canon EF 70-200mm f/2.8L USM Zoom Lens | $ - | N/A | Undetermined |
| Canon EF 70-200mm f/2.8L USM Zoom Lens | $ - | N/A | Undetermined |
| CANON EOS 1 D'S MARK | $ - | N/A | Undetermined |
| Canon EOS 5D Mark II Body | $ - | N/A | Undetermined |
| CANON EOS 5D MARK III DIGITAL CAMERA | $ - | N/A | Undetermined |
| CANON EOS 5D MARK III DIGITAL CAMERA | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CANON EOS-1D MARK IV 16MP HD VIDEO CAMERA (EC2781) | $ - | N/A | Undetermined |
| CANON EOS-1D MARK IV 16MP HD VIDEO CAMERA (EC2781) | $ - | N/A | Undetermined |
| CANON EOS-1D MARK IV 16MP HD VIDEO CAMERA (EC2781) | $ - | N/A | Undetermined |
| CANON EOS-1D X 18.1 MEGAPIXEL DIGITAL SLR BODY | $ - | N/A | Undetermined |
| CANON EOS-1DS MARK | $ - | N/A | Undetermined |
| CANON EOS-1DS MARK | $ - | N/A | Undetermined |
| CANON EOS-1DS MARK | $ - | N/A | Undetermined |
| CANON EOS-5D MARK II DIGITAL CAMERA | $ - | N/A | Undetermined |
| Canon EOS-ID X 18.1 Megapixel Digital SLR Body | $ - | N/A | Undetermined |
| CANON TELEPHOTO TILT SHIFT TS-E 90MM F/2.8 | $ - | N/A | Undetermined |
| Canon TS-E 24 mm f/3.5L II Tilt-Shift Manual Focus | $ - | N/A | Undetermined |
| Canon TS-E 45mm f/2.8 Tilt-Shift Lens (CA4085) | $ - | N/A | Undetermined |
| Canon TS-E 45mm f/2.8 Tilt-Shift Lens (CA4085) | $ - | N/A | Undetermined |
| CANON TS-E 45MM F2.8 NORMAL MANUAL FOCUS LENS | $ - | N/A | Undetermined |
| CANON TS-E 45MM F2.8 NORMAL MANUAL FOCUS LENS | $ - | N/A | Undetermined |
| Canon TS-E 90mm f/2.8 Tilt-Shift Lens (CA4090) | $ - | N/A | Undetermined |
| Canon TS-E 90mm f/2.8 Tilt-Shift Lens (CA4090) | $ - | N/A | Undetermined |
| CARDINAL SOFTWARE | $ - | N/A | Undetermined |
| Check Point firewall CPSG-P203U software | $ - | N/A | Undetermined |
| Check Point Software | $ - | N/A | Undetermined |
| Check Point Software | $ - | N/A | Undetermined |
| Check Point Software | $ - | N/A | Undetermined |
| Check Point Software | $ - | N/A | Undetermined |
| CHECKPOINT MOBILE ACCESS BLADE | $ - | N/A | Undetermined |
| CHECKPOINT MOBILE ACCESS BLADE | $ - | N/A | Undetermined |
| CIRCUIT BREAKER, PLUG IN, JG, 3 POLE, 250A | $ - | N/A | Undetermined |
| Circuit Card - TN771DP Facility test CP-non GSA | $ - | N/A | Undetermined |
| Cisco Catalyst 3560G-48TS | $ - | N/A | Undetermined |
| CISCO CATALYST 3560G-48TS SMI - SWITCH 48 PORT | $ - | N/A | Undetermined |
| Cisco NPE-G1 engine | $ - | N/A | Undetermined |
| Cisco PA-GE gigabit adapter (MFG:DS-112446-007) | $ - | N/A | Undetermined |
| CLARIO HORIZONTAL OPTIMIZATION | $ - | N/A | Undetermined |
| CLARUS PERKS (ALL PAYMENT TYPES) | $ - | N/A | Undetermined |
| Clarus Perks, Phase 2 | $ - | N/A | Undetermined |
| CLARUS PET REWARDS | $ - | N/A | Undetermined |
| Clear Vision 32 Channel Audio SVR System | $ - | N/A | Undetermined |
| COMP EQUIP - RF DEVELOPMENT & IMPLEMENTATION | $ - | N/A | Undetermined |
| COMP EQUIP - RF DEVELOPMENT & IMPLEMENTATION | $ - | N/A | Undetermined |
| COMP EQUIP--IMPS WORKSTATION LICENSE | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| COMP EQUIP--TEALEAF REALITEA CAPTURE | $ - | N/A | Undetermined |
| COMPONENT ONE ULTIMATE - LICENSE | $ - | N/A | Undetermined |
| COMPUTER HARDWARE - HARDWARE FOR ISDN-PRI | $ - | N/A | Undetermined |
| COMPUTER HARDWARE - HARDWARE FOR ISDN-PRI | $ - | N/A | Undetermined |
| COMPUTER HARDWARE - HP EVA 6100 SAN HARDWARE | $ - | N/A | Undetermined |
| COMPUTER HARDWARE - PHASE 2 SAP SERVER | $ - | N/A | Undetermined |
| COMPUTER ROOM POWER STRATEGY (UPS UPGD) | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - 5 TRANSACTION SHUTTLE | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - CHECK POIONT POWER | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - HP TD QC W/BPT | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - LACSLINK AND DPV | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - NCOA LINK SOFTWARE | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - SAP DATA QUALITY | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - SAP SERVER SOFTWARE | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - SAP SOFTWARE W/ | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - SAP SOFTWARE WITH | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - SAP SOFTWARE WITH | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE - TIDAL ENTERPRIZE | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE- SAP/LAC LINKS FOR | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE- SAP/LAC LINKS FOR | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE- SAP/LAC LINKS FOR | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE--IMPS WORKSTATION LICENSE | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE--LICENSE SAP | $ - | N/A | Undetermined |
| COMPUTER SOFTWARE--LICENSE SAP--2ND INSTALLMENT | $ - | N/A | Undetermined |
| COMPUTER SOFWARE - SAP SOFTWARE WITH | $ - | N/A | Undetermined |
| COMPUTER SOFWARE--LICENSE -- ENDECA | $ - | N/A | Undetermined |
| Computer Upgrade Plan | $ - | N/A | Undetermined |
| Construction | $ - | N/A | Undetermined |
| CONTACT ANALYZER | $ - | N/A | Undetermined |
| CONTENT DELIVERY NETWORK | $ - | N/A | Undetermined |
| CONVEYOR CRAFT | $ - | N/A | Undetermined |
| CONVEYOR CRAFT INC | $ - | N/A | Undetermined |
| CONVEYOR CRAFT INC | $ - | N/A | Undetermined |
| CONVEYOR CURVE ROLLER | $ - | N/A | Undetermined |
| CONVEYOR CURVE ROLLER | $ - | N/A | Undetermined |
| CONVEYOR EQUIP - 1 LOT (2) CONVEYOR CROSSOVERS | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVERYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--CONVEYOR EQUIP AND LABOR | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--DOWN PAYMENT FOR CONVERYOR | $ - | N/A | Undetermined |
| CONVEYOR EQUIP--EMPTY CARTON AND KIT | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT ( RACKING ) | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--ADDITIONS TO KITTING | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--CONVEYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--CONVEYOR SYSTEM | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--EMPTY CARTON AND | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--EMPTY CARTON AND | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--EMPTY CARTON AND | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--SORTING CHIMNEY | $ - | N/A | Undetermined |
| CONVEYOR EQUIPMENT--SORTING CHIMNEY | $ - | N/A | Undetermined |
| CORE SWITCH #1 | $ - | N/A | Undetermined |
| CORE SWITCH #2 | $ - | N/A | Undetermined |
| Credit Initiative | $ - | N/A | Undetermined |
| CRM 7.0 UPGRADE - INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| CRM UPGRADE - CONSULTING | $ - | N/A | Undetermined |
| CRM UPGRADE - HARDWARE | $ - | N/A | Undetermined |
| CRM UPGRADE - SOFTWARE | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |
| Crown - PE3540-60 | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Crown - PE4500-60 | $ - | N/A | Undetermined |
| Crown - PE4500-60 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RC3020-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - RD5220-30 | $ - | N/A | Undetermined |
| Crown - SP3020-30 | $ - | N/A | Undetermined |
| Crown - SP3020-30 | $ - | N/A | Undetermined |
| Crown - SP3020-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |
| Crown - SP3220-30 | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| Crown - SP3220-30 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| CROWN LIFT TRUCK - MODEL # SP3020-30TT-240 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE45 | $                - | N/A | Undetermined |
| Crown PE93 | $                - | N/A | Undetermined |
| Crown PE93 | $                - | N/A | Undetermined |
| Crown PE93 | $                - | N/A | Undetermined |
| Crown PE93 | $                - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Crown PE93 | $ - | N/A | Undetermined |
| Crown PE93 | $ - | N/A | Undetermined |
| Crown PE93 | $ - | N/A | Undetermined |
| Crown PE93 | $ - | N/A | Undetermined |
| Crown RC 208 | $ - | N/A | Undetermined |
| Crown RC 208 | $ - | N/A | Undetermined |
| Crown RC 208 | $ - | N/A | Undetermined |
| Crown RC 208 | $ - | N/A | Undetermined |
| CSC GENERATION INTEGRATION | $ - | N/A | Undetermined |
| CTO IMAC 27" - CORE I5 - 16GB | $ - | N/A | Undetermined |
| CTO IMAC 27" - CORE I5 - 16GB | $ - | N/A | Undetermined |
| CTO IMAC 27" - CORE I5 - 16GB | $ - | N/A | Undetermined |
| CTO IMAC 27" - CORE I5 - 16GB | $ - | N/A | Undetermined |
| CUSTOMER ATTRIBUTION - PHASE 2 | $ - | N/A | Undetermined |
| CUSTOMER ATTRIBUTION - PHASE 2 - 2 | $ - | N/A | Undetermined |
| CUSTOMER ATTRIBUTION - PHASE 2 - 2 | $ - | N/A | Undetermined |
| DATA RETENTION | $ - | N/A | Undetermined |
| DELL E5530 15.6" WITH (2) - 22" MONITORS | $ - | N/A | Undetermined |
| DELL E5530 15.6" WITH (2) E2213 LED MONITORS | $ - | N/A | Undetermined |
| DELL E5530 LAPTOP AND 22" MONITOR | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 5591 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITIUDE 7490 | $ - | N/A | Undetermined |
| DELL LATITUDE 5400 | $ - | N/A | Undetermined |
| DELL LATITUDE 5400 | $ - | N/A | Undetermined |
| DELL LATITUDE 5400 | $ - | N/A | Undetermined |
| DELL LATITUDE 5400 | $ - | N/A | Undetermined |
| DELL LATITUDE 5410 -14- CORE I5 10210U-8 | $ - | N/A | Undetermined |
| DELL LATITUDE 5580 | $ - | N/A | Undetermined |
| DELL LATITUDE 5580 | $ - | N/A | Undetermined |
| DELL LATITUDE 6430U | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |
| DELL LATITUDE 7450 | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL LATITUDE 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 | $            - | N/A | Undetermined |
| DELL LATITUDE 7480 AND ACCESSORIES | $            - | N/A | Undetermined |
| DELL LATITUDE 7490 | $            - | N/A | Undetermined |
| Dell Latitude 7490 | $            - | N/A | Undetermined |
| Dell Latitude 7490 | $            - | N/A | Undetermined |
| Dell Latitude 7490 | $            - | N/A | Undetermined |
| Dell Latitude 7490 | $            - | N/A | Undetermined |
| DELL LATITUDE E 7450 | $            - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $            - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $            - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $            - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5520 with MS 2010 Office | $ - | N/A | Undetermined |
| DELL LATITUDE E5530 WITH 22" MONITOR | $ - | N/A | Undetermined |
| DELL LATITUDE E5530 WITH 22" MONITOR | $ - | N/A | Undetermined |
| DELL LATITUDE E5530 WITH 22" MONITOR | $ - | N/A | Undetermined |
| DELL LATITUDE E5530 WITH 22" MONITOR | $ - | N/A | Undetermined |
| DELL LATITUDE E5530 WITH 22" MONITOR | $ - | N/A | Undetermined |
| Dell Latitude E5570 | $ - | N/A | Undetermined |
| Dell Latitude E5570 | $ - | N/A | Undetermined |
| Dell Latitude E5570 | $ - | N/A | Undetermined |
| Dell Latitude E5570 | $ - | N/A | Undetermined |
| Dell Latitude E6320 with 22" Monitor and MS Office | $ - | N/A | Undetermined |
| Dell Latitude E6320 with 22" Monitor and MS Office | $ - | N/A | Undetermined |
| DELL LATITUDE E7440 | $ - | N/A | Undetermined |
| DELL LATITUDE E7440 | $ - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $ - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Latitude E7470 Hardware | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| Dell Mobile Precision M6600 with MS Office 2010 | $            - | N/A | Undetermined |
| DELL MOBILE PRECISION M6700 | $            - | N/A | Undetermined |
| DELL MOBILE PRECISION M6700 | $            - | N/A | Undetermined |
| DELL OPTIPLEX 5070 MLK | $            - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DELL OPTIPLEX 5070 MLK | $ - | N/A | Undetermined |
| DELL OPTIPLEX 5070 MLK | $ - | N/A | Undetermined |
| DELL OPTIPLEX 5070 MLK | $ - | N/A | Undetermined |
| DELL OPTIPLEX MICRO DESKTOP | $ - | N/A | Undetermined |
| DELL OPTIPLEX MICRO DESKTOP | $ - | N/A | Undetermined |
| DELL OPTIPLEX MICRO DESKTOP | $ - | N/A | Undetermined |
| DELL OPTIPLEX MICRO DESKTOP | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL PRECISION M3800 CTO BASE | $ - | N/A | Undetermined |
| DELL XPS 15 | $ - | N/A | Undetermined |
| Destination Packing & Shipping Hardware | $ - | N/A | Undetermined |
| DIALER CONNECTIVITY - HW | $ - | N/A | Undetermined |
| DIALER CONNECTIVITY - SW | $ - | N/A | Undetermined |
| DIALOGIC FAX BOARD - 16 PORTS | $ - | N/A | Undetermined |
| DIGI ANYWHERE USB/14 HUB | $ - | N/A | Undetermined |
| DIGI ANYWHERE USB/14 HUB | $ - | N/A | Undetermined |
| DIRECT PICK TO SHIPPING CARTON | $ - | N/A | Undetermined |
| DIRECT PICK TO SHIPPING CARTON 2 | $ - | N/A | Undetermined |
| DP600 Removal | $ - | N/A | Undetermined |
| Drop Ship Expansion | $ - | N/A | Undetermined |
| ECOMMERCE PROJECT | $ - | N/A | Undetermined |
| EHF BATTERY CHARGER 36V | $ - | N/A | Undetermined |
| ELKAY EZH2O LZS8WSSP NEXT GENERATION WATER BOTTLE | $ - | N/A | Undetermined |
| ELKAY EZH2O LZS8WSSP NEXT GENERATION WATER BOTTLE | $ - | N/A | Undetermined |
| ELKAY EZH2O LZS8WSSP NEXT GENERATION WATER BOTTLE | $ - | N/A | Undetermined |
| Email & SMS Migration to Listrak | $ - | N/A | Undetermined |
| EMAIL PROJECT - SALESFORCE MARKETING | $ - | N/A | Undetermined |
| END-USER EQUIPMENT UPGRADE | $ - | N/A | Undetermined |
| END-USER EQUIPMENT UPGRADE - PART 2 | $ - | N/A | Undetermined |
| END-USER SWITCH #1 | $ - | N/A | Undetermined |
| END-USER SWITCH #2 | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| END-USER SWITCH #3 | $ - | N/A | Undetermined |
| END-USER SWITCH #4 | $ - | N/A | Undetermined |
| EOS 5D MARK II DIGITAL CAMERA | $ - | N/A | Undetermined |
| Epson PowerLite 1985WU - LCD projector | $ - | N/A | Undetermined |
| Epson PowerLite 1985WU - LCD projector | $ - | N/A | Undetermined |
| Epson PowerLite 435W - LCD projector | $ - | N/A | Undetermined |
| EPSON POWERLITE 435W - LCD PROJECTOR | $ - | N/A | Undetermined |
| EPSON POWERLITE 935W LCD PROJECTOR | $ - | N/A | Undetermined |
| EPSON POWERLITE 935W LCD PROJECTOR | $ - | N/A | Undetermined |
| EPSON PowerLite Projector | $ - | N/A | Undetermined |
| Epson PowerLite Projector | $ - | N/A | Undetermined |
| Epson PowerLite Projector  for 2NW Conference Room | $ - | N/A | Undetermined |
| Epson PowerLite Projector  for West Ridge North | $ - | N/A | Undetermined |
| EPSON SPECTRO PROOFER | $ - | N/A | Undetermined |
| EPSON SPECTRO PROOFER FOR PRINTER | $ - | N/A | Undetermined |
| EPSON SURE COLOR P5000 PRINTER | $ - | N/A | Undetermined |
| EPSON SURE COLOR P5000 WIDE FORMAT 10 COLOR | $ - | N/A | Undetermined |
| EQUIPMENT - UNINTERRUPTIBLE POWER SUPPLY | $ - | N/A | Undetermined |
| EQUITRAC SOFTWARE | $ - | N/A | Undetermined |
| e-VOLUTION | $ - | N/A | Undetermined |
| EXCHANGE 2010 UPGRADE | $ - | N/A | Undetermined |
| EXECUTIVE SUITE FACILITY CHANGES | $ - | N/A | Undetermined |
| Expedited Shipping | $ - | N/A | Undetermined |
| EXTERNAL SALES TAX SOLUTION | $ - | N/A | Undetermined |
| F & F - SMOKING SHELTER MODEL SS 618-2LSW-CLEAR | $ - | N/A | Undetermined |
| F & F - SMOKING SHELTER MODEL SS 618-2LSW-CLEAR | $ - | N/A | Undetermined |
| FACTORY TALK VIEW SE Conveyor monitoring | $ - | N/A | Undetermined |
| FedEx | $ - | N/A | Undetermined |
| FISCAL YEAR CALENDAR CHANGES TO 4-5-4 | $ - | N/A | Undetermined |
| FIT INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| FORKLIFT BATTERIES | $ - | N/A | Undetermined |
| Fresh Finds Implementation | $ - | N/A | Undetermined |
| Fresh Finds to ATG | $ - | N/A | Undetermined |
| FUNDRAISING 2017 | $ - | N/A | Undetermined |
| GENERAL MECHANICAL BOILER | $ - | N/A | Undetermined |
| GLOMMING EMERGENCY SOFTWARE REPLENISHM | $ - | N/A | Undetermined |
| GNB INDUSTRIALTUBULAR LMX BATT | $ - | N/A | Undetermined |
| GNB INDUSTRIALTUBULAR LMX BATTERIES | $ - | N/A | Undetermined |
| HANDLING FEE | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| HEATING AND AIR CONDITIONING UPGRADES | $ - | N/A | Undetermined |
| HEATING AND AIR HVAC UPGRADE | $ - | N/A | Undetermined |
| HEATING-HVAC UPGRADE BANNOCKBURN | $ - | N/A | Undetermined |
| HOT WATER SYSTEM - CURRENT GAS ONLY | $ - | N/A | Undetermined |
| HOT WATER SYSTEM - LABOR & MATERIAL INSTALLATION | $ - | N/A | Undetermined |
| HP 3PAR 7400 SAM & REPL SOFTWARE | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120 24-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 5120-48G-POE+ EL ENET SWITCH | $ - | N/A | Undetermined |
| HP 8/24 SAN SWITCH 8-PORT UPGRADE | $ - | N/A | Undetermined |
| HP 8/24 SAN SWITCH 8-PORT UPGRADE | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 16GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |
| HP BL460C BLADE WITH 48GB MEMORY & HBA | $ - | N/A | Undetermined |

SCHEDULE AB 41-LTD ATTACHMENT

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| HP BL460C BLADE WITH 96GB MEMORY & HBA | $          - | N/A | Undetermined |
| HP BL460C BLADE WITH 96GB MEMORY & HBA | $          - | N/A | Undetermined |
| HP BL460C G7 CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C G7 CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C G7 CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C G7 CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 10GB FLB CTO BLADE | $          - | N/A | Undetermined |
| HP BL460C GEN8 256GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 256GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 256GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 64GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 64GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 64GB BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 BLADE SERVER | $          - | N/A | Undetermined |
| HP BL460C GEN8 BLADE SERVER | $          - | N/A | Undetermined |
| HP BLC VC FLEX-10 ENET MODULE OPT | $          - | N/A | Undetermined |
| HP BLC VC FLEX-10 ENET MODULE OPT | $          - | N/A | Undetermined |
| HP C7000 BLADE CHASSIS | $          - | N/A | Undetermined |
| HP C7000 BLADE CHASSIS | $          - | N/A | Undetermined |
| HP CP4025 COLOR PRINTER | $          - | N/A | Undetermined |
| HP D6000 DISK ENCLOSURE | $          - | N/A | Undetermined |
| HP D6000 DISK ENCLOSURE | $          - | N/A | Undetermined |
| HP D6000 DISK ENCLOSURE | $          - | N/A | Undetermined |
| HP ELITEBOOK820 | $          - | N/A | Undetermined |
| HP EVA4400 SAN | $          - | N/A | Undetermined |
| HP LaserJet 9050n Printer | $          - | N/A | Undetermined |
| HP M521DN MFP B/W PRINTER | $          - | N/A | Undetermined |
| HP M521DN WITH EXTRA TRAY | $          - | N/A | Undetermined |
| HP M521DN WITH EXTRA TRAY | $          - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| HP RACK ENCLOSURE WITH PDU | $ - | N/A | Undetermined |
| HP SAN HARDWARE | $ - | N/A | Undetermined |
| HP SFP transceivers | $ - | N/A | Undetermined |
| HP STORAGEWORKS 81E PCI-E FC HBA (HP1-AJ762A) | $ - | N/A | Undetermined |
| HP STORAGEWORKS 81E PCI-E FC HBA (HP1-AJ762A) | $ - | N/A | Undetermined |
| HP STORAGEWORKS 81E PCI-E FC HBA (HP1-AJ762A) | $ - | N/A | Undetermined |
| HP STORAGEWORKS 81E PCI-E FC HBA (HP1-AJ762A) | $ - | N/A | Undetermined |
| HP X130 10 G SFP+ LC SR TRANSCEIVER | $ - | N/A | Undetermined |
| HP X130 10G SPF LC SR XCVR | $ - | N/A | Undetermined |
| HP X130 10G SPF LC SR XCVR | $ - | N/A | Undetermined |
| HP521DN/W EXTRA 500 SHEET TRAY | $ - | N/A | Undetermined |
| HP6015 COLOR LASER PRINTER | $ - | N/A | Undetermined |
| HPN 12508 CORE SWITCHES | $ - | N/A | Undetermined |
| HPN A5800 Top of Rack Switches | $ - | N/A | Undetermined |
| HRIS PLATFORM CHANGE TO KRONOS | $ - | N/A | Undetermined |
| HRIS System | $ - | N/A | Undetermined |
| HVAC UPGRADE | $ - | N/A | Undetermined |
| IBM SPSS SOFTWARE | $ - | N/A | Undetermined |
| IBML MOVE TO OPEX | $ - | N/A | Undetermined |
| IdentiCard - Software to Upgrade | $ - | N/A | Undetermined |
| iMac 27 - inch with Retina 5k display 3.2 GHz Quad | $ - | N/A | Undetermined |
| IMAC 27-INH WITH RETINA 5K DISPLAY 3.2 GHZ | $ - | N/A | Undetermined |
| IMAC 27-INH WITH RETINA 5K DISPLAY 3.2 GHZ | $ - | N/A | Undetermined |
| IMAC 27-INH WITH RETINA 5K DISPLAY 3.2 GHZ | $ - | N/A | Undetermined |
| IMAC 27-INH WITH RETINA 5K DISPLAY 3.2 GHZ | $ - | N/A | Undetermined |
| IMAC 27-INH WITH RETINA 5K DISPLAY 3.2 GHZ | $ - | N/A | Undetermined |
| IMAGE TRAC DS1150 SCANNER | $ - | N/A | Undetermined |
| IMS Revolving Credit Program | $ - | N/A | Undetermined |
| IN HOUSE STUDIO SHOOTING BAY | $ - | N/A | Undetermined |
| INKJET ENGINE/PRINTER TO CORE IMPLEMENTATION | $ - | N/A | Undetermined |
| INKJET PRINTER | $ - | N/A | Undetermined |
| INSTALL 30AMP AND 50 AMP OUTLETS | $ - | N/A | Undetermined |
| INSTALLMENT PAYMENTS | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERMEC CK3XA WIRELESS HANDHELD COMPUTER | $ - | N/A | Undetermined |
| INTERNAL SALES TAX SOLUTION | $ - | N/A | Undetermined |
| INTERNAL SOFTWARE DEVELOPMENT--SORTATION SYSTEM | $ - | N/A | Undetermined |
| INTERNAL SOFTWARE DEVELOPMENT--SORTATION SYSTEM | $ - | N/A | Undetermined |
| INTERNAL SOFTWARE DEVELOPMENT--WAREHOUSE | $ - | N/A | Undetermined |
| INTERNAL SOFTWARE DEVELOPMENT--WESTRIDGE | $ - | N/A | Undetermined |
| INTERNAL SOFTWARE DEVELOPMENT--WESTRIDGE | $ - | N/A | Undetermined |
| INTERNALLY DEV. SOFTWARE - SHAREPOINT | $ - | N/A | Undetermined |
| INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| Internally developed software - Discounts & Coupon | $ - | N/A | Undetermined |
| INTERNALLY DEVELOPED SOFTWARE - WEB ANALYTICS | $ - | N/A | Undetermined |
| INTERNALLY DEVELOPED SOFTWARE - WMS UPGRADE | $ - | N/A | Undetermined |
| Internally developed software Piece Pick | $ - | N/A | Undetermined |
| INTERNALLY DEVELOPED SOFTWARE--CREDIT CARDS | $ - | N/A | Undetermined |
| INTERNALLY DEVELOPED SOFTWARE--LC SYSTEM | $ - | N/A | Undetermined |
| INTERTAPE 20-B BOTTOM CASE TAPER | $ - | N/A | Undetermined |
| INTUIT - POS FOR EE STORE | $ - | N/A | Undetermined |
| IVR | $ - | N/A | Undetermined |
| JDA WMS Enhancement Implementation | $ - | N/A | Undetermined |
| JDA WMS ENHANCEMENT IMPLENTATION | $ - | N/A | Undetermined |
| JLG scissor lift | $ - | N/A | Undetermined |
| JOCKEY PUMP AND CONTROL PANEL | $ - | N/A | Undetermined |
| KACE Asset Management Software | $ - | N/A | Undetermined |
| KNOWLEDGEPATH - CONSULTING | $ - | N/A | Undetermined |
| L/H IMPROVEMENTS--MATERIAL TO RUN ELECTRIC | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |

## SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| LASALLE LEASE #1--RC256 STAND UP RIDER | $ - | N/A | Undetermined |
| LASALLE NATIONAL LEASING--PICK TO LIGHT SYSTEM | $ - | N/A | Undetermined |
| LASALLE NATIONAL LEASING--USED MEZZANINE | $ - | N/A | Undetermined |
| LATITUADE 5501 | $ - | N/A | Undetermined |
| LATITUDE E6540 - 15.6IN | $ - | N/A | Undetermined |
| LATITUDE E6540 - 15.6IN | $ - | N/A | Undetermined |
| LATITUDE E6540 - 15.6IN | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| LATITUDE E7440 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| Latitude E7450/7450 | $ - | N/A | Undetermined |
| LEGACY VIRTUALIZATION - CONSULTING | $ - | N/A | Undetermined |
| LEGACY VIRTUALIZATION - HARDWARE | $ - | N/A | Undetermined |
| LEGACY VIRTUALIZATION - SOFTWARE | $ - | N/A | Undetermined |
| LIFT TRUCK--JLG 45E BOOM LIFT | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LINE SCANNER | $ - | N/A | Undetermined |
| LOGITECH RALLY CAMERA -  Exec conf room desktop | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MAC BOOK PRO | $ - | N/A | Undetermined |
| MacBook Pro 13-inch - Space Gray 2.0GHz Dual-core | $ - | N/A | Undetermined |
| MacBook Pro 13-inch - Space Gray 2.0GHz Dual-core | $ - | N/A | Undetermined |
| MacBook Pro 13-inch - Space Gray 2.0GHz Dual-core | $ - | N/A | Undetermined |
| MacBook Pro 13-inch - Space Gray 2.0GHz Dual-core | $ - | N/A | Undetermined |
| MacBook Pro 13-inch - Space Gray 2.0GHz Dual-core | $ - | N/A | Undetermined |
| MACBOOK PRO 15-INCH | $ - | N/A | Undetermined |
| MAIL EXTRACTORS - MODEL 51 RED PERFORMANCE | $ - | N/A | Undetermined |
| MAILMETER PROFESSIONAL SERVICES - SERVER MIGRATION | $ - | N/A | Undetermined |
| Manfrotto Super Salon 280 Camera Stand 9' | $ - | N/A | Undetermined |
| MANTISSA AXIOM-X SCANNING SYSTEM | $ - | N/A | Undetermined |
| MARKETPLACE AUTOMATION | $ - | N/A | Undetermined |
| MARKETPLACE PRICING, INVENTORY& PAYMENTS | $ - | N/A | Undetermined |
| MERCHANDISE ANALYTICS | $ - | N/A | Undetermined |
| Merchandise Analytics | $ - | N/A | Undetermined |
| MERLIN EQUIPMENT UPGRADE | $ - | N/A | Undetermined |
| MEZZANINE - WESTRIDGE WHSE | $ - | N/A | Undetermined |
| MICROSOFT SHAREPOINT 2010 | $ - | N/A | Undetermined |
| Microsoft SQL Server Standard Edition | $ - | N/A | Undetermined |
| Microsoft SQL Server Standard Edition | $ - | N/A | Undetermined |
| Microsoft SQL Server Standard Edition | $ - | N/A | Undetermined |
| MICROSOFT SURFACE BOOK 2 | $ - | N/A | Undetermined |
| Microsoft Surface Book 2 Tablet - with keyboard | $ - | N/A | Undetermined |

### SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Microsoft Surface Pro 4 - Tablet - Core i5 | $ - | N/A | Undetermined |
| Microsoft Surface Pro 4 - Tablet - Core i5 | $ - | N/A | Undetermined |
| Microsoft Surface Pro 4 - Tablet - Core i5 | $ - | N/A | Undetermined |
| Microsoft Surface Pro 4 - Tablet - Core i5 | $ - | N/A | Undetermined |
| MICROSOFT SURFACE PRO 4 TABLET | $ - | N/A | Undetermined |
| Microsoft Visual Studio Enterprise with MSDN | $ - | N/A | Undetermined |
| Microsoft Visual Studio Enterprise with MSDN | $ - | N/A | Undetermined |
| Microsoft Visual Studio Enterprise with MSDN | $ - | N/A | Undetermined |
| Mini Projects SCM/WMS | $ - | N/A | Undetermined |
| Miramar 17,7710 Hardware | $ - | N/A | Undetermined |
| Miramar 17,7710 Hardware | $ - | N/A | Undetermined |
| MOBILE APPLICATION | $ - | N/A | Undetermined |
| Mobile First, Site Evolve | $ - | N/A | Undetermined |
| MODEL 51 BASE MACHINE | $ - | N/A | Undetermined |
| MODEL 51 RED MAIL EXTRACTOR | $ - | N/A | Undetermined |
| MODEL 51 RED MAIL EXTRACTOR | $ - | N/A | Undetermined |
| MODEL 7300 POWER SCRUBBER, RIDER | $ - | N/A | Undetermined |
| Modernize UPS Billing Process | $ - | N/A | Undetermined |
| MODULAR MESSAGING - VOICEMAIL - HW | $ - | N/A | Undetermined |
| MODULAR MESSAGING - VOICEMAIL - SW | $ - | N/A | Undetermined |
| MONTHLY ESTIMATED CAPITALIZED SALARIES | $ - | N/A | Undetermined |
| MS SLA+ WIN SRV ENT 2008 R2 | $ - | N/A | Undetermined |
| MS SLA+ WIN SRV ENT 2008 R2 | $ - | N/A | Undetermined |
| MS SLA+ WIN SRV ENT 2008 R2 | $ - | N/A | Undetermined |
| nChronos Server License | $ - | N/A | Undetermined |
| NETWORK - CATALYST 6500 48PT, CATALYST | $ - | N/A | Undetermined |
| Network Monitoring Software License | $ - | N/A | Undetermined |
| New Photo Studio Data Cabling | $ - | N/A | Undetermined |
| New Studio Equipment | $ - | N/A | Undetermined |
| NEW WINDOWS NORTH BRIDGE 1st/2nd FLOOR | $ - | N/A | Undetermined |
| NEXPOSE EXPRESS PERPETUAL LICENSE | $ - | N/A | Undetermined |
| NOBLE DIALER | $ - | N/A | Undetermined |
| NORTECH TELECOM - 50% DOWNPAYMENT | $ - | N/A | Undetermined |
| NORTECH TELECOM--LABOR-CABLING-MATEIAL | $ - | N/A | Undetermined |
| Office Area, Link and Cafeteria Roof | $ - | N/A | Undetermined |
| OFFICE EQUIP - 6408D+ DIS 8B SPKRP | $ - | N/A | Undetermined |
| OFFICE EQUIP - CAMERA EQUIP FOR IN-HOUSE STUDIO | $ - | N/A | Undetermined |
| OFFICE EQUIP - DEFINITY PER PORT MTCE | $ - | N/A | Undetermined |
| OFFICE EQUIP - ICE MAKER SCOTSMAN MODEL | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OFFICE EQUIP - KRONOS SYSTEM | $ - | N/A | Undetermined |
| OFFICE EQUIP - MODEL 51 BASE MACHINE, | $ - | N/A | Undetermined |
| OFFICE EQUIP - MODEL 51 BASE MACHINE, | $ - | N/A | Undetermined |
| OFFICE EQUIP - PHONES AND LABOR FOR D53 CIRCUIT | $ - | N/A | Undetermined |
| OFFICE EQUIP - TELSET 6408D+ ENGLISH | $ - | N/A | Undetermined |
| OFFICE EQUIP- NEW SAVIN8055SP DIGITAL | $ - | N/A | Undetermined |
| OFFICE EQUIP- PITNEY DM 1000 MACHINE | $ - | N/A | Undetermined |
| OFFICE EQUIP--8300 BATTERY SWEEPER-SCRUBBER | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT - PHONE | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT - QUIET JOG (4) | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--3T1 FROM LTD TO CALL CENTERS | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--ADDITIONAL T-1S FOR | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--DEPOSIT FOR FUNITURE | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--FURNITURE FOR ADVERTISING | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--IP CONNECTION FOR AVAYA | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--MODEL 51 EXTRACTING MACHINE | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--NEOPOST S192 INSERTER/FOLDER | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--PS250 PRINTER OMRM-B SRA2 | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT--RICOH AFICIO COPIER AF2051 | $ - | N/A | Undetermined |
| OFFICE EQUIPMENT-TELSET 8B SPK GRY USA 640 | $ - | N/A | Undetermined |
| OFFICE EQUP--SECURITY SYSTEM | $ - | N/A | Undetermined |
| OFFICE EQUP--PHOTO STUDIO EQUIPMENT | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OP BATTERY 12-125-15 | $ - | N/A | Undetermined |
| OPPC SCANNER REPLACEMENT PROJECT | $ - | N/A | Undetermined |
| OPPC&CREDIT COLLECTION AUCinternal order | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM FACTOR | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OPTIPLEX 3010 SMALL FORM WITH (2) 22" MONITORS | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |

SCHEDULE AB 41-LTD ATTACHMENT

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

SCHEDULE AB 41-LTD ATTACHMENT

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |

### SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

SCHEDULE AB 41-LTD ATTACHMENT

Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 390 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OPTIPLEX 7010 SMALL FORM WITH 22" MONITOR | $ - | N/A | Undetermined |
| OPTIPLEX 7010 SMALL FORM WITH 22" MONITOR | $ - | N/A | Undetermined |
| OPTIPLEX 7010 SMALL FORM WITH 22" MONITOR | $ - | N/A | Undetermined |
| OptiPlex 7040 SFF | $ - | N/A | Undetermined |
| OPTIPLEX 7050 MFF | $ - | N/A | Undetermined |
| OPTIPLEX 7050 MFF | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OptiPlex 790 Small Form Factor with 2-22" Monitors | $ - | N/A | Undetermined |
| OPTIPLEX 9020 SMALL FORM FACTOR | $ - | N/A | Undetermined |
| OPTIPLEX 9020 SMALL FORM FACTOR | $ - | N/A | Undetermined |
| OPTIPLEX 9020 SMALL FORM FACTOR | $ - | N/A | Undetermined |
| OptiPlex 9030 AIO BTX / Dell All in One Computer | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| OptiPlex 990 with MS Office 2010 | $         - | N/A | Undetermined |
| OptiPlex 990 with MS Office 2010 | $         - | N/A | Undetermined |
| ORACLE CX COMMERCE | $         - | N/A | Undetermined |
| ORACLE CX COMMERCE IMPLEMENTATION | $         - | N/A | Undetermined |
| ORACLE SOFTWARE FOR ATG V10.2 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - ACUTE 2R 2400 W/CASE PRO KIT | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 24MM F/3.5L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 24MM F/3.5L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 45MM F/2.8 TS-E LENS/USA | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 45MM F/2.8 LENSUSA | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 45MM F/2.8 TS-E LENSUSA | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 50MM F1.2L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 50MM F1.2L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 70-200MM F2.8L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 70-200MM F2.8L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 85MM F/1.2L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 85MM F/1.2L | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 90 F/2.8 TS-E LENS /USE | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 90MM F/2.8 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON 90MM F/2.8 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON TS-E 45MM F/2.8 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - CANON TS-E 90MM F/2.8 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - PROFOTO ACUTE 2R 1200 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - PROFOTO ACUTE 2R 1200 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - PROFOTO ACUTE 2R 2400 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - PROFOTO ACUTE 2R 2400 | $         - | N/A | Undetermined |
| OTHER EQUIPMENT - PROFOTO ACUTE 2R 2400 | $         - | N/A | Undetermined |
| Packing Slip Enhancements & USPS Rate Sh | $         - | N/A | Undetermined |
| PALATEK 50HP COMPRESSORS | $         - | N/A | Undetermined |
| PALLET FLOW GRAVITY | $         - | N/A | Undetermined |
| PARCEL SHIPPING SYSTEM IMPLEMENTATION | $         - | N/A | Undetermined |
| PAYLOCITY HRIS | $         - | N/A | Undetermined |
| PBX SYSTEM CONFIGURATION - CABINET 8 | $         - | N/A | Undetermined |
| PBX UPGRADE - PHASE 1 | $         - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $         - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $         - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $         - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $         - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $         - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PE BATTERY 12-85-13 | $          - | N/A | Undetermined |
| PERFORMANCE OPTIMIZATION | $          - | N/A | Undetermined |
| Performance Optimization, Phase 1 | $          - | N/A | Undetermined |
| PERLE IOLAN SCS32C SECURE CONSOLE SERVER | $          - | N/A | Undetermined |
| PHASE 2 SHOPTOKEN LOYALTY PROGRAM | $          - | N/A | Undetermined |
| PHONE - LUCENT TECHNOLOGIES - REMAINING AMOUNT | $          - | N/A | Undetermined |
| PHONE - LUCENT TECHNOLOGIES (50% DEPOSIT) | $          - | N/A | Undetermined |
| PHOTO STUDIO MOVE | $          - | N/A | Undetermined |
| PHOTO STUDIO MOVE (2nd IO) | $          - | N/A | Undetermined |
| PHOTO STUDIO MOVE (3RD IO) | $          - | N/A | Undetermined |
| PICKING AND SHIPPING SORTER DESTINATION HW | $          - | N/A | Undetermined |
| PLYWOOD GAYLORDS | $          - | N/A | Undetermined |
| POWEROLAP SOFTWARE | $          - | N/A | Undetermined |
| POWERWARE 9355 UPS | $          - | N/A | Undetermined |
| PRECISION M3800 | $          - | N/A | Undetermined |
| PRECISION M3800 | $          - | N/A | Undetermined |
| PRINTER REPLACEMENT PROJECT | $          - | N/A | Undetermined |
| Product Recommendations | $          - | N/A | Undetermined |

SCHEDULE AB 41-LTD ATTACHMENT
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| PROFOTO - ACUTE 2R 2400W/S 3 HEAD VALUE PACK KIT | $         - | N/A | Undetermined |
| PROFOTO 2R 2400 PRO VALUE PACK (PF04202) | $         - | N/A | Undetermined |
| PROFOTO 2R 2400 PRO VALUE PACK (PF04202) | $         - | N/A | Undetermined |
| PROFOTO 2R 1200 PRO VALUE PACK (PF04212) | $         - | N/A | Undetermined |
| PROFOTO 2R 1200 PRO VALUE PACK (PF04212) | $         - | N/A | Undetermined |
| PROFOTO ACUTE 2 - 2400 WATT SECOND POWER SUPPLY | $         - | N/A | Undetermined |
| PROFOTO ACUTE 2-2400 WATT/s 2 HEAD PRO VALUE PACK | $         - | N/A | Undetermined |
| PROFOTO ACUTE 2-D4 FLASH HEAD | $         - | N/A | Undetermined |
| PROFOTO ACUTE 2-D4 FLASH HEAD | $         - | N/A | Undetermined |
| Profoto Acute 2R 1200W/s 2 Head Pro Value Pack (90 | $         - | N/A | Undetermined |
| Profoto Acute 2R 2400W/s 2 Head Pro Value Pack (90 | $         - | N/A | Undetermined |
| Profoto Acute 2R ProValue Pack 1200 Kit | $         - | N/A | Undetermined |
| Profoto Acute 2R ProValue Pack 1200 Kit | $         - | N/A | Undetermined |
| Project Credit/Collections move to 200 B | $         - | N/A | Undetermined |
| Project Evaluation | $         - | N/A | Undetermined |
| PROMOTIONAL SMS | $         - | N/A | Undetermined |
| PROMOTIONAL SMS | $         - | N/A | Undetermined |
| PUT -TO-LIGHT CARTS -- 2ND INSTALLMENT | $         - | N/A | Undetermined |
| PUT-TO-LIGHT CART | $         - | N/A | Undetermined |
| PUT-TO-LIGHT CARTS 35% | $         - | N/A | Undetermined |
| R8 CM SYSTEM UPGRADE | $         - | N/A | Undetermined |
| RACKING - WESTRIDGE | $         - | N/A | Undetermined |
| RACKING - WESTRIDGE | $         - | N/A | Undetermined |
| RADIAL DROP SHIP INVENTORY IMPLEMENTATIO | $         - | N/A | Undetermined |
| RADIAL DROP SHIP INVENTORY IMPLEMENTATIO | $         - | N/A | Undetermined |
| RANDOM CASE SEALING MACHINES | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond - SBCSR30T | $         - | N/A | Undetermined |
| Raymond 0112TM-FRE60L | $         - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Raymond 0112TM-FRE60L | $ - | N/A | Undetermined |
| Raymond R35-C35QM | $ - | N/A | Undetermined |
| Raymond R35-C35QM | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-13 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| RC BATTERY 18-125-17 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| REACH BATTERY 18-125-15 | $ - | N/A | Undetermined |
| RECONFIGURE APC AND RELOCATE ORDER PROCE | $ - | N/A | Undetermined |
| REDPRAIRIE WMS SOFTWARE | $ - | N/A | Undetermined |
| REFER A FRIEND | $ - | N/A | Undetermined |
| RESPONSIVE CHANNEL OPTIMIZATION | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| RF EQUIPMENT | $ - | N/A | Undetermined |
| RF EQUIPMENT | $ - | N/A | Undetermined |
| RF SCANNERS AND PRINTERS | $ - | N/A | Undetermined |
| RF SCANNERS AND PRINTERS (2) | $ - | N/A | Undetermined |
| RF UNITS | $ - | N/A | Undetermined |
| RF UNITS | $ - | N/A | Undetermined |
| RF UNITS 2 | $ - | N/A | Undetermined |
| RTU AC COMPRESSOR AGC5561EXG | $ - | N/A | Undetermined |
| Runshuttle software license | $ - | N/A | Undetermined |
| S8700 M SERVER W/G600 M GATEWAY | $ - | N/A | Undetermined |
| SALES TAX REPORTING - NJ OH | $ - | N/A | Undetermined |
| SALESFORCE TRANSACTIONAL EMAILS | $ - | N/A | Undetermined |
| SAN REPLACEMENT UPGRADE | $ - | N/A | Undetermined |
| SAN REPLACEMENT UPGRADE | $ - | N/A | Undetermined |
| SAN REPLACEMENT UPGRADE | $ - | N/A | Undetermined |
| SAP BUSINESS OBJECTS | $ - | N/A | Undetermined |
| SAP BUSINESS OBJECTS - CONSULTING | $ - | N/A | Undetermined |
| SAP BUSINESS OBJECTS - SOFTWARE | $ - | N/A | Undetermined |
| SAP BUSINESS OBJECTS-INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| SAP ECC VIRTUALIZATION | $ - | N/A | Undetermined |
| SAP INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| SAP INTERNALLY DEVELOPED SOFTWARE | $ - | N/A | Undetermined |
| SAP SCE - SERVER UPGRADE | $ - | N/A | Undetermined |
| SCANNER (1 OF 8) | $ - | N/A | Undetermined |
| SCANNER (2 OF 8) | $ - | N/A | Undetermined |
| SCANNER (3 OF 8) | $ - | N/A | Undetermined |
| SCANNER (4 OF 8) | $ - | N/A | Undetermined |
| SCANNER (5 OF 8) | $ - | N/A | Undetermined |
| SCANNER (6 OF 8) | $ - | N/A | Undetermined |
| SCANNER (7 OF 8) | $ - | N/A | Undetermined |
| SCANNER (8 OF 8) | $ - | N/A | Undetermined |
| SCISSOR LIFT - SKYJACK SJII-4626, 26FT | $ - | N/A | Undetermined |
| SERVER BACKUP SOFTWARE UPGRADE | $ - | N/A | Undetermined |
| SERVER STACK SWITCH #1 | $ - | N/A | Undetermined |
| SERVER STACK SWITCH #2 | $ - | N/A | Undetermined |
| SharePoint 2013 Upgrade Project | $ - | N/A | Undetermined |
| SHIPPING AND PACKING HARDWARE UPGRADE | $ - | N/A | Undetermined |
| Shipping System Enhancements | $ - | N/A | Undetermined |
| SHOPTOKEN LOYALTY PROGRAM | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| SMART BUY ELITEBOOK 840 | $ - | N/A | Undetermined |
| SMART BUY ELITEBOOK 840 | $ - | N/A | Undetermined |
| SMS - TEXT CONFIRMATIONS | $ - | N/A | Undetermined |
| SMS TEXTING | $ - | N/A | Undetermined |
| SOFTWARE  - PSI REM WS APPLICATIONS | $ - | N/A | Undetermined |
| SOFTWARE - POWER OLAP 10 USER SYSTEM | $ - | N/A | Undetermined |
| SOFTWARE - POWER OLAP BUDGETING SOFTWARE (50%) | $ - | N/A | Undetermined |
| SOFTWARE--POWEROLAP SOFTWARE | $ - | N/A | Undetermined |
| SPECTRO 17 | $ - | N/A | Undetermined |
| SPECTRO 17 | $ - | N/A | Undetermined |
| SPEECH ENABLE IVR System - SAP HARDWARE | $ - | N/A | Undetermined |
| SPEECH ENABLE IVR System - SAP SOFTWARE | $ - | N/A | Undetermined |
| SPEEDOTRON 1500 W/S DIGITAL EXPLORER | $ - | N/A | Undetermined |
| SPEEDOTRON 1500 W/S DIGITAL EXPLORER | $ - | N/A | Undetermined |
| SPEEDTRON 2403CX POWER SUPPLY (120V) | $ - | N/A | Undetermined |
| SPIRAL 1 & 2 REBUILD | $ - | N/A | Undetermined |
| SPIRAL 1 & 2 REBUILD 2 | $ - | N/A | Undetermined |
| SQL SERVER UPGRADE  (phase 2) | $ - | N/A | Undetermined |
| SQL SERVER UPGRADE  (phase 2) | $ - | N/A | Undetermined |
| SQL SERVER UPGRADE  (phase 2) | $ - | N/A | Undetermined |
| SQL SERVER UPGRADE PHASE 2 | $ - | N/A | Undetermined |
| STREEM CENTER ENTERPRISE SOLUTION | $ - | N/A | Undetermined |
| STREEM FAX SOFTWARE & IMPLEMENTATION | $ - | N/A | Undetermined |
| STREEM NETWORK FAX SYSTEM | $ - | N/A | Undetermined |
| STYLUS PRO 4900 | $ - | N/A | Undetermined |
| STYLUS PRO 4900 | $ - | N/A | Undetermined |
| Surface Pro 4 512Gb I5 16G | $ - | N/A | Undetermined |
| Surface Pro 4 512Gb I5 16G | $ - | N/A | Undetermined |
| SURFACE PRO-TABLET-8GB RAM | $ - | N/A | Undetermined |
| SWEEPER BATTERY 18-100-17 | $ - | N/A | Undetermined |
| SWIFTPIC SOFTWARE UPGRADE | $ - | N/A | Undetermined |
| SYSTEM BACKUP UPGRADE | $ - | N/A | Undetermined |
| SYSTEM BACKUP UPGRADE - PART 2 | $ - | N/A | Undetermined |
| TEALEAF SOFTWARE UPGRADE | $ - | N/A | Undetermined |
| TECH INFR CORE SYSTEM UPGRADES | $ - | N/A | Undetermined |
| TECH INFR CORE SYSTEM UPGRADES (2) | $ - | N/A | Undetermined |
| TELEPHONE - 6408, 6408D, 6416D, ANALOG | $ - | N/A | Undetermined |
| TELEPHONE - 6408D, 6416D, ANNOUNCEMENT BOARD | $ - | N/A | Undetermined |
| TELEPHONE - LUCENT TECHNOLOGIES | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| TERMINAL SERVER UPGRADE | $ - | N/A | Undetermined |
| TOTES FOR PIECE PICK | $ - | N/A | Undetermined |
| TRISTATE APPLIANCES | $ - | N/A | Undetermined |
| TRI-STATE IMPROVEMENTS | $ - | N/A | Undetermined |
| TRUCK BATTERIES | $ - | N/A | Undetermined |
| TURRET BATTERY 24-125-15 | $ - | N/A | Undetermined |
| TURRET BATTERY 24-125-15 | $ - | N/A | Undetermined |
| TVSS SURGE SUPPRESSOR | $ - | N/A | Undetermined |
| UCC NETWORK PROJECT | $ - | N/A | Undetermined |
| UCC PROJECT | $ - | N/A | Undetermined |
| UPS BATTERY REPLACEMENT | $ - | N/A | Undetermined |
| VENDOR PAYMENT TERMS | $ - | N/A | Undetermined |
| Vendor Payment Terms | $ - | N/A | Undetermined |
| VMware Ent Plus accellerator pack | $ - | N/A | Undetermined |
| VMWARE SERVERS | $ - | N/A | Undetermined |
| VMware vSphere 4 Enterprise Plus software | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L2 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L3 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L3 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L4 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L4 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L4 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L4 VPP | $ - | N/A | Undetermined |
| VMWARE VSPHERE 5 ENT PLUS 1P L4 VPP | $ - | N/A | Undetermined |
| VOICE AND DATA CABLING | $ - | N/A | Undetermined |
| VSC WATER PUMP REBUILT FOR BOILER | $ - | N/A | Undetermined |
| W/H EQUIP - COMPLEX STEEL WIRE DECK | $ - | N/A | Undetermined |
| W/H EQUIP - INTERLAKE SELECTA FLO RACKING | $ - | N/A | Undetermined |
| W/H EQUIP - LOT INTERLAKE PALLET RACK | $ - | N/A | Undetermined |
| W/H EQUIP - MODEL CF-40T AUTOMATIC CASE FORMER | $ - | N/A | Undetermined |
| W/H EQUIP - PENCO VAN GUARD LOCKERS | $ - | N/A | Undetermined |
| W/H EQUIP - RACK SYSTEM FOR SHORTAGE | $ - | N/A | Undetermined |
| WARE EQUIP--CCTV INSTALLATION-- CAMERA | $ - | N/A | Undetermined |
| WAREHOUSE - RACKING AND CONVEYOR | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP - STRAPING MACHINE | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP - STRAPPING MACHINE | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--40 ZEBRA 801.11 LINERLES | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--ALARMS | $ - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| WAREHOUSE EQUIP--ARCH STRAPPER 110V | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--ARCH STRAPPER 110V | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--BEAMS | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--FLOW RACKING | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--MC9060 RF SYMBOL HH TERMINALS | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--MC9060 RF SYMBOL RF | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP--MC9060 RF SYMBOL RF | $               - | N/A | Undetermined |
| WAREHOUSE EQUIP-MEGA MERGE BELT4 MERGE | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT - POWER WARE(EATON) | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT - PUT TO LIGHT CART SYSTEM | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT-- PALLET TRUCK PE4500-60 | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT-- PALLET TRUCK PE4500-60 | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT-- PALLET TRUCK PE4500-60 | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT-- PALLET TRUCK PE4500-60 | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--CASE ERECTORS | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--CASE ERECTORS | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--CASE ERECTORS | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT-CONVEYOR EQUIPMENT | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--END CONTROLLED | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--FALL PROTECTION | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--FLOW RACK & BULK | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--MC9060 COMPUTER | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--PACK TO LIGHT CART SYSTEM | $               - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--PACK TO LIGHT CART SYSTEM | $               - | N/A | Undetermined |

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| WAREHOUSE EQUIPMENT--PICK MODULE | $ - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--RACKING MATERIALS | $ - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--REACH TRUCK MODEL DR25TT | $ - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--SCANNERS AND POWER | $ - | N/A | Undetermined |
| WAREHOUSE EQUIPMENT--ZEBRA 110XIII | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--PACK TO LIGHT CART SYSTEM | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--PACK TO LIGHT CART SYSTEM | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--PLYWOOD FOR PICK MODULE | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--POWER GLIDE TRACK | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--REACH TRUCKS MODEL DR25TT | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--WIRE DECK | $ - | N/A | Undetermined |
| WAREHOUSE EQUIP--WIRE GUIDANCE AND LABOR | $ - | N/A | Undetermined |
| WAREHOUSE SMOKING SHELTER | $ - | N/A | Undetermined |
| WAREHOUSE-RQ8 STRAPPING-PALM TRIP SWITCH | $ - | N/A | Undetermined |
| Water Heater PCE4020 40 Gal 480 Phase | $ - | N/A | Undetermined |
| WEB ANALYTICS | $ - | N/A | Undetermined |
| WES Tenant Improvements | $ - | N/A | Undetermined |
| WES Tenant Improvements 2020 | $ - | N/A | Undetermined |
| WES Tenant Improvements 2020 (3rd IO#) | $ - | N/A | Undetermined |
| WES Tenant Improvements 2021 (4th IO#) | $ - | N/A | Undetermined |
| WHS Batteries | $ - | N/A | Undetermined |
| WHS EMERGENCY REPLENISHMENTS | $ - | N/A | Undetermined |
| WHSE - METRO WIRE SHELVING & LYON BULK | $ - | N/A | Undetermined |
| WHSE - METRO WIRE SHELVING & LYON BULK | $ - | N/A | Undetermined |
| WHSE EQUIP - 72 PCS WIRE DECKING, SISSOR | $ - | N/A | Undetermined |
| WHSE EQUIP--ANGLES | $ - | N/A | Undetermined |
| WHSE EQUIP--BURGLAR ALARM SYSTEM | $ - | N/A | Undetermined |
| WHSE EQUIPMENT--CCTV CAMERA INSTALLATION | $ - | N/A | Undetermined |
| WHSE EQUIP--SAFETY YELLOW COLUMN PROTECTORS | $ - | N/A | Undetermined |
| WIN SVR DATA CTR ALNG LIC SAPK MVL | $ - | N/A | Undetermined |
| WINDOWS 2003 SERVER REPLACEMENT | $ - | N/A | Undetermined |
| WINDOWS SERVER DATACENTER EDITION | $ - | N/A | Undetermined |
| WINSHUTTLE TRANSACTION RUNNER-DESKTOP LINCENSE | $ - | N/A | Undetermined |
| WIRE DECKS & SHELF | $ - | N/A | Undetermined |
| WIRING OF ELECTRICAL FOR CONVEYOR | $ - | N/A | Undetermined |
| WISH LIST | $ - | N/A | Undetermined |
| WMS ENHANCEMENT - LABOR AND PRODUCTIVITY REPORT | $ - | N/A | Undetermined |
| WMS ENHANCEMENT - MAKE EMERGENCY REPLENISHMENT | $ - | N/A | Undetermined |
| WMS ENHANCEMENTS - 3 SMALL PROJECTS | $ - | N/A | Undetermined |

In re: LTD Commodities, LLC
Case No. 23-10444

**SCHEDULE AB 41-LTD ATTACHMENT**
Office Equipment

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| WMS PHASE 2 | $ - | N/A | Undetermined |
| WMS PROJECT | $ - | N/A | Undetermined |
| WORKFORCE ACCESS 80002D DOOR CONTROLER | $ - | N/A | Undetermined |
| WORKFORCE ACCESS 80002D DOOR CONTROLER | $ - | N/A | Undetermined |
| WORKFORCE ACCESS 80002D DOOR CONTROLER | $ - | N/A | Undetermined |
| WORKFORCE ACCESS 80002D DOOR CONTROLER | $ - | N/A | Undetermined |
| WORKFORCE ACCESS 80002D DOOR CONTROLLER - QTY 4 | $ - | N/A | Undetermined |
| WORKFORCE ACCESS SOFTWARE - 800 LICENSES | $ - | N/A | Undetermined |
| WORKFORCE UPGRADE | $ - | N/A | Undetermined |
| WORKING MACHINES APPLICATION UPGRADE | $ - | N/A | Undetermined |
| WORKING MACHINES/PACK-TO-LIGHT SOFTWARE | $ - | N/A | Undetermined |
| XEROX 7845 COLOR COPIER | $ - | N/A | Undetermined |
| XEROX PHASER 7800DN COLOR PRINTER | $ - | N/A | Undetermined |
| XEROX PHASER 7800DN COLOR PRINTER | $ - | N/A | Undetermined |
| XEROX WC5325PT COPIER | $ - | N/A | Undetermined |
| XEROX WC7845PT COPIER | $ - | N/A | Undetermined |
| XEROX WC7845PT COPIER | $ - | N/A | Undetermined |
| XEROX WORKCENTER 25 PPM B/W & COLOR PRINTER | $ - | N/A | Undetermined |
| XEROX WORKCENTRE 7845PT2 | $ - | N/A | Undetermined |
| XEROX WORKCENTRE B/W & COLOR | $ - | N/A | Undetermined |
| XEROX WORKCENTRE B/W & COLOR | $ - | N/A | Undetermined |
| XEROX WORKCENTRE W7225PT2 25 | $ - | N/A | Undetermined |
| XEROX WORKCENTRE W7225PT2 25 | $ - | N/A | Undetermined |
| XEROX WORKCENTRE W7225PT2 25 | $ - | N/A | Undetermined |
| XEROX WORKCENTRE W7225PT2 25 | $ - | N/A | Undetermined |
| XEROX WORKCENTRE W722PT2 | $ - | N/A | Undetermined |
| ZEBRA PRINT ENGINE | $ - | N/A | Undetermined |
| ZEBRA PRINT ENGINE | $ - | N/A | Undetermined |
| Zebra ZT 200 Series ZT 230 With 10/100 Ethernet | $ - | N/A | Undetermined |
| Zebra ZT 200 Series ZT 230 With 10/100 Ethernet | $ - | N/A | Undetermined |
| Zebra ZT400 Series Printer | $ - | N/A | Undetermined |
| Zebra ZT400 Series Printer | $ - | N/A | Undetermined |
| Warehouse Equipment | $ - | N/A | Undetermined |
| Warehouse Equipment | $ - | N/A | Undetermined |
| Warehouse Equipment | $ - | N/A | Undetermined |
| Warehouse Equipment | $ - | N/A | Undetermined |

**Total**          **$      7,548,472.78**

**SCHEDULE AB 60 - LTD ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CREDITXPRESS | - | None | Undetermined |
| LTD COMMODITIES | - | None | Undetermined |
| LTD | - | None | Undetermined |
| THE LAKESIDE COLLECTION | - | None | Undetermined |
| GET SET 2 SAVE | - | None | Undetermined |
| LAKESIDE | - | None | Undetermined |
| LIVE * LOVE *BABY | - | None | Undetermined |
| LAKESIDE | - | None | Undetermined |
| LTD COMMODITIES & Design | - | None | Undetermined |
| LTD COMMODITIES LLC & Design | - | None | Undetermined |
| FRESH FINDS | - | None | Undetermined |
| LTD | - | None | Undetermined |
| ABC DISTRIBUTING | - | None | Undetermined |

**SCHEDULE AB 61 ATTACHMENT**
*Internet Domain Names and Websites*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 1tdcommodities.com | Undetermined | N/A | Undetermined |
| abcdist.org | Undetermined | N/A | Undetermined |
| abcdistributiing.com | Undetermined | N/A | Undetermined |
| abcdistributing.com | Undetermined | N/A | Undetermined |
| abcdistributing.net | Undetermined | N/A | Undetermined |
| abcdistributing.org | Undetermined | N/A | Undetermined |
| abcdistrributing.com | Undetermined | N/A | Undetermined |
| abcltd.com | Undetermined | N/A | Undetermined |
| amerimarkinteractive.com | Undetermined | N/A | Undetermined |
| amerimarkinteractivecorp.com | Undetermined | N/A | Undetermined |
| catalogsoftheworld.com | Undetermined | N/A | Undetermined |
| clearanceoutlet.com | Undetermined | N/A | Undetermined |
| freshfinds.com | Undetermined | N/A | Undetermined |
| freshfindsadvantage.com | Undetermined | N/A | Undetermined |
| freshfindscatalog.com | Undetermined | N/A | Undetermined |
| getset2save.com | Undetermined | N/A | Undetermined |
| itdcommodities.com | Undetermined | N/A | Undetermined |
| lakeside.biz | Undetermined | N/A | Undetermined |
| lakeside.cc | Undetermined | N/A | Undetermined |
| lakeside.com | Undetermined | N/A | Undetermined |
| lakesidecatalog.com | Undetermined | N/A | Undetermined |
| lakesidecollection.com | Undetermined | N/A | Undetermined |
| lakesidecollectioncatalog.com | Undetermined | N/A | Undetermined |
| lakesidecollections.com | Undetermined | N/A | Undetermined |
| lakesidefaq.com | Undetermined | N/A | Undetermined |
| lakesideperksmarketplace.com | Undetermined | N/A | Undetermined |
| ldtcommodities.com | Undetermined | N/A | Undetermined |
| lidcommodities.com | Undetermined | N/A | Undetermined |
| lpdcommodities.com | Undetermined | N/A | Undetermined |
| lscperks.com | Undetermined | N/A | Undetermined |
| lscpets.com | Undetermined | N/A | Undetermined |
| ltccommodities.com | Undetermined | N/A | Undetermined |
| ltd1.com | Undetermined | N/A | Undetermined |
| ltdabc.net | Undetermined | N/A | Undetermined |
| ltd-catalog.com | Undetermined | N/A | Undetermined |
| ltdccommodities.com | Undetermined | N/A | Undetermined |
| ltdcmmodities.com | Undetermined | N/A | Undetermined |
| ltdcomm.com | Undetermined | N/A | Undetermined |
| ltdcomm.net | Undetermined | N/A | Undetermined |
| ltdcommadities.com | Undetermined | N/A | Undetermined |
| ltdcommdities.com | Undetermined | N/A | Undetermined |
| ltdcommdoities.com | Undetermined | N/A | Undetermined |
| ltdcommedities.com | Undetermined | N/A | Undetermined |
| ltdcommmodities.com | Undetermined | N/A | Undetermined |
| ltdcommodeities.com | Undetermined | N/A | Undetermined |
| ltdcommodeties.com | Undetermined | N/A | Undetermined |

In re: L.T.D. Commodities LLC
Case Number: 23-10444

**SCHEDULE AB 61 ATTACHMENT**
*Internet Domain Names and Websites*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| ltdcommodidies.com | Undetermined | N/A | Undetermined |
| ltdcommodiies.com | Undetermined | N/A | Undetermined |
| ltdcommodiites.com | Undetermined | N/A | Undetermined |
| ltdcommodiities.com | Undetermined | N/A | Undetermined |
| ltdcommoditeies.com | Undetermined | N/A | Undetermined |
| ltdcommoditeis.com | Undetermined | N/A | Undetermined |
| ltdcommoditie.com | Undetermined | N/A | Undetermined |
| ltdcommoditied.com | Undetermined | N/A | Undetermined |
| ltdcommodities.biz | Undetermined | N/A | Undetermined |
| ltdcommodities.cc | Undetermined | N/A | Undetermined |
| ltdcommodities.com | Undetermined | N/A | Undetermined |
| ltd-commodities.com | Undetermined | N/A | Undetermined |
| ltdcommodities.info | Undetermined | N/A | Undetermined |
| ltdcommodities.net | Undetermined | N/A | Undetermined |
| ltdcommodities.org | Undetermined | N/A | Undetermined |
| ltdcommodities.us | Undetermined | N/A | Undetermined |
| ltdcommoditiescatalog.com | Undetermined | N/A | Undetermined |
| ltdcommoditiescoupon.com | Undetermined | N/A | Undetermined |
| ltdcommoditiesinc.com | Undetermined | N/A | Undetermined |
| ltdcommoditiesllc.com | Undetermined | N/A | Undetermined |
| ltdcommoditiespromocode.com | Undetermined | N/A | Undetermined |
| ltdcommoditiess.com | Undetermined | N/A | Undetermined |
| ltdcommoditiies.com | Undetermined | N/A | Undetermined |
| ltdcommoditise.com | Undetermined | N/A | Undetermined |
| ltdcommodittes.com | Undetermined | N/A | Undetermined |
| ltdcommoditties.com | Undetermined | N/A | Undetermined |
| ltdcommodity.com | Undetermined | N/A | Undetermined |
| ltdcommoditys.com | Undetermined | N/A | Undetermined |
| ltdcommodoties.com | Undetermined | N/A | Undetermined |
| ltdcommodties.com | Undetermined | N/A | Undetermined |
| ltdcommodtiies.com | Undetermined | N/A | Undetermined |
| ltdcommoduties.com | Undetermined | N/A | Undetermined |
| ltdcommoidities.com | Undetermined | N/A | Undetermined |
| ltdcommoidties.com | Undetermined | N/A | Undetermined |
| ltdcommoodities.com | Undetermined | N/A | Undetermined |
| ltdcommotities.com | Undetermined | N/A | Undetermined |
| ltdcommudities.com | Undetermined | N/A | Undetermined |
| ltdcomod.com | Undetermined | N/A | Undetermined |
| ltdcomodities.com | Undetermined | N/A | Undetermined |
| ltdcoommodities.com | Undetermined | N/A | Undetermined |
| ltdocmmodities.com | Undetermined | N/A | Undetermined |
| ltdperksmarketplace.com | Undetermined | N/A | Undetermined |
| ltdpets.com | Undetermined | N/A | Undetermined |
| ltdvommodities.com | Undetermined | N/A | Undetermined |
| ltecommodities.com | Undetermined | N/A | Undetermined |
| ltedcommodities.com | Undetermined | N/A | Undetermined |

In re: L.T.D. Commodities LLC
Case Number: 23-10444

## SCHEDULE AB 61 ATTACHMENT
*Internet Domain Names and Websites*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| thelakesidecollection.com | Undetermined | N/A | Undetermined |
| tldcommodities.com | Undetermined | N/A | Undetermined |
| wwwabcdistributing.com | Undetermined | N/A | Undetermined |
| wwwltdcommodities.com | Undetermined | N/A | Undetermined |

In re: L.T.D. Commodities LLC
Case Number: 23-10444

**SCHEDULE AB 73 ATTACHMENT**
Interests in Insurance Policies or Annuities

| General Description | Current Value |
|---|---|
| The Cincinnati Insurance Company  (Policy # x5791) Commercial General Liability; Products-Completed Operations Coverage; Ohio Liability Coverage Enhancement; Umbrella | Undetermined |
| The Cincinnati Insurance Company (Policy # x5791) Automobile Liability | Undetermined |
| The Cincinnati Insurance Company (Policy # x5791) Employee Benefit Liability | Undetermined |
| The Cincinnati Insurance Company (Policy # x679) Employer's Liability – Workers' Compensation | Undetermined |
| The Cincinnati Insurance Company (Policy # x7029) Property - Commercial Output Programs | Undetermined |
| The Cincinnati Insurance Company (Policy # x4646) Boiler and Machine Equipment Breakdown | Undetermined |
| Chubb - ACE American Insurance Company (Policy # x1042) Cyber Enterprise Risk Management | Undetermined |
| AXA XL Insurance Group (Policy # x9901) Excess Cyber Liability | Undetermined |
| Arch Insurance Company (Policy # x228) Excess Umbrella | Undetermined |
| AIG - National Union Fire Insurance Company of Pittsburgh, PA   (Policy # x3468) Excess Umbrella | Undetermined |
| RLI Insurance Company (Policy # x0067) Ocean/Foreign Cargo | Undetermined |
| Chubb National Insurance Company (Policy # x6393) Foreign Liability | Undetermined |
| Gemini Insurance Company (Policy # x6427) Side-A DIC | Undetermined |
| RSUI Indemnity Company (Policy # x4569) Excess Side-A DIC | Undetermined |
| AXIS Insurance Company (Policy # x6801) Excess Side-A DIC | Undetermined |
| Allianz Global Risks US Insurance Company (Policy # x2920) EPL Insurance | Undetermined |

**Fill in this information to identify the case:**

Debtor name: L.T.D. Commodities, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10444 (TMH)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Crystal Financial LLC d/b/a SLR Credit
Two International Place, 17th Fl
Boston, MA 02110

**Date debt was incurred?**
10/15/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
ZG Lending SPV, LLC (second priority lien)

**Describe debtor's property that is subject to the lien:**
First priority lien on substantially all of the Debtors' assets

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$222,659,840.36     Undetermined

Debtor    L.T.D. Commodities, LLC
          Name                                    Case number (if known) 23-10444 (TMH)

2.2

ZG Lending SPV, LLC
8450 Broadway
Merrillville, IN 46410

**Date debt was incurred?**
10/15/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Crystal Financial LLC d/b/a SLR Credit (first priority lien)

**Describe debtor's property that is subject to the lien:**          $19,301,602.28          Undetermined
Subordinate lien on substantially all of the Debtors' assets

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $241,961,442.64

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: L.T.D. Commodities, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10444 (TMH)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

Abigail Rodriguez Garcia Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,255.04      $6,255.04
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.2

Abraham Pocasangre Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,435.44      $6,435.44
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.3

Adam Smith Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                                   $5,544.00                    $5,544.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.4

Adarsh Ponnamaneni Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                                   $25,946.66                   $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.5

Adolfo Garcia Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                                   $7,434.24                    $7,434.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.6

Alex Pineda Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,980.16                    $6,980.16
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.7

Alexa Escutia Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,314.88                    $6,314.88
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.8

Alfonso Nevarez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,980.16                    $6,980.16
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.9

Alfonso Nunez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,268.48          $8,268.48

2.10

Alice Ilievski Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,826.58          $4,826.58

2.11

Amie Brownfield Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,459.86          $10,459.86

Debtor    L.T.D. Commodities, LLC
          Name                                    Case number *(if known)* 23-10444 (TMH)

**2.12**

Ana Carmona Ceja Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

**2.13**

Ana Salazar Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

**2.14**

Andrea Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,321.60          $7,321.60

**2.15**

Andrew Wolf Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$34,523.10          $15,150.00

---

**2.16**

Angela Alexander Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,920.00          $7,920.00

---

**2.17**

Angelica Campos Trejo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,374.72          $6,374.72

Debtor  L.T.D. Commodities, LLC
Name                                                    Case number *(if known)* 23-10444 (TMH)

**2.18**

Angelica Contreras Chavez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,529.92                    $5,529.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.19**

Angelica Gomez Solis Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,632.00                    $5,632.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.20**

Angelica Gonzalez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $8,328.32                    $8,328.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.21

Angelica Manriquez Martinez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,529.92          $5,529.92

2.22

Angelica Menchaca Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16          $6,980.16

2.23

Angelica Ramirez Chavez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,529.92          $5,529.92

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

**2.24**

Angelica Rosales Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,980.16     $6,980.16

**2.25**

Anisha Malombo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,344.80     $6,344.80

**2.26**

Ann Yee Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,435.44     $6,435.44

Debtor   L.T.D. Commodities, LLC
         Name

Case number *(if known)* 23-10444 (TMH)

---

**2.27**

Anqi Liu Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$12,270.86          $12,270.86

---

**2.28**

Antanas Bernotas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,776.00          $6,776.00

---

**2.29**

Antonio Armenta Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,455.36          $7,455.36

2.30

Antonio Morales Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16     $6,980.16

2.31

Araceli Diosdado Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,121.28     $6,121.28

2.32

Aracely Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,669.55     $7,669.55

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

**2.33**

Arcelia Villalpando Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

---

**2.34**

Arturo Leon Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,180.01          $13,180.01

---

**2.35**

Arturo Silva Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,621.44          $5,621.44

Debtor  L.T.D. Commodities, LLC
     Name

Case number *(if known)* 23-10444 (TMH)

---

2.36

Aurelio Lopez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,688.00        $6,688.00

---

2.37

Avisay Orduno Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48        $5,892.48

---

2.38

Balbir Shoker Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,102.55        $7,102.55

Debtor    L.T.D. Commodities, LLC
          Name

Case number *(if known)* 23-10444 (TMH)

**2.39**

Belinda Parada Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$7,941.58          $7,941.58

**2.40**

Benjamin Bartow Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$7,251.20          $7,251.20

**2.41**

Bernardino Marquez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,980.16          $6,980.16

2.42

Beth Palzet Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $4,350.72    $4,350.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.43

Bill Braas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $19,354.47    $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.44

Bobby Lopez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**    $6,435.44    $6,435.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
          Name                                                    Case number *(if known)* 23-10444 (TMH)

---

2.45

Brad Williams Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $8,930.24                $8,930.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.46

Brendan Zhang Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $17,525.09               $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.47

Brett Williams Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $12,452.99               $12,452.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.48

Cari Hemmerling Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,804.12                    $7,804.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.49

Carl Le Beau Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,800.96                    $5,800.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.50

Carla Munoz-Moreno Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,392.00                    $7,392.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.51**

Carlos Puruncajas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,740.48          $7,740.48

**2.52**

Carlota Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48          $5,892.48

**2.53**

Carmen Lachinasr Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,949.00          $7,949.00

Debtor  L.T.D. Commodities, LLC
        Name

Case number *(if known)* 23-10444 (TMH)

**2.54**

Carol Heuer Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,960.20        $7,960.20

**2.55**

Carol Lauer Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$11,494.88       $11,494.88

**2.56**

Cathy Fenger Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,083.54        $9,083.54

2.57

Ceasar Patino Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20          $7,251.20

---

2.58

Celeste Johnson-Newsome Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,039.93          $8,039.93

---

2.59

Celina Reyes Cortez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,350.72          $4,350.72

**2.60**

| | |
|---|---|
| Chanea Brooks Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,344.80          $6,344.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.61**

| | |
|---|---|
| Chris Lomax Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,159.68          $7,159.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.62**

| | |
|---|---|
| Chris Misavage Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $12,906.61          $12,906.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.63**

Chris Passafiume Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,435.44    $6,435.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.64**

Christine Aufmann Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $13,247.41    $13,247.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.65**

Christopher Rizzo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $7,223.11    $7,223.11
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.66

Cindy Spencer Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$18,613.76          $15,150.00

---

2.67

Claudia Fabela Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,145.28          $8,145.28

---

2.68

Claudia Rodriguez Oseguera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20          $7,251.20

**2.69**

Claudio Menchaca-Camargo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:                    $6,776.00                    $6,776.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.70**

Constanza Fuentes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:                    $13,596.00                    $13,596.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.71**

Cory Moorehead Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:                    $10,632.79                    $10,632.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

2.72

Courtney Felt Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,669.55    $7,669.55

---

2.73

Cris De La Cruz Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48    $5,892.48

---

2.74

Cristian Vera Contreras Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,800.96    $5,800.96

**2.75**

| | |
|---|---|
| Crystal Kennedy Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $8,904.12    $8,904.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.76**

| | |
|---|---|
| Damaris Sanchez Lausell Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,314.88    $6,314.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.77**

| | |
|---|---|
| Danielle Andrew Address Redacted | |

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $9,306.88    $9,306.88
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.78

Darin Blackwell Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $20,636.25        $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.79

Darlene Doherty Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $7,251.20        $7,251.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.80

Darrell Henry Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $6,980.16        $6,980.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.81**

David Evans Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $36,484.80          $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.82**

David Renteria Torres Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $7,666.56          $7,666.56
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.83**

David Reyes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $6,776.00          $6,776.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.84

Debbie Reames Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $8,419.84          $8,419.84
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.85

Delia Torres Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $5,822.08          $5,822.08
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.86

Dennis Joray Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $25,840.88         $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.87**

Deyna Sicay Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**       $7,413.12       $7,413.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.88**

Diana Alcala Mendoza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**       $6,255.04       $6,255.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.89**

Diana Grubbs Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**       $9,469.29       $9,469.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.90**

Diane Pauletti Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $11,004.93          $11,004.93
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.91**

Diego Espinoza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $6,526.08          $6,526.08
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.92**

District Of Columbia, Office Of Tax And Revenue, 1101 4Th St. Sw # 270, Washington, DC, 20024

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $256.91          $256.91
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.93

Don Jackson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$15,934.09          $15,150.00

2.94

Don Mitchell Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,296.83          $7,296.83

2.95

Dora Bell Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

Debtor  L.T.D. Commodities, LLC
        Name                                                      Case number *(if known)* 23-10444 (TMH)

2.96

Dora Serna Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $13,716.00           $13,716.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.97

Dori Keller Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $23,803.96           $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.98

Doug Star Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $21,661.55           $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
          Name                                                          Case number *(if known)* 23-10444 (TMH)

**2.99**

Edgar Mata Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,980.16                  $6,980.16

---

**2.100**

Edgar Mondragon Espinosa Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,688.00                  $6,688.00

---

**2.101**

Eladio Lopez Arango Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,776.00                  $6,776.00

Debtor L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

**2.102**

Elidberto Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20                    $7,251.20

---

**2.103**

Elizabeth Medina Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,082.66                    $9,082.66

---

**2.104**

Elizabeth Vargas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,826.58                    $4,826.58

2.105

Elizabeth Velez Cespedes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,456.00        $5,456.00

2.106

Elizeth Naja Alvarez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,688.00        $6,688.00

2.107

Elvia Carrillo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,892.48        $5,892.48

2.108

Eric Adams Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $22,013.59     $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.109

Eric Arbet Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $10,458.48     $10,458.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.110

Eric Savastano Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:** $8,976.84     $8,976.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.111

Erika Escobar-Moya Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $6,160.00          $6,160.00

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.112

Erika Gonzalez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $5,368.00          $5,368.00

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

---

2.113

Erika Guzman Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $5,892.48          $5,892.48

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor   L.T.D. Commodities, LLC
         Name                                                            Case number *(if known)* 23-10444 (TMH)

**2.114**

Erika Salvador Gonzalez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,632.00              $5,632.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.115**

Estela Corral Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,980.16              $6,980.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.116**

Estela Rodriguez Aguilar Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,342.72              $7,342.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

2.117

Eva Lazcano Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,720.00          $5,720.00

---

2.118

Evan Barrera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,342.72          $7,342.72

---

2.119

Evelyn Montes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$9,325.47          $9,325.47

2.120

Faby Ochoa Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (___)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,473.70          $6,473.70

---

2.121

Fatima Reyes Ayala Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (___)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,857.28          $5,857.28

---

2.122

Francisca Mendiola Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (___)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,800.96          $5,800.96

2.123

Francisco Murillo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,258.24          $7,258.24

---

2.124

Gabby Winkler Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$18,302.35          $15,150.00

---

2.125

Gaby Garcia Baeza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

2.126

Genaro Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$7,159.68          $7,159.68

2.127

Georgette Viramontes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$8,008.81          $8,008.81

2.128

Georgina Varela Rodriguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$5,368.00          $5,368.00

2.129

Geraldo Echevarria Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $9,753.92              $9,753.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.130

Gina Orona Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $26,495.88             $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.131

Glen Pass Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $7,806.48              $7,806.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.132

Gloria Bautista Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,621.44          $5,621.44

---

2.133

Guadalupe Cardenas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,456.00          $5,456.00

---

2.134

Guadalupe Maciel Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$11,616.25          $11,616.25

2.135

Guillermo Ceja Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  $6,980.16    $6,980.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.136

Han Portocarrero Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  $5,280.00    $5,280.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.137

Heather Nahf Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  $9,469.29    $9,469.29
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.138

Heather Najman Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $20,045.41          $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.139

Hilda Torres Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $7,413.12          $7,413.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.140

Humberto Arroyo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $6,888.64          $6,888.64
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.141**

Isauro Cielo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00      $5,456.00

---

**2.142**

Isela Sanchez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,902.40      $7,902.40

---

**2.143**

Israel Ocasio Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,008.64      $6,008.64

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.144

J Guadalupe Rocha Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16          $6,980.16

2.145

Jackie Pedraza Sanchez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,797.12          $6,797.12

2.146

Jaclyn Williams Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,823.03          $6,823.03

2.147

Jacqueline Cheney Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $33,844.80          $15,150.00

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.148

James Bennett Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $8,852.10           $8,852.10

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.149

James Ogle Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $13,153.18          $13,153.18

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.150

James Zefo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $6,050.96     $6,050.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.151

Jan Baker Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $8,734.95     $8,734.95
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.152

Jane Guo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**     $22,187.58     $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.153

Janine Fearnley Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $12,320.04    $12,320.04
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.154

Jason Kennedy Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $7,874.70    $7,874.70
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.155

Jason Villatoro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $8,687.61    $8,687.61
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.156

Javier Contreras Contreras Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,621.44          $5,621.44

2.157

Jeanine Fye Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$29,344.34          $15,150.00

2.158

Jenna Andersen Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,586.97          $9,586.97

2.159

Jennie May Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,083.16          $7,083.16

2.160

Jennifer Campos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,720.00          $5,720.00

2.161

Jennifer Lazarevic Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,101.60          $7,101.60

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

### 2.162

Jennifer Stegall Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,040.00                    $7,040.00

### 2.163

Jennifer Toussaint Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,789.12                    $9,789.12

### 2.164

Jenny Bogolin Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20                    $7,251.20

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

**2.165**

Jessica Navarro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,342.72   $7,342.72

---

**2.166**

Jessica Zuniga Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$13,073.07   $13,073.07

---

**2.167**

Jesus Garibay Contreras Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,980.16   $6,980.16

2.168

Jesus Ramos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,688.00          $6,688.00

---

2.169

Jim Bingham Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$31,132.08          $15,150.00

---

2.170

Jim Pendowski Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$21,502.69          $15,150.00

2.171

Jocelyn Elliott Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$10,301.60          $10,301.60

2.172

Joe Escobedo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$8,493.76          $8,493.76

2.173

John Dooley Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,522.00          $6,522.00

Debtor L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.174

John Erickson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$20,847.20          $15,150.00

2.175

John McNamara Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,798.00          $6,798.00

2.176

John O Malley Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,378.39          $13,378.39

2.177

John Yousif Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**           $11,711.04              $11,711.04
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

2.178

John Zhang Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**           $18,717.35              $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

2.179

Johnny Erickson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**           $12,201.55              $12,201.55
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

2.180

Jordan Juhola Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $9,064.00    $9,064.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.181

Jorge Campos Sampedro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $5,235.12    $5,235.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.182

Jorge Herrera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $9,753.92    $9,753.92
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
          Name

Case number *(if known)* 23-10444 (TMH)

---

2.183

Jose Contreras Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,709.44          $5,709.44

---

2.184

Jose Figueroa Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,544.00          $5,544.00

---

2.185

Jose Gallegos Tamayo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16          $6,980.16

2.186

Jose Montejano Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,980.16                    $6,980.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.187

Jose Ramos Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,159.68                    $7,159.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.188

Jose Ruiz Martinez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,800.96                    $5,800.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.189

Jose Sanchez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,159.68                    $7,159.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.190

Josefina Ortiz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $9,826.61                    $9,826.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.191

Juan Guzman Correa Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,342.72                    $7,342.72
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

**2.192**

Juan Palacios Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,776.00            $6,776.00

**2.193**

Juana Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$5,720.00            $5,720.00

**2.194**

Julia Petrauskas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$7,510.52            $7,510.52

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.195

Julio Fierro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,159.68          $7,159.68

2.196

Karina Alvarez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,350.72          $4,350.72

2.197

Karina Gomez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,040.00          $7,040.00

2.198

Katherine Johnson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,446.77          $8,446.77

2.199

Kathy Schindler Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,435.44          $6,435.44

2.200

Keisha Esquivel Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

2.201

Keith Daigel Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$22,969.72          $15,150.00

2.202

Kelli Quinn Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$11,062.59          $11,062.59

2.203

Kim Starks Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,681.45          $7,681.45

2.204

Kristin Bryson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,435.44                    $6,435.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.205

Kurt Leiber Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $21,788.48                    $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.206

Larry Heintz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $11,386.57                    $11,386.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

**2.207**

Larry Schumacher Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $13,934.66            $13,934.66
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.208**

Laura Jeschke Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $6,160.00            $6,160.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.209**

Laura Ming Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**            $7,019.97            $7,019.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.210

Laura Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

2.211

Lellanys Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

2.212

Leonard Ballard Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,779.20          $7,779.20

2.213

Leonor Rodriguez De Paredes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

2.214

Leslie Cortes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,321.60          $7,321.60

2.215

Lidia Martinez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

2.216

Lilia Cervantes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,094.28          $7,094.28

---

2.217

Lilia Villanueva Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

---

2.218

Lillian Vanderbilt Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,472.64          $8,472.64

2.219

Linda Lambert Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,435.44            $6,435.44

---

2.220

Lisa Frederiksen Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,987.42            $13,987.42

---

2.221

Lisa Huber Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,842.17            $7,842.17

**2.222**

Lisabeth Willens Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $8,448.00              $8,448.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.223**

Lizzy Rioux Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,976.32              $7,976.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.224**

Lloir Alcala Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,040.00              $7,040.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.225

Lorena Morales Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,255.04          $6,255.04

---

2.226

Lori Roedl Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$15,462.69          $15,150.00

---

2.227

Luba Radunsky Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$23,288.99          $15,150.00

2.228

Lucianne Crowley Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,492.31          $10,492.31

2.229

Luis Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,952.00          $6,952.00

2.230

Luz Juarez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,621.44          $5,621.44

2.231

Lynn Gibson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16          $6,980.16

---

2.232

Ma Luz Zavala Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,621.44          $5,621.44

---

2.233

Manuel Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,894.72          $9,894.72

2.234

Marcela Rivas Gutierrez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,040.00          $7,040.00

---

2.235

Marcelino Castro Lara Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,776.00          $6,776.00

---

2.236

Marcelino Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,961.60          $9,961.60

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.237

Marco Guerrero Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$8,338.88          $8,338.88

2.238

Margarita Armenta Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,892.48          $5,892.48

2.239

Margarita Ceballos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,892.48          $5,892.48

Debtor L.T.D. Commodities, LLC
Name
Case number *(if known)* 23-10444 (TMH)

2.240

Maria Aguirre Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,205.76          $6,205.76

2.241

Maria Alva Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20          $7,251.20

2.242

Maria Barrera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,694.65          $7,694.65

**2.243**

Maria Barrera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,621.44          $5,621.44

**2.244**

Maria Camargo Juandiego Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,251.20          $7,251.20

**2.245**

Maria Carrasco Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,251.20          $7,251.20

2.246

Maria Casillas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

2.247

Maria Cortes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$12,846.49          $12,846.49

2.248

Maria Cueto Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,047.04          $7,047.04

2.249

Maria Diaz De Amaro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

2.250

Maria Favela Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$11,941.95          $11,941.95

2.251

Maria Fernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,128.00          $7,128.00

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.252

Maria Franco Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,368.00          $5,368.00

2.253

Maria Garcia Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,456.00          $5,456.00

2.254

Maria Gomez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,106.88          $7,106.88

2.255

Maria Gonzalez Flores Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,456.00          $5,456.00

2.256

Maria Hernandez Camargo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,368.00          $5,368.00

2.257

Maria Ibarra De Palafox Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

**2.258**

Maria Iniguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72    $7,342.72

**2.259**

Maria Mayela Villanueva Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,529.92    $5,529.92

**2.260**

Maria Perez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00    $5,720.00

2.261

Maria Sandoval Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$5,438.40          $5,438.40

2.262

Maria Train Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$5,720.00          $5,720.00

2.263

Maria Vega Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$8,078.40          $8,078.40

2.264

Maria Ventura Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72 — $7,342.72

---

2.265

Mariana Galarza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,435.44 — $6,435.44

---

2.266

Maricela Suarez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,719.68 — $6,719.68

2.267

Marie Essex Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,435.44        $6,435.44

2.268

Mario Flores Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,350.72        $4,350.72

2.269

Mario Quintanilla Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16        $6,980.16

Debtor   L.T.D. Commodities, LLC
Name                                                                    Case number *(if known)* 23-10444 (TMH)

**2.270**

Maritza Koper Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,688.00    $6,688.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.271**

Mark Garberding Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $34,512.97    $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.272**

Mark McMillan Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $12,506.60    $12,506.60
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

2.273

Martha Holm Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,800.96          $5,800.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.274

Mary Gutzke Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $11,330.00          $11,330.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.275

Matheu Hoegen Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $10,807.07          $10,807.07
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.276

Mauricio Munoz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,776.00          $6,776.00

2.277

Megan Moon Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,153.86          $10,153.86

2.278

Melanie Hickey-Pyott Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,320.11          $10,320.11

2.279

Melissa McCue Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                         $7,613.76                    $7,613.76
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.280

Melissa Varela Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                         $11,936.18                   $11,936.18
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.281

Melissa Walhovd Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                         $10,830.76                   $10,830.76
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.282

Mercedes Cervantes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,040.00              $7,040.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.283

Michael Blazejack Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $6,785.86              $6,785.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.284

Michael Garofalo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $26,331.11            $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
Name                                                    Case number *(if known)* 23-10444 (TMH)

**2.285**

Michael Rios Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,632.00          $5,632.00

**2.286**

Michael Spencer Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,435.44          $6,435.44

**2.287**

Michael Stegmann Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$18,106.32          $15,150.00

2.288

Michael Thompson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$7,040.00          $7,040.00

2.289

Michelle Hultquist Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,752.38          $6,752.38

2.290

Michelle Thelin Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$22,879.26          $15,150.00

2.291

Michelle Wexler Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,307.72     $9,307.72

---

2.292

Miguel Delgado Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,976.84     $8,976.84

---

2.293

Miguel Tamayo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,251.20     $7,251.20

2.294

| | |
|---|---|
| Mike Fisher Address Redacted | **As of the petition filing date, the claim is:** $6,435.44    $6,435.44 |
| | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| April 10, 2023 | ☑ Unliquidated |
| **Last 4 digits of account number** | ☑ Disputed |
| | **Basis for the claim:** |
| **Specify Code subsection of PRIORITY unsecured claim:** | WARN Act Liability |
| 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

2.295

| | |
|---|---|
| Mirna Rose Address Redacted | **As of the petition filing date, the claim is:** $7,251.20    $7,251.20 |
| | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| April 10, 2023 | ☑ Unliquidated |
| **Last 4 digits of account number** | ☑ Disputed |
| | **Basis for the claim:** |
| **Specify Code subsection of PRIORITY unsecured claim:** | WARN Act Liability |
| 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

2.296

| | |
|---|---|
| Mirtha Schroeder Address Redacted | **As of the petition filing date, the claim is:** $6,435.44    $6,435.44 |
| | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| April 10, 2023 | ☑ Unliquidated |
| **Last 4 digits of account number** | ☑ Disputed |
| | **Basis for the claim:** |
| **Specify Code subsection of PRIORITY unsecured claim:** | WARN Act Liability |
| 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

2.297

Mohammed Siddiqui Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$29,196.57    $15,150.00

2.298

Mohammed Uddin Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$23,689.85    $15,150.00

2.299

Monica Ramirez Avila Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,368.00    $5,368.00

2.300

Monolaya Hunt Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,147.44          $4,147.44

2.301

MP Doherty Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$24,537.92          $15,150.00

2.302

Muhammad Shafique Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,800.96          $5,800.96

2.303

Mynor Sarti Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$12,212.78          $12,212.78

2.304

Nakia M Taylor Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$7,358.17          $7,358.17

2.305

Nancy Hamilton Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$24,403.07          $15,150.00

**2.306**

Nancy Morales Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $7,413.12        $7,413.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.307**

Naveen Ullattil Parakkunnath Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $30,128.60        $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.308**

Nelya Ruspynska Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**        $19,173.83        $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.309

Nicasio Leonardo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,198.72          $6,198.72

2.310

Nicholas Horak Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,160.00          $6,160.00

2.311

Nicholas Kokosioulis Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$13,838.84          $13,838.84

2.312

Nicolasa Lopez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48          $5,892.48

---

2.313

Nicole Purnell Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,526.08          $6,526.08

---

2.314

Nidia Villalobos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,720.00          $5,720.00

**2.315**

Norma Rodriguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $7,413.12                    $7,413.12
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.316**

Ofelia Palacios Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $17,430.79                    $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.317**

Omar Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $5,632.00                    $5,632.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.318

Otis Payne Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,888.64        $6,888.64

---

2.319

Pat Blumenthal Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$16,949.15        $15,150.00

---

2.320

Patricia Govekar Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$20,307.72        $15,150.00

2.321

Patricia Hindes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$22,847.30          $15,150.00

2.322

Patricia Recendez Fernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,720.00          $5,720.00

2.323

Patrick Widelka Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,980.16          $6,980.16

Debtor    L.T.D. Commodities, LLC
          Name

Case number *(if known)* 23-10444 (TMH)

2.324

Paul Zoladz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,514.24          $10,514.24

2.325

Peggy Moddes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$12,187.47          $12,187.47

2.326

Petra Orduno Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

**2.327**

Pradnya Deshpande Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,073.07      $13,073.07

**2.328**

Rae Jackson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$15,690.33      $15,150.00

**2.329**

Rafael Castellanos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16      $6,980.16

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

2.330

Rafael Rubio Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,980.16        $6,980.16

---

2.331

Ralph Dougherty Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,450.50        $7,450.50

---

2.332

Ramon Mendoza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,159.68        $7,159.68

2.333

Rebecca Ullrich Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $33,846.17    $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.334

Renee Kapke Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $10,033.87    $10,033.87
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.335

Ricardo Guadarrama Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $6,160.00    $6,160.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.336

Rick Carlson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$12,027.21      $12,027.21

---

2.337

Ritu Gupta Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$26,146.21      $15,150.00

---

2.338

Robb Rakestraw Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$6,160.00      $6,160.00

2.339

Robert Niemann Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $11,330.00        $11,330.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.340

Robert Zalesny Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $9,086.32        $9,086.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.341

Roberto Jimenez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $6,980.16        $6,980.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
Name
Case number *(if known)* 23-10444 (TMH)

**2.342**

Rocio Ruiz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48          $5,892.48

**2.343**

Rocio Torres Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,927.36          $6,927.36

**2.344**

Roman Garza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,970.40          $9,970.40

Debtor   L.T.D. Commodities, LLC
         Name                                                    Case number *(if known)* 23-10444 (TMH)

2.345

Ron King Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $26,807.83            $15,150.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.346

Rosa Guerrero Jimenez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,632.00            $5,632.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.347

Rosa Mejia Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,413.12            $7,413.12
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.348

Rosa Ochoa De Navarro Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,016.00                $5,016.00

2.349

Rosa Rodriguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72                $7,342.72

2.350

Rosalinda Ferrer Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,892.48                $5,892.48

2.351

Rosalva Espinoza Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $5,674.24            $5,674.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.352

Rosaura Torres Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $5,720.00            $5,720.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.353

Ruchi Gadiya Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $24,201.55            $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.354

Ruperto Andrade Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $7,613.76      $7,613.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.355

Sabiella Gorsuch Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $11,000.00      $11,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.356

Salina Bowe Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $10,153.86      $10,153.86
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

**2.357**

Sam Deb Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$21,460.38          $15,150.00

**2.358**

Sam Keyes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,150.52          $10,150.52

**2.359**

Samar Motley Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,219.65          $10,219.65

Debtor  L.T.D. Commodities, LLC
Name
Case number *(if known)* 23-10444 (TMH)

Case 23-10444-TMH    Doc 8    Filed 05/12/23    Page 224 of 437

2.360

Sanaya Biabani Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$11,504.35          $11,504.35

2.361

Sandra Carcamo Barahona Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,934.72          $5,934.72

2.362

Sandra Cortez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,705.28          $7,705.28

2.363

Sandra Fausto Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,236.80      $8,236.80

2.364

Sandy Reese Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,789.12      $9,789.12

2.365

Saul Rodriguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72      $7,342.72

Debtor L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

2.366

Scott Allspaugh Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $11,330.00                    $11,330.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.367

Scott Helmchen Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $11,338.48                    $11,338.48
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.368

Seleste Palomarez Ledezma Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,632.00                    $5,632.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.369

Senorina Hernandez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,456.00                    $5,456.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.370

Sergio Romero Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $7,652.48                    $7,652.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.371

Shanell Taylor Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $9,761.24                    $9,761.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.372

Sharon Jeffries Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $5,720.00                    $5,720.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.373

Sherena Thomas Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $4,826.58                    $4,826.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.374

Sheri OReilly Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $27,192.00                    $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.375

Sieg Martil Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $12,724.48            $12,724.48
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.376

Silvia Bonilla Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $5,892.48            $5,892.48
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.377

Silvia Herrera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $5,456.00            $5,456.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.378

Sofi Montes Rodriguez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $6,072.00            $6,072.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.379

Solomon Lopez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $7,480.00            $7,480.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.380

Sonja Wallace Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                $13,631.80            $13,631.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.381

Sophia Wojcik Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $6,435.44                    $6,435.44
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.382

Spencer Diver Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $13,357.45                    $13,357.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.383

Stacey Raczek Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $11,538.21                    $11,538.21
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.384

Stan Hase Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $27,889.24    $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.385

Starr Peet Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $5,280.00    $5,280.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.386

State Of Alabama, Alabamba Department Of Revenue,
50 N. Ripley , Montgomery, AL, 36104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $7,607.20    $7,607.20
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | L.T.D. Commodities, LLC | | Case number *(if known)* 23-10444 (TMH) |
| --- | --- | --- | --- |
| | Name | | |

Case 23-10444-TMH    Doc 8    Filed 05/12/23    Page 233 of 437

2.387

State Of Arizona, Arizona Department Of Revenue, P.O. Box 29085, Phoenix, AZ, 85038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**              $7,806.39              $7,806.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.388

State Of Arkansas, Department Of Finance And Administration, DFA Building, 1509 W 7Th St, Rm 401, Little Rock , AR, 72201

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**              $6,129.08              $6,129.08
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.389

State Of California, State Board Of Equalization, 450 N Street, Mic:121, Sacramento, CA, 94279-0121

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**              $24,654.04              $24,654.04
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.390

State Of Colorado, Colorado Department Of Revenue, Taxation Division, 1375 Sherman St., Denver, CO, 80203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $6,119.66              $6,119.66
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

2.391

State Of Connecticut, Departmnet Of Revenue Services , 450 Columbus Blvd., Ste 1, Hartford, CT, 06103

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $4,977.69              $4,977.69
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

2.392

State Of Florida, General Counsel, Department Of Revenue , P.O. Box 6668, Tallahassee, FL, 32314-6668

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                $28,119.38              $28,119.38
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

2.393

State Of Georgia, Georgia Department Of Revenue, P.O. Box 740321, Atlanta, GA, 30374-0321

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**     $7,063.99      $7,063.99
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.394

State Of Idaho, Idaho State Tax Commision, Collection Division, P.O. Box 36, Boise, ID, 83722-0410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**     $2,526.74      $2,526.74
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.395

State Of Indiana, Indiana Department Of Revenue, 100 N. Senate Ave, Indianapolis, IN, 46204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**     $18,190.46      $18,190.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.396

State Of Iowa, Department Of Revenue, Hoover State Office Building, 4Th Fl, 1305 E. Walnut, Des Moines, IA, 50319

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $6,819.68          $6,819.68
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.397

State Of Kansas, Kansas Department Of Revenue , Scott State Office Building , 120 Se 10Th Ave. , Topeka , KS, 66612-1588

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $7,027.06          $7,027.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.398

State Of Kentucky, Kentucky Department Of Revenue, 501 High Street , Frankfort, KY, 40601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**          $10,567.87          $10,567.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.399

State Of Louisiana, Dept Of Revenue, 617 North Third St, Baton Rouge, LA, 70802

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $8,943.96                    $8,943.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.400

State Of Maine, Maine Revenue Services , P.O. Box 9107 , Augusta, ME, 04332-9107

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $3,006.45                    $3,006.45
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.401

State Of Maryland, Comptroller Of Maryland, Revenue Admin. Division, 110 Carroll Street, Annapolis, MD, 21411-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**                    $9,104.62                    $9,104.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.402**

State Of Massachusetts, Massachusetts Department Of Revenue, 100 Cambridge Street, Boston, MA, 02114

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $8,399.55                    $8,399.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.403**

State Of Michigan, Michigan Department Of Treasury, 3060 W. Grand Blvd. , Detroit, MI, 48202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $20,456.91                    $20,456.91
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.404**

State Of Minnesota, Dept Of Revenue, 600 North Robert St, St. Paul, MN, 55101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $10,900.80                    $10,900.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.405

State Of Mississippi, Mississippi Department Of
Revenue, 500 Clinton Center Drive, Clinton, MS, 39056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $3,979.96                    $3,979.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.406

State Of Missouri, Missiouri Dept. Of Revenue, Harry S
Truman State Office Building, 301 West High Street ,
Jefferson City, MO, 65101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $11,168.55                    $11,168.55
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.407

State Of Nebraska, Nebraska Department Of Revenue,
Nebraska State Office Building, 301 Centennial Mall S.,
Lincoln, NE, 68508

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $4,157.58                    $4,157.58
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.408

State Of Nevada, Department Of Taxation, 500 East Third Street, Carson City, NV, 89713-0030

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $3,097.15          $3,097.15
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☐ No
☐ Yes

2.409

State Of New Jersey, New Jersey Division Of Taxation, Revenue Processing Center, PO Box 281, Trenton, NJ, 08695-0281

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $14,323.31          $14,323.31
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☐ No
☐ Yes

2.410

State Of New Mexico, New Mexico Tax And Revenue Dept, 1100 South St. Francis Drive, Sante Fe, NM, 87504

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $3,157.87          $3,157.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☐ No
☐ Yes

2.411

State Of New York, Dept. Of Taxation And Finance,
Bankruptcy Section, P.O. Box 5300 , Albany , NY, 12205-
0300

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $41,526.41          $41,526.41
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.412

State Of North Carolina, Dept Of Revenue, P.O. Box 871,
Raleigh, NC, 27602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $18,717.06          $18,717.06
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.413

State Of North Dakota, Office Of State Tax
Commissoner , 600 E. Boulevard Ave., Bismarck, ND,
58505-0599

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $2,028.79          $2,028.79
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.414

State Of Ohio, Ohio Department Of Taxation, 4485
Northland Ridge Blvd., Columbus, OH, 43229

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

$31,448.57     $31,448.57

---

2.415

State Of Oklahoma, Tax Commission, 2501 North
Lincoln Boulevard, Oklahoma City, OK, 73194

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,801.96     $5,801.96

---

2.416

State Of Pennsylvania, Pennsylvania Dept. Of Revenue,
1846 Brookwood St, Harrisburg, PA, 17104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

$27,071.70     $27,071.70

2.417

State Of Rhode Island, Division Of Taxation, One Capital Hill, Providence, RI, 02908

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $1,913.46          $1,913.46
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.418

State Of South Carolina, South Carolina Dept. Of Revenue, 300A Outlet Pointe Boulevard, Columbia, SC, 29210

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $10,415.52          $10,415.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.419

State Of South Dakota, South Dakota Department Of Revenue, 445 East Capitol Ave, Pierre, SD, 57501-3185

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:          $1,752.93          $1,752.93
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.420

State Of Tennessee, Tennessee Department Of
Revenue, Collection Services Division, 500 Deaderick
Street, Nashville, TN, 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $18,196.54    $18,196.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.421

State Of Texas, Texas Comptroller Of Pub. Accounts,
P.O. Box 13528, Capitol Station, Austin, TX, 78711-3528

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $30,642.48    $30,642.48
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.422

State Of Utah, Utah State Tax Commission, 210 North
1950 West, Salt Lake City, UT, 84134-0700

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**    $3,557.84    $3,557.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.423**

State Of Vermont, Vermont Department Of Taxes, 133 State Street, Montpelier, VT, 05633

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:    $1,381.49    $1,381.49
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.424**

State Of Virginia, Virginia Department Of Taxation, 1957 Westmoreland Street , Richmond, VA, 23230

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:    $12,474.17    $12,474.17
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.425**

State Of Washington, Depart Of Revenue, P.O. Box 47473, Olympia, WA, 98504-7463

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:    $9,060.34    $9,060.34
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.426

State Of West Virginia, West Virginia Department Of Revenue, 1124 Smith Street, Charleston, WV, 25301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is: $6,991.43    $6,991.43
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.427

State Of Wisconsin, Wisconsin Department Of Revenue, P.O. Box 8949, Madison, WI, 53713

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is: $13,067.82    $13,067.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.428

State Of Wyoming, Wyoming Department Of Revenue , 122 West 25th Street, 3rd Floor E., Cheyenne, WY, 82002-0110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is: $967.52    $967.52
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

2.429

Stephanie Gillis Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $12,692.31          $12,692.31
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.430

Stephen Brannen Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $8,800.00          $8,800.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

---

2.431

Steven Kahan Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**          $4,350.72          $4,350.72
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

2.432

Steven Majewski Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$16,418.30          $15,150.00

2.433

Sue Krause Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,072.40          $13,072.40

2.434

Sue Parello Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,919.09          $6,919.09

2.435

Susana Carrasco Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,529.92          $5,529.92

2.436

Tammie Starks Boyd Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,216.28          $9,216.28

2.437

Tammy Goldstein Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,800.96          $5,800.96

2.438

Teresa Aguilera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$7,342.72          $7,342.72

---

2.439

Teresa Gonzalez Flores Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$5,456.00          $5,456.00

---

2.440

Teresa Ramos Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,980.16          $6,980.16

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

---

2.441

Terry Ritchason Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,888.64                    $6,888.64

---

2.442

Tim Christoff Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$17,676.70                    $15,150.00

---

2.443

Tim King Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,435.44                    $6,435.44

2.444

Tina Hall Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$7,172.35          $7,172.35

2.445

Tina Robles Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$7,304.00          $7,304.00

2.446

Toby Mann Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$20,306.88          $15,150.00

2.447

Tomasa Ruiz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,984.00          $5,984.00

---

2.448

Toribio Reyes Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$11,923.16          $11,923.16

---

2.449

Valentina Lopez Celaya Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,456.00          $5,456.00

2.450

Vanesa Zacarias Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $5,800.96          $5,800.96
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.451

Vanessa Ramirez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $18,999.55          $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.452

Venkataswamy Sorna Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**                    $16,632.00          $15,150.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

2.453

Veronica Aldin Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,150.04          $7,150.04

---

2.454

Veronica Martinez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,338.88          $8,338.88

---

2.455

Veronica Ortiz Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,705.28          $7,705.28

2.456

Veronica Paugel Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,935.55    $9,935.55

2.457

Veronika Komarov Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$24,799.10    $15,150.00

2.458

Vicki Breidenbaugh Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,476.93    $9,476.93

2.459

Vickie Travis Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$8,131.20          $8,131.20

2.460

Victor Sartain Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$9,586.97          $9,586.97

2.461

Vijayalakshmi Balaji Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$6,435.44          $6,435.44

2.462

Vincent Brand Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$15,247.69     $15,150.00

---

2.463

Yana Schneerson Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,038.20     $8,038.20

---

2.464

Yayo Rose Tapia Escobedo Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,529.92     $5,529.92

2.465

Yenifer Aguilera Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$8,715.41            $8,715.41

---

2.466

Yesenia Alcala Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$5,892.48            $5,892.48

---

2.467

Yesenia Sandoval Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No

☐ Yes

$5,800.96            $5,800.96

2.468

Yolanda Morales Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,621.44          $5,621.44

2.469

Yuliana Sanchez Address Redacted

**Date or dates debt was incurred**
April 10, 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
WARN Act Liability

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,342.72          $7,342.72

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

---

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

NUBLU SPORT INC.
Robert Zagby
84 Corporate Park Dr
Henderson, NV 89074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$26,328.96

**3.2**

PITT OHIO LTL
PO Box 643271
Pittsburg, PA 15264-3271

As of the petition filing date, the claim is:                          $302.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.3**

FGMK, LLC
2801 LAKESIDE DRIVE
BANNOCKBURN, IL 60015

As of the petition filing date, the claim is:                          $43,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.4**

HOTANT (QUANZHOU YILONG) ARTS & CRA
Melody Qiu
Shuangbin St., Huaqiao Economic Development Zone
Shuangyang Town
Luojiang Dist
Quanzhou, 150 362000
China

As of the petition filing date, the claim is:                          $14,486.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

**Date or dates debt was incurred**
Various

☐ Yes

**3.5**

TOP CRAFTSMAN LTD.
Prior Chu
201 Rm No 1 South 2 Lane Wen Wu VIllage
Song Gang Town
Baoan District
Shenzhen 518105
China

As of the petition filing date, the claim is:                          $53,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

**Date or dates debt was incurred**
Various

☐ Yes

3.6

WINFAT INDUSTRIAL CO., LTD.
Kelly Karp
Rm 903-904, 9/F E Ocean Centre
98 Granville Rd
Tsim Sha Tsui East
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $24,131.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.7

JENNIFER WEINKAUF Address Redacted

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $11,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.8

PACIFICEAST RESEARCH INC
8625 SW Cascade Ave Ste 250
Beaverton, OR 97008-7137

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $915.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.9

AVENUE LOGISTICS INC
PO Box 7410491
Chicago, IL 60674-0491

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $2,302.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.10**

MARTINS CHOCOLATIER LIMITED
Pascale Mercier
Unit B Freeth St
Nottingham, NT NG2 3GT
United Kingdom

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $33,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.11**

NCC PETERSON PRODUCTS
28566 N Ballard Dr Ste D
Lake Forest, IL 60045-4541

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $12,532.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.12**

COTTAGE HILL NURSERY, INC.
Dave Grim
9960 Padgett Switch Rd
Irvington, AL 36544

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $59,356.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.13**

SHOPTOKENS LABS LLC
118 E Erie St
Chicago, IL 60611-3635

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $25,110.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.14**

QUAD/GRAPHICS INC
PO Box 309
Milwaukee, WI 53201-0309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $745,747.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.15**

CITI-TALENT LIMITED
CIndy Hoh
Unit 708 7/F Tower 1 Harbour Ctr
1 Hok Cheung St
Hung Hom
Kowloon, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $75,494.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.16**

BONNIER BOOKS UK INC
Lisa Corrado
Cottage Farm Mears Ashby Rd
Sywell, NH NN6 0BJ
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,741.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.17**

LISTRAK INC
100 W Millport Rd
Lititz, PA 17543-9323

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $463,197.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.18**

CJ PRODUCTS
Brian Robare
4087 Calle Platino
Oceanside, CA 92056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $42,120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.19**

ACTION PRODUCTS WORLDWIDE LLC
Jason Levine
130 Campbell Rd
Far Hills, NJ 07931

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,662.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.20**

TOO GOOD GOURMET
Jennifer Finley
2380 Grant Ave
San Lorenzo, CA 94580

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,924.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.21**

BORGO DE MEDICI
Gemma Grau
VIa Turi Gagari 35
Prato
Italy

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,328.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.22**

GOLDMINE PRODUCTS (HK) LIMITED
Leon Lian
Rm 1005 No 98 Tiangao Ln
South Cbd
Yingzhou
Ningbo 315100
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $4,791.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.23**

SOFT-TEX MANUFACTURING
Taylor Jones
428 Hudson River Rd
Waterford, NY 12188

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $433.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.24**

QINGDAO HANSHI ART CRAFTS CO., LTD
Amerimark Int PO All
206. Guocheng Rd.
Chengyang Qu
Qingdao, 120 266109
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $5,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.25**

YANGZHOU SHUANGCHENG APPAREL CO., L
Justin Zhang
#18 S Runyang Rd
Hanjiang Dist
Yangzhou, 100 225129
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $47,627.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.26**

JF COLLECTIONS
Linda Ford
6409 Webber Cole Rd
Kinsman, OH 44428

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,980.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.27**

NINGBO RUNNING PRODUCTS CO., LTD.
Rachel Chou
Rm 1808 Bldg 13 Matsushita
International Business Center
Ningbo, 130 315040
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $39,276.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.28**

GENERAL SOUND CO.
John Miller
736 E. 29th St
Los Angeles, CA 90011

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,495.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.29**

B.K.S.TEXTILES PRIVATE LIMITED
Iyappan.S
2/316 Kungumapalayam Perivu
Naranapuram Post
Tirupur Main Rd Naranapura Post
Palladam, 22 641664
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $38,636.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.30**

SPD MEDIA LLC
Matt London
110 Lake Ave So
Ste 46
Nsconset, NY 11767

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $10,176.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.31**

BKG OVERSEAS
L.T.D Commodities LLC
200 Tri-State International
Lincolnshire, IL 60069

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $3,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.32**

Brkfst
4301 22nd St Ste 602
Long Island City, NY 11101-5031

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $19,741.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.33**

SAVA INTERNATIONAL PRIVATE LIMITED
Pramjeet
545D, Pace City II
Sector 37
Gurugram, 7 122001
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $51,112.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.34**

VERASCAPE INC
155 W Central Rd
Schaumburg, IL 60195-1945

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,089.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.35**

SCOTT KENNEDY FINE ART LTD.
Tyler Kennedy
205 Mountain View Rd
Berthoud, CO 80513

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,023.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.36**

ProGiftSource
Jennifer Dichiara
1009 Shore Dr
Burr Ridge, IL 60527-5818

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,742.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.37**

LIBERTY PROPERTY LTD PARTNERSHIP
9700 W. Higgins Rd.
Rosemont, IL 60018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $671,980.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.38**

INDIGENIUS DESIGN WORKS LLP
Amerimark Int PO All
Plot No 325
Sector - 07
Imt Manesar Gurgaon, 7 122052
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $24,902.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39**

MASIS STAFFING SOLUTIONS, LLC
PO Box 4210
Portsmouth, NH 03802-4210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $46,932.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40**

Seasons USA, Inc.
c/o Munsch Hardt Kopf & Harr P.C.
Attn: Steven N. Williams
500 N Akard
Suite 3800
Dallas, TX 75201

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41**

YOUNGS INC.
Attn: Bob Burns
PO BOX 145
DUNDEE, MI 48131

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $40,678.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.42**

HEALTH ADVOCATE SOLUTIONS INC
3043 Walton Road
Plymouth Meeting, PA 19462-2389

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $1,045.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.43**

REED & PICK IMPEX PVT LTD
Kapil Aggarwal
Opp. I.T.I
G.T. Rd
Panipat, 7 132103
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $56,417.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.44**

OLYMPIA SALES GROUP, LLC
Thomas A. O'Hara
585 Hazard Ave
Enfield, CT 06082

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $10,881.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.45**

HURON CONSULTING SERVICES LLC
P.O. Box 71223
Chicago, IL 60694-1223

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $212,146.47
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.46

VIKING TRADING INC.
Amy Lu
6F, No. 14, Lane 345
Yangguang St.
Neihu Dist
Taipei 11491
Taiwan

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $143,697.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.47

USA HOME FASHION CORP
Archie Bassel
5753 -G Unit 400
Santa Ana Canyon Rd East
Anaheim Hills, CA 92807

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $74,042.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.48

AMAZON CAPITAL SERVICES INC
410 Terry Ave N
Seattle, WA 98109-5210

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,899.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.49

YANGZHOU SHUNTIAN GLASS ART CO., LT
Amerimark Int PO All
No 208 Dongyang Rd
Baoying Economic Development Area
Yangzhou, 100 225800
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $54,803.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.50**

Signature Designs (HK) Ltd.
c/o Stone Pogrund & Korey, LLC
Attn: John A. Ziegler
1 East Wacker Drive
Suite 2610
Chicago, IL 60601

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.51**

HURRICANE TOYS INTERNATIONAL LTD.
Carmen Chan
Unit C 4/F China Insurance Bldg
48 Cameron Rd
Tsim Sha Tsui East
Kowloon, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,856.08

**3.52**

TRI-SALES MARKETING LLC
Nick Iodice
247 Route 100
Somers, NY 10589

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$9,630.00

**3.53**

BASIC FUN, INC.
Susan Frieh
301 Yamato Rd
Suite 4200
Boca Raton, FL 33431

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$12,497.41

3.54

GLITZHOME CORP. LIMITED
Attn: Jason Li
Bldg 22 Shanghai Headquarters Bay
No 2500 Xiupu Rd
Shanghai 201315
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$36,645.44

3.55

HAPPINESS EXPRESS LIMITED
Kelly Karp
Level 54 Hopewell
Cenrew 183 Queen's Room
East Wan Chai
Hong Kong
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$110,344.40

3.56

VXI Global Solutions LLC
220 W 1st St Ste 300
Los Angeles, CA 90012-4105

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$73,563.41

3.57

MEASURED, INC.
1801 Rockmoor Ave
Austin, TX 78703-2028

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$66,750.00

3.58

QUALTRICS LLC
PO Box 29650
Phoenix, AZ 85038-9650

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $32,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.59

GNS IMPEXQ
Qasim
E-135 & E-136 Sec-63 Noida
Gautambudh Nagar
Noida, 24 201301
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $17,998.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.60

AURORA WORLD, INC.
Jim Gellar
8820 Mercury Ln
Pico Rivera, CA 90660

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $17,664.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.61

VIGOR INTERNATIONAL (H.K.) LIMITED
Chris Cuo
1179 Kitec 1 Trademart Dr
Kowloon Bay
Kowloon, KLN
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $51,722.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.62**

NINGBO AMIBA
Attn: Leo Lau
NO.239, Wangshan Rd
Ningbo, Zhejiang 315100
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,128.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.63**

INTERNATIONAL PAPER
Container Division
Northlake, IL 60164

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $235,805.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.64**

OTIS ELEVATOR COMPANY
949 Oak Creek Dr
Lombard, IL 60148-6408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,614.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.65**

NORTH SHORE SHELL
1301 Half Day Rd.
Bannockburn, IL 60015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $866.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.66

YS CERAMICS CO., LTD
Attn: George Gao
Unit1 14Fl Thriving Ind., Centre
26-38 Sha Tsui Road
Tsuen Wan New
Hong Kong
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,904.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.67

GUANGZHOU YOUTH ARTS AND CRAFTS CO.
Amerimark Int PO All
No 26, LIXIn Six Rd
Zengcheng Dist
Guangzhou, 190
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,022.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.68

SUNFLOWER FOOD COMPANY
Matt Hendershot
7921 Nieman Rd
Lenexa, KS 66214

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,364.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.69

COASTAL COCKTAILS, INC.
Attn: Dave Grantham
1920 E Deere Ave
#100
Santa Ana, CA 92705-5717

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $278,072.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.70

BENDON, INC.
Robin Horwath
1840 Baney Rd
Ashland, OH 44805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,443.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.71

BARCODES LLC.
PO Box 95637
Chicago, IL 60694-5637

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,728.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.72

SUPER IMPULSE
Susan Gray
10 Canal St
Ste 330
Bristol, PA 19007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $42,204.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.73

MICROSOFT LICENSING GP
6100 Neil Rd Ste 210
Reno, NV 89511-1157

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $364,243.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.74

FUJIAN ANXI SHANGQING HUAXING HANDI
Zoe Zhong
Wudu Industrial Zone
Anxi County
Quanzhou, 150 362400
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,282.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.75

PHIDAL INC.
Brenda Diederich
20900 NE 30th Ave
Ste 407
Aventura, FL 33180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $57,677.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.76

LoadSmart
P.O. Box 2999
Phoenix, AZ 85062-2999

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,844.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.77

RENSHUN ACCESSORIES
Lina Li
40 W 37th St
Penthouse C
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $91,788.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.78

THE LIGHTING HOUSE LIMITED
Attn: Evan Brown
2720 Dundee Road
Suite 286
Northbrook, IL 60062

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,820.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.79

ALPRO INTERNATIONAL CO., LTD.
Edward Lin
4/F No 168 Fuhsing N Rd
Taipei 10300
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $739,059.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.80

GLITZHOME, LLC
c/o Glitzhome Corporation (Shanghai), Ltd
Building 22
No. 2500
Xiupu Rd, Pudong
Shanghai 201315
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,281.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.81

ENGINEERED PACKAGING SOLUTIONS LLC
1095 W Hawthorn Drive
Itasca, IL 60143-2057

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,786.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.82

BEST ACCESSORY GROUP
Abe Safdie
65 West 36th
6th Flr
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $24,539.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.83

XIAMEN SHARE-WELL INDUSTRIAL & TRAD
Amerimark Int PO All
5th Flr of No. 391
Linhou Rd
Huli Dist
Xiamen, 150 361000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $63,291.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.84

WNR INDUSTRIES LTD.
Stephen Chung
Rm 701-6, Tower B
New Mandarin Plaza
14 Science Museum Rd. Tst East
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $22,000.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.85

MILLS GOURMET
Jill Carter
P.O. Box 1507
Tyler, TX 75704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $17,468.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.86

INTEGRATED MARKETING SOLUTIONS, INC
1112 7th Ave
Monroe, WI 53566-1364

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $383,892.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.87

PARTH OVERSEAS
Attn: Parth Goel
OPP Modern Public School
Delhi Rd
Moradabad, Uttar Pradesh 244001
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,736.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.88

XIAMEN BEST-CARE INT'L GIFT-LAND
Audry Lin
Unit Abc 6th Floor Tongbao Bldg.
No 1-3 Changqing Rd
Xiamen, 150 361012
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,568.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.89

WELL BROAD INDUSTRIES INC.
Tom Teng
Rm 1304 No 7 of 39 Aven.
Huatai Street
Ningbo, 130 315040
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $47,509.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.90**

FLOORATEX RUBBER & PLASTIC (P) LTD.
Suja Jayakumar
P.R.P. Towers,
Kayamkulam
Alappuzha, 11 690502
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,059.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.91**

DONNELLEY FINANCIAL, LL
PO BOX 842282
BOSTON, MA 02284

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,367.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.92**

HANDSTAND KIDS, LLC DBA HANDSTAND K
Janelle Syverud
PO Box 8664
Calabasas, CA 91372

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.93**

MICROSOFT ONLINE INC.
6100 Neil Rd Ste 100
Reno, NV 89511-1137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,125.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.94

CUSTOM PERSONALIZATION SOLUTIONS,LL
Gina Mahony
31 S Mitchell Ct
Addison, IL 60101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$15,307.39

---

3.95

INTEGRATED MAIL INDUSTRIES , LTD
3450 W Hopkins St
Milwaukee, WI 53216-1765

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$2,898.54

---

3.96

OTB ENTERPRISES LLC DBA CHUNK NIBBL
Brad Cocklin
1407 Allen Dr
Ste A
Troy, MI 48083

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$9,559.00

---

3.97

CURTIS INTERNATIONAL LTD.
Stuart Nussbaum
6244 Clark Lake Dr
New Port Richey, FL 34655

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$103,342.66

**3.98**

ETHOCA LIMITED
2000 Purchase St
Purchase, NY 10577-2509

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,563.99

**3.99**

OMEGA APPAREL LTD.
Attn: Paul Rosen
463 Fashion Ave
Ste 801
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$323,110.98

**3.100**

TRI-STAR INTERNATIONAL TRADING LTD.
Annie Fok
Level 2, Kotemau Entre
No 15 Wang Hoi Rd
Vaes St.
Apia
Samoa

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$170,257.58

**3.101**

BRASSBELL INDUSTRIAL CO., LTD.
George Chang
4/F No 30-1 Alley 18 Lane 478
Ray-Kuang Rd
Nei Hu
Taipei 114
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$141,979.16

Debtor   L.T.D. Commodities, LLC
         Name

Case number *(if known)* 23-10444 (TMH)

---

3.102

HOUMOU USA INC.
Eileen Kuo
2705 S Diamond Bar Blvd
Ste 278
Diamond Bar, CA 91765

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $15,100.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.103

THORNTONS
PO Box 639
Portland, ME 04104-0639

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.104

DM MERCHANDISING, INC.
Karrie Marks
835 N Church Ct
Elmhurst, IL 60126

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $39,063.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.105

PEBBLES
A. Thomas Abraham
G104
Yamuna Apt
Alaknanda
New Delhi 110019
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,662.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.106**

QUANZHOU ROCKS SOLAR ELECTRONICS CO
Carrie Chen
No 47 Qishu Rd, Shudou Communit
Changtai St
Licheng Dist
Quanzhou, 150 362005
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,999.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.107**

LIAONING AROMA INTERNATIONAL TRADE
Eileen Liu
No 11 Jia Fuxinsanjie
Heping District
Shenyang, 70 110002
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $291,247.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.108**

PROFIT CULTURAL & CREATIVE GROUP CO
Amerimark Int PO All
Unit 1-5 18/F Worldwide Plaza
158 Wusi Rd
Fuzhou, 150 350003
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $42,367.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.109**

GARB2ART, LLC
Heather Goldman
3095 Outlet Dr.
E 60
Edinburgh, IN 46124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,302.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.110

CDW DIRECT LLC
PO Box 75723
Chicago, IL 60675-5723

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $872.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.111

STRYTEN ENERGY LLC
PO Box 743707
Atlanta, GA 30374-3707

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $3,704.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.112

LAURAL HOME LLC
Don Tweel
210 Knickerbocker Rd
2nd Floor
Cresskill, NJ 07626

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $193,554.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.113

Kole Imports
24600 Main St
Carson, CA 90745

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $8,388.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.114

THE LANG COMPANIES, INC.
Attn: Bruce Hampton
20825 Swenson Dr
Waukesha, WI 53186

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.115

PRINTS CHARMING, LLC
Jim Nodland
PO Box 425
Lake Park, IA 51347

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $198.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.116

SABA OVERSEAS EXPORT
Attn: Mohd Shadab
Near Bus Stand
Behind ICICI Bank, Behat
Saharanpur, Uttar Pradesh 247121
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,184.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.117

KIDS PREFERRED LLC
Natasha Scheingold
81 Twin Rivers Dr
East Windsor, NJ 08520

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50,428.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.118

CATHEDRAL ART METAL CO., INC. DBA C
Kelli J. Harding
PO Box 6146
Providence, RI 02940-6146

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $20,373.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.119

NINGBO BRIGHT MAX CO.,LTD
Attn: Silvia Zhong
11F, Bldg B16 (West Area)
No. 2560, Yongjiang Ave
Ningbo, Zhejiang 315048
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $149,372.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.120

ETNA PRODUCTS CO., INC.
Michelle Herson
99 Madison Ave Between 29th and 30th Street
11th Floor
New York, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,506.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.121

ARCBEST
5630 Chevrolet Blvd
Parma, OH 44130-1404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,258.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.122

TRI LAND CORPORATION LTD
Bob Duncan
Room 802, 8F., Tai Yau Bldg
181 Johnston Rd
Wan Chai
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $158,849.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.123

WORLD TRADING 23, INC.
Allen Kocoglu
28904 Avenue Paine
Valencia, CA 91355

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $77,443.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.124

MIDWEST INDUSTRIAL RUBBER INC
PO Box 208013
Dallas, TX 75320-8013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $827.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.125

IN THE FLOW DESIGN LTD.
c/o Dorsey & Whitney (Delaware) LLP
Attn: Alessandra Glorioso
300 Delaware Avenue Suite 1010
Wilmington, DE 19801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $486,875.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.126

FAMILY GAMES AMERICA FGA, INC.
Pilar
PO Box 97
Snowdon
Montreal, QC H3X 2H7
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $3,509.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.127

LOQATE INC
16 E 34th St, Fl 18
New York, NY 10016-4328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $18,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.128

ECHO VALLEY
Mike Bodo
PO Box 2741
Ann Arbor, MI 48106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $18,694.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.129

JAY FRANCO & SONS, INC.
Robert Laniado
295 Fifth Ave
Ste 312
New York, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $37,657.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.130

TOTAL QUALITY LOGISTICS
4289 IVy Pointe Blvd
CIncinnati, OH 45245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.131

TOY BOX LTD.
Chiu Chan
Room D, 9/F Hong Kong Spinners Industrial Bldg
No 601-603 Tai Nan W St
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $44,472.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.132

FIGG, INC.
2561 Territorial Road
Saint Paul, MN 55114-1500

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34,809.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.133

Geotoys LLC
c/o Business Law Group, LLC
Attn: Ryan Van Osdol
15 N. 2nd St.
Suite 100
Geneva, IL 60134

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.134

MCMASTER-CARR
Supply Company
Chicago, IL 60680-7690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,427.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.135

TOCHIT TRADING CO., LIMITED
Jesse Lee
Rm 308 Hengbo Industrial Park
No 33 Qingning Rd
Longhua
Shenzhen, 190 518109
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $194,520.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.136

SYMBOL GIFT INC.
Helen
33 Big Hill Crescent
Maple, ON L6A 4S1
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $146,933.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.137

HAMPTON TECHNOLOGIES LLC
Karen Becker
19 Scouting Blvd
Medford, NY 11763

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $501.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.138

VERVENT INC
PO Box 911007
San Diego, CA 92191-1007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.139

SILVERSKY
PO Box 150433
Hartford, CT 06115-0433

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $7,582.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.140

INTERTWINE INTERACTIVE,LLC
5419 NW Radial Hwy
Omaha, NE 68104-3557

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $84,719.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.141

IHP TRI-STATE ASSETS, LLC
75 REMITTANCE DR DEPT 6032
Chicago, IL 60675-6032

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $465,701.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.142

INTERSTATE POWER SYSTEMS INC
2901 East 78th Street
Minneapolis, MN 55425-1501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,010.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.143

WEIFANG KAIMAX CO., LTD.
Luke Li
3009 Wolong East Street
Weifang, 120 261061
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $180,028.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.144

CROWN LIFT TRUCKS CORP
430 E Plainfield Rd
La Grange, IL 60525-6910

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $28,913.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.145

TRANSEND LOGISTICS
1948 W Caroll Ave
Ste 200
Chicago, IL 60612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

## 3.146

NINGBO GENERAL UNION CO., LTD.
Amerimark Int PO All
No.2560, Yongjiang Ave
Yinzhou Dist
15F, Mugroup, Bld B16 (West Area)
Ningbo, 130 315048
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $17,265.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

## 3.147

SPORTS LICENSING SOLUTIONS LLC
Jason Mckendrick
3200 Shawnee Industrial Way
#200
Suwannee, GA 30024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $35,844.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

## 3.148

UNITED WEAVERS OF AMERICA
Betty Woodard
3562 South Dug Gap Rd
Dalton, GA 30720

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $1,820.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

## 3.149

ENCHANTE' ACCESSORIES
Ralph S. Cohen
16 E 34th Street
Fl 16
New York, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $36,432.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.150

Mainstream International
Pos Only / Orders Dept.
115 Newfield Ave
Edison, NJ 08837

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $161,395.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.151

NEAL GERBER & EISENBERG LLP
2 N La Salle St
Chicago, IL 60602-3702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,095.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.152

ARGEE AMERICA INC.
Roshan Gera
1410 Broadway
Ste 1204
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,606.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.153

AMBIANCE COSMETICS, INC
Chelsey Sanderrson
1132 Huntington Dr.
#824
Duarte, CA 91010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.154

PROMIER PRODUCTS
Cody Grandadam
312 5th St
Peru, IL 61354

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,787.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.155

FIREFLY BOOKS LTD.
Rachel Rephan Ginsberg
Publishers Development Group
8 E 96 St
New York, NY 10128

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37,664.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.156

GUL AHMED TEXTILE MILLS LTD
Tooba Ahmed
Plot No. 368, 369
Main National Highway Landhi
Karachi 75120
Pakistan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $80,927.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.157

HACHETTE BOOK GROUP
Jana R. Koch
53 State St
9th Floor
Boston, MA 02109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $23,174.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.158**

NINGBO YINGJIN IMPORT & EXPORT CO.,
Ada Shao
Rm 1006 Block B Dashidai Bldg
108 Renmin Rd
Ningbo, 130 315040
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $81,960.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.159**

C.H. ROBINSON INTERMODAL INC
Sds 12-0805 Dept. 54635P
Minneapolis, MN 55486-0805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $9,120.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.160**

QUANZHOU QUANXING HARDWARE CRAFTS C
Henry Chen
Industrial Tangxi Garden 2
Luojiang
Quanzhou, 150 362011
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $84,329.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.161**

CITY OF AURORA
PO BOX 2697
AURORA, IL 60507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $694.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.162

OCCASIONS LIMITED
Chiu Chan
Room D, 9/F Hong Kong Spinners Industrial Bldg
No 601-603 Tai Nan W St
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14,688.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.163

PUTIAN NEWPOWER ARTS & CRAFTS CO.,
Jenny Wang
405 Hongteng Bldg
Xueyuan S Rd
Chengxiang Dist
Putian CIty, 150 351100
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,795.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.164

GENCORR PACKAGING
12500 S. LOMBARD LN
ALSIP, IL 60803

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $6,336.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.165

RICH (HK) GROUP LTD.
Caro Wang
2/F,Furonghua Bldg D,
No.397 South Chenghua Rd
Fengze Dist
Quanzhou, 150 362000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $59,748.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.166**

JIANGSU HOLLY EVER-PRIME INTERNATIO
Wong Ying
15th Fl Holly Bldg
50th Zhonghua Rd
Nanjing, 100 210012
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $31,457.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.167**

MARQ PACKAGING SYSTEMS II LLC
PO Box 9063
Yakima, WA 98909-0063

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,619.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.168**

YUNTIAN GROUP LIMITED
Sunny Zhang
Rm 321, 2/F, Bldg 24, 957 XIXI Rd
XIhu District
Hangzhou, 130 310023
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $46,458.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.169**

AVALARA, INC.
255 S. King St Suite 1800
Seattle, WA 98104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $61,674.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.170

OUTSET MEDIA CORP.
Diana Doherty/Diane Bucher-Gilboy
106-4226 Commerce CIrcle
VIctoria, BC V8Z 6N6
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $40,018.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.171

DESIGN IMPORTS
Chris Taylor
PO Box 58410
Seattle, WA 98138

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $6,506.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.172

LSC COMMUNICATIONS INC
2707 N Eola Rd
Aurora, IL 60502-4812

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $1,484,867.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.173

LOGO BRANDS, INC.
Audra Winfree
117 SE Parkway
Franklin, TN 37064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $653.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.174**

TAIWAN MERCHANT (H.K.) CO., LTD.
VIncent Chen
Rm 1407 Great China Ifc
No 1003 Shennan Rd
Futian Dist
Shezhen 518048
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $57,626.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.175**

V.C.OVERSEAS PVT LTD
Puneet Chhabra
30/27 2 Flr
E Patel Nagar
New Delhi, 30 110008
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.176**

QUANZHOU DUOMEI HANDICRAFT CO.,LTD
Ellen Chen
No. 73 Fenghui Rd
Beifeng St.
Fengze Dist.
Quanzhou, 150 362008
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $42,326.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.177**

FedEx
PO Box 371741
Pittsburgh, PA 15250-7741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,129,408.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.178

FUZHOU MINFEI ARTS AND CRAFTS CO.,
Abby
Chaoqian VIllage
Hongwei
Minhou
Fuzhou, 150 350106
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $26,870.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.179

ADCO INDUSTRIES
11333 Pagemill Road
Dallas, TX 75243

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,275.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.180

HUAYUAN CRAFT PRODUCTS CO., LTD
Bldg #B
Yihu Industry Zone
Yonghu Town
Huizhou City, Guangdong 516267
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.181

HOME DEPOT CREDIT SERVICES
P.O. Box 4534
Crlstrm, IL 60197-4534

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,580.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.182

MICHAEL STEGMANN-18616
2800 Lakeside Dr
Bannockburn, IL 60015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.183

SHANGHAI SMART DIRECT LLC
Attn: Toi Harden
2107 Greenbriar Dr.
Ste A
Southlake, TX 76092

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $407,641.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.184

YOUTHEFAN
Chelsey Spangle
1024 Southgate Park
Warsaw, IN 46580

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $24,435.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.185

TRUSTED MEDIA BRANDS
Nancy Taylor
44 S Broadway
7th Floor
White Plains, NY 10601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $44,473.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.186

PC CONNECTION
PO Box 536472
Pittsburgh, PA 15253-5906

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,557.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.187

GUINNESS WORLD RECORDS
Nadine Causey
45 W 45th St. 9th Fl
Ste 902
New York, NY 10036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,426.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.188

NATIONAL SPORTING GOODS
Gregg Adelsheimer
376 Hollywood Ave
Ste 202
Fairfield, NJ 07004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,630.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.189

RICARDO TRADING LLC
Dan Cianfarini
953 Islington St
Ste 22
Portsmouth, NH 03801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $94,229.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.190

SEBERT LANDSCAPING
PO BOX 71146
CHICAGO, IL 60694

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.191

GNB INDUSTRIAL POWER
3950 Sussex Ave
Aurora, IL 60504

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $7,875.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.192

DAC TECHNOLOGIES GROUP INTL.
Mathew Rogers
3200 S Shackleford Rd
Suite 9
Little Rock, AR 722005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $21,951.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.193

HANGZHOU WELL SOURCE IMPORT & EXPOR
Helena Liu
Rm 1608 Jinqian Bldg
111 Jiefang Rd
Hangzhou, 130 310009
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $103,334.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.194

NINGBO HAISHU WESTLEAF IMP & EXP CO
Juliya Zhang
Rm 704 Bldg C
No 666 Qianhunan Rd
Yinzhou District
Ningbo 315100
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $19,571.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.195

YANGZHOU OOPSOT DECORATION CO., LTD
Lee Pan
No 3 Shugang West Rd
Yangzhou, 100 225000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $34,302.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.196

PUMPCUP PROMOTIONALS, INC.
Monte Montellese
905 Shotgun Rd
Sunrise, FL 33326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $2,829.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.197

MANGO USA INC.
Bradley Perlow
1410 Broadway
Ste 1502
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $33,173.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.198**

TFORCE WORLDWIDE INC.
PO Box 7410328
Chicago, IL 60674-0328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,825.09

**3.199**

GEOTOYS LLC
Bob Galinsky
218 Linden Ct
Neenah, WI 54956

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$11,907.00

**3.200**

Asher Walli
c/o Social Justice Law Collective, PL
Attn: Joshua A. Glickman; Shawn A. Heller
974 Howard Avenue
Dunedin, FL 34698

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.201**

RELAUXUS PRODUCTS LTD
Attn: Simon Eisler
1590 Powell St.
Vancouver, BC V5L1H3
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,230.08

**3.202**

YORK WALL COVERINGS, INC.
Lorri Julius
PO Box 5166
York, PA 17405

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,482.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.203**

PAYMETRIC, INC.
8500 Governors Hill Dr
Symmes Twp, OH 45249-1384

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $69,935.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.204**

CREATEGLORY LIMITED
Unit No A222 3F Hang Fung Industrial Building Phase 2 No 2G Hok Yuen
ST
Hunghom
Kowloon
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,218.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.205**

RAYSHINE (HK) CO., LTD.
Amy Ba
Room 803 Chevalier House
45-51 Chatham Road Sout
Tsim Sha Tsui Kl
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,735.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.206

FOX BROTHERS TRANSFER, INC.
10 E Progress Rd
Lombard, IL 60148-1331

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.207

ZHONGXIN LIGHTING(HK) CO., LIMITED
Amerimark Int PO All
Workshop10 & Commn area lofter grand 3/F
Lanton Ind Bldg No 99 Wai Yip St Kl
Hong Kong
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $55,558.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.208

Sue A. Blood
c/o Dostart Hannink & Coveney LLP
Attn: Zach P. Dostart
4225 Executive Square
Suite 600
LaJolla, CA 92037

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.209

TIM CHRISTOFF-00170
2800 Lakeside Dr
Bannockburn, IL 60015

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.210

GRAINGER
Dept 820140960
Palatine, IL 60038-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,544.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

### 3.211

TOPOCEAN CONSOLIDATION SERVICE
2727 Workman Mill Rd
City of Industry, CA 90601-1452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,023.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

### 3.212

EXPERIAN MARKETING SOLUTIONS LLC
PO Box 841971
Los Angeles, CA 90084-1971

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $65,906.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

### 3.213

TWO'S COMPANY INC.
Jeannette Cruz
500 Saw Mill River Rd
Elmsford, NY 10523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50,612.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.214

UPM GLOBAL, LLC
Eric Cherna
9010 Eton Ave
Canoga Park, CA 91304

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $261.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.215

BASIC PROMOTIONSS II, INC.
Joe Koegel
4848 NW 97 Dr
Coral Springs, FL 33076

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $82,015.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.216

INDUSTRIAL HANDLING EQUIPMENT CO. I
3850 Clearview Crt. Unit B
Gurnee, IL 60031-1247

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $810.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.217

KINGSTATE CORPORATION
Norman Libman
12 W 32 St
3rd Floor
New York, NY 10001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,566.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.218

SKC COMMUNICATIONS PRODUCTS LLC
8320 Hedge Lane Ter
Shawnee, KS 66227-3543

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $43,912.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.219

ANKER PLAY PRODUCTS, LLC
Allison Riley
420 Lincoln Rd
Ste 401
Miami Beach, FL 33139

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $78,936.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.220

WELDSTAR COMPANY
PO Box 1150
Aurora, IL 60507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $81.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.221

ASHLEY FURNITURE INDUSTRIES, INC.
Geoff Weed
One Ashley Way
Arcadia, WI 54612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $7,476.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.222

FUJIFILM NORTH AMERICA CORP
Attn: Kim Mikitka
850 Central Ave
Hanover Park, IL 60133

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $1,779.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.223

DARLINGTON & DAUGHTERS
Pascale Mercier
47A Lancaster Fields
Crewe, CH CW1 6FF
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $24,552.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.224

CREATIVE CIRCLE CHICAGO
5750 Wilshire Blvd Suite 610
Los Angeles, CA 90036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $41,835.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.225

ZIBO ZHAOHAI INDUSTRIAL PRODUCTS CO
Amerimark Int PO All
No. 112 Wanjie Rd
Zibo Devp. Zone
Zibo, 120 255086
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $21,259.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.226**

GOOGLE, INC.
PO Box 883654
Los Angeles
CA, 90088

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $154,742.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.227**

ZORO TOOLS INC
909 Asbury Dr
Buffalo Grove, IL 60089

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,905.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.228**

FAST FORWARD LLC
Michelle Quinones
10 W 33 St
Ste 705
New York, NY 10001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $36,594.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.229**

SHANDONG YEARICH INTERNATIONAL TRAD
Amerimark Int PO All
#1315, Bldg A, Tiande Seaview Clty
No. 386 Haiqu E Rd
Rizhao, 120 276800
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $13,616.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.230**

PARTY ANIMAL INC.
Beth Bunevich
909 Crocker Rd
Westlake, OH 44145

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $28,641.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.231**

FUJIAN METALS AND MINERALS CO. LTD.
Attn: Jiang Liulu
9-10/F Tian Ao Mansion
169 Hudong Rd
Fuzhou, Fujian 350003
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $112,404.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.232**

ALLEGIANT FIRE PROTECTION
2760 Beverly Dr Ste 9
Aurora, IL 60502-8604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $675.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.233**

PYT INDUSTRIAL CO., LTD.
Candy Jiang
2/F Jiade Bldg
Hongxing Community
Songgang Town
Shenzhen, 190 518105
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $20,034.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.234**

TOPIX MEDIA LAB
Tom Mifsud
14 Wall Street
Ste 3C
New York, NY 10005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,710.00

**3.235**

In the Flow Design Ltd.
c/o FisherBroyles LLP
Attn: Bradley P. Nelson
150 South Wacker Drive
Suite 2400
Chicago, IL 60606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.236**

TA WORLD INDUSTRIAL LIMITED
Natu Zhou
Ste 301-311 Bldg 10
No. 1930 Caoan Rd
Shanghai, 20 201824
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$62,179.80

**3.237**

WESTMINSTER INC.
Jon Hummel
1900 Century Place
Suite 110
Atlanta, GA 30345

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,045.08

**3.238**

Seasons (HK) Ltd.
c/o Munsch Hardt Kopf & Harr P.C.
Attn: Steven N. Williams
500 N Akard
Suite 3800
Dallas, TX 75201

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.239**

MASTERCRAFT INTERNATIONAL LIMITED
Attn: Linda Wong
Ma Tau Wai Rd
5/F Tower B, Hunghom Comm Ctr 37
Rm 503
Hung Hom
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$26,835.49

---

**3.240**

ENVIRO MECHANICAL INC.
1020 W. Fullerton Ave
Addison, IL 60101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$3,714.00

---

**3.241**

QUANZHOU CHANGXING IMPORT & EXPORT
Attn: AMERIMARK INT PO ALL
No. 131, 2Fl, Xialing Lingshan
Meiling St
Jinjiang, Fujian 362200
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$57,612.55

3.242

ITERUM S.A
Calle 26 96 J 66 of 801
Bogotá,, 11
Columbia

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $219,569.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.243

R.R. INTERNATIONAL
Ravi Singh
Lakri Fazalpur
Mini Bypass
Near Delhi Rd
Moradabad, Uttar Pradesh 244001
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $14,919.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.244

ELONE GIDA IC VE DIS TICARET A.S.
Pascale Mercier
Tepecik Yolu No:82, Etiler
Istanbul, 34 34337
Turkey

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $19,055.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.245

HANGZHOU RENA PET PRODUCTS CO.,LTD.
Nancy Fang
Room 503
Developing Bldg.
Nanyuan,Yuhang District
Hangzhou, 130 311100
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $19,847.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    L.T.D. Commodities, LLC
Name
Case number *(if known)* 23-10444 (TMH)

Case 23-10444-TMH    Doc 8    Filed 05/12/23    Page 323 of 437

**3.246**

RICH PACIFIC (H.K.) LIMITED
Attn: Eric Alper
5/F Grand Industrial Building
159-165 WO YI HOP Road
Kwai Chung, NT
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $872,732.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.247**

WILAND INC
7420 Dry Creek Parkway
Niwot, CO 80503-8009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $105,872.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.248**

COMPASS GROUP USA INC.
PO Box 91337
Chicago, IL 60693-1337

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $205.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.249**

DATADOG. INC
Dept Ch 17763
Palatine, IL 60055-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,010.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.250

BUY-GLOBAL INC.
Jeff Mansbach
232 Westridge Blvd
Bartlett, IL 60103

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $131,323.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.251

TOTAL STAFFING SOLUTIONS
PO Box 5450
Carol Stream, IL 60197-5450

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,587.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.252

GI-GO TOYS FACTORY LTD.
Sam Lau
Rm 1202 Houston Centre
63 Mody Rd
Tst East
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $20,977.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.253

STRATEGIQ COMMERCE
118 N Clinton St Ste 207
Chicago, IL 60661-2386

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $26,855.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.254

TEN ACRE GIFTS, LLC.
Jason Hoffman
3100 Airway
Ste 126
Costa Mesa, CA 92626

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $146,700.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.255

NINGBO BAIEN INT. TRADING CO., LTD.
Attn: Echo Lu
Transfar Huang Yan / 5F JingDu Mansion
NO.349
Tian Yuan Rd
Huang YanTaizhou 130 318020
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $300,594.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.256

TEAM INTERNATIONAL GROUP OF AMERICA
Uri Murad
16175 W 49th Ave
Miami Gardens, FL 33014

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $18,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.257

BML REC LLC
Justin Koranda
14301 Fnb Parkway
Ste 100
Omaha, NE 68154

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $54,312.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.258

GRAND FUSION HOUSEWARES, LLC
Roberta Rensink
12 Partridge
Irvine, CA 92604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $20,540.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.259

JOSEPH'S PLACE INC.
Attn: Angela Abaian
701 E Jackson St
Los Angeles, CA 90012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $227,234.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.260

CARDINAL COMMERCE
8100 Tyler Blvd
Mentor, OH 44060-4865

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $51,226.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.261

MELVILLE CANDY COMPANY
Attn: Mark D Gorton
28 York Ave
Randolph, MA 02368

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $151,798.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.262**

MOBI USA LLC.
Ramelle Orman
649 Mission St. / 5th Floor
San Francisco, CA 94105

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,521.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.263**

CHINA MANUFACTURING SOLUTION LIMITE
Adeline Lian
Rm 1805 18/F Rightful Center
12 Tak Hing St
Jordan
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,892.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.264**

NINGBO KANDY IMP. & EXP. CO., LTD.
Pos
11th Fl,Middle Unit,Bldg 2,
Yangfan Plaza
High-Tech Disthigh-Tech Dist
Ningbo 315040
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $850,915.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.265**

RIO HOME FASHIONS
Janice Weigand
660 N Diamond Bar Blvd.
Ste 200
Diamond Bar, CA 91765

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,679.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.266

TOY ELEMENT COMPANY LIMITED
Sally A Parks
Unit 1216 New Mandarin Plz
Tower A
14 Science Museum Rd
Tsim Sha Tsui East, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,033.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.267

GOLDEN ACE INDUSTRIAL CO.,LTD.
Amerimark Int PO All
Rm.2005,20F,Guomao Bldg.
107 Liuquan Rd.
Zibo, 120 255000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,627.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.268

FOX METRO WRD
PO BOX 160
AURORA, IL 60507-0160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $598.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.269

MASTERPIECES PUZZLE COMPANY, INC.
Attn: Tricia Scurto
12475 N RANCHO VISTOSO
ORO VALLEY, AZ 85755

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,990.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.270

Epsilon Data Management, LLC
11030 Clrcle Point Rd
Westminster, CO 80020-2790

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $84,703.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.271

NINGBO WIN FUN CO. LTD.
Attn: Vikki Ye
Rm 302 No 27 He Mei Cheng Plaza
No 666 YangMuQi Rd
Hi-Tech ZoneNingbo 130 315040
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $223,350.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.272

IMAGINE ASIA GROUP INC. LIMITED
Amerimark Int PO All
No. 118 W Rd XIaogao Rd
Shounan St
Yinzhou Dist
Ningbo, 130 315154
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $20,966.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.273

CERTIFIED INFORMATION SOLUTIONS INC
220 W. Lincoln Ave
Libertyville, IL 60048

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.274

MYX PRODUCT GROUP
Patricia Lounis
2345 W. Foothill Blvd.
Ste #5
Uplands, CA 91786

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $105,159.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.275

SHUOMEI ARTCRAFT CO., LTD.
Allen Yang
2/F No 15 Qilin VIllage
Songgang Town Bao'An District
Shenzhen CIty, 190 518105
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $108,587.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.276

INTERNATIONAL INTIMATES
Robyn Diamond
Ste 608 Tower One
Harbour Centre
1 Hok Cheung St
Hung Hom, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $57,191.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.277

PEGASUS SPORTS LLC
Jacquelina Spinella
CIt Commerical Service
c/o Pegasus Sports
PO Box 1036
Charlotte, NC 28201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,379.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.278**

SERENDIB IMPORTS INC.
Meghan C. Edge
1827 Delaware Ave
Wilmington, DE 19806

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $78,142.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.279**

ADOBE SYSTEMS INCORPORATED
75 Remittance Dr Dept 1025
Chicago, IL 60675-1025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $93,532.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.280**

NEW TIMES CREATION CO., LTD.
Linda Lee
Flat/ Rm F, Bloack 1
VIgor Industrial Bldg,
49-53 Ta Chuen Ping St
Kwai Chung Nt
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $138,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.281**

PAYTEROS, LLC
118 VIntage Park Blvd, Suite W750
Houston, TX 77070-4095

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $16,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.282

ACCELERATION PARTNERS, LLC
PO Box 83071
Woburn, MA 01813-3071

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $64,636.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.283

METROPOLITAN MANUFACTURERS, INC.
Hank Blumenfeld
450 Murray Hill Pkwy
East Rutherford, NJ 07073

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $258,449.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.284

DEMATIC
PO Box 1512
Milwaukee, WI 53201-1512

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $3,000.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.285

POWER JET INTERNATIONAL
Joann Stecca
Rm 701 13th Block Zonglvquan (Palm Spring)
Huancheng N Rd
Huangjiang Town
Dongguan, 190 523000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $26,616.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.286

ZHEJIANG UDCT INTERNATIONAL SUPPLY
Joyce Xu
No. 1, XIntang St
Taizhou
Zhejiang, 130
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $10,424.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.287

NINGBO LUMIAWELT CO. LTD.
Karen Wong
No. 850 Chengxin Rd.
Yinzhou Area
Ningbo, 130 315000
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $66,144.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.288

BSM ENTERPRISE LTD.
Daphne XIong
Minan Commercial Bldg
No 160-162 E Jinyuan Ln
Jiangdong
Ningbo 315040
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $59,486.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.289

INTERNATIONAL HOME ACCENTS LTD.
Sam Li
Room 3003, 30/F, One Midtown,
11 Hoi Shing Rd
Tsuen Wan
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $34,095.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.290

STONE MOUNTAIN USA
Bo Tieri
10 W 33rd St
Ste 728
New York, NY 10001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $34,355.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.291

GOLDBERGER INTERNATIONAL LTD.
Jeff Holtzman
Goldberger Doll Mfg. Co. Inc.
36 W 25 St
14th Floor
New York, NY 10010

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $17,907.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.292

UNION GREAT CO., LTD.
Benita Shiau
14/F-3 No 69
Sec 1 Yonghe Rd
Yonghe District
New Taipei CIty 23445
Taiwan

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $75,086.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.293

GINA GROUP LTD. (GINA HOSIERY)
Attn: Sam Gewirtz
10 W 33 St
Ste 312
New York, NY 10001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $214,466.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.294**

SIGNATURE DESIGNS (HONG KONG) LIMIT
Attn: Jack
13/F Rm 1313
Harbour Centre Tower 1
No1 Hok Cheung StHunghom
Kln Hk
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $219,829.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.295**

YOUNSAINT INDUSTRIAL LIMITED
Lf(Amerimark Interactive) PO Administration
Room 101, Bldg #42
No 258, XInzhuan Rd
Songjiang Dist
Shanghai, 20 201612
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,408.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.296**

GENERAL TRADE (INTERNATIONAL) CO.,
Karen Hsieh
Room 1013 Kenning Industrial Building
19 Wang Hoi Road
Kowloon Bay
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $422,678.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.297**

BARRINGTON STUDIOS LTD.
Ted Levenson
120 Main St.
Ste 110
Nashua, NH 03060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $101,777.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.298

NINGBO FLYINGKING IMPORT & EXPORT C
Ted Products
Room 5,Flr 15th
XIc Bldg #2,No 8 Waihuan East Rd
Yuelong St,Ninghai
Ningbo, 130 315600
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $50,411.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.299

VALIDITY, INC
Dept Ch 17384
Palatine, IL 60055-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.300

KREBS GLAS LAUSCHA GMBH
Pascale Mercier
Am Park
1
Lauscha, 16 98724
Germany

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $10,812.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.301

MADISON INDUSTRIES, INC.
Carmine Napolitano
PO Box 429
Chesterfield, MO 63006-0429

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $170.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.302

AF-EXPORTS
Mini Bypass Lakri Fazalpur Vill Mainather Near Essar Petro Pump
Moradabad, IN 244001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,803.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.303

AVAYA, INC
Attn: Shannon Weese
10600 Pennsylvania Ave
Ste 16-719
Oklahoma, OK 73130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $84,347.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.304

JINZHAI YES ARTWARE CO., LTD.
Eddie Chen
Bldg B-2 Jin Wutong Pioneer Park
Jinzhai Modern Industrial Park
Jinzhai County
Luan, 110 237300
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,494.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.305

FLOLO CORPORATION
1400 Harvester Rd
West Chicago, IL 60185-1614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,618.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.306

MACMILLAN PUBLISHERS
Elena Guzman
120 Broadway
25th Floor
New York, NY 10271

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $107,835.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.307

APDAYDREAM
Patrick Michael
6816 Greenwood Rd
Wonder Lake, IL 60097

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $44,255.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.308

CONTAINERPORT GROUP, INC
PO Box 827506
Philadelphia, PA 19182-7506

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $111,355.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.309

OLD AMERICAN INCORPORATED
19800 Macarthur Boulevard, Suite 32
Irvine, CA 92612-2421

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,891.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.310

BAZAARVOICE INC
10901 Stonelake Blvd
Austin, TX 78759-5749

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $26,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.311

GRANDMA WILD'S BISCUITS
Pascale Mercier
The Bakery
Station Rd, Steeton
Keighley, W Yorkshire BD20 6RB
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $44,300.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.312

VERIFI INC.
8023 Beverly Blvd Suite 1, Box 310
Los Angeles, CA 90048-4523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $58,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.313

PEM-AMERICA, INC.
Attn: Jewel Jiang
70 W 36th St
2nd Floor
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $511,467.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.314

READERLINK MARKETING SERVICES
Cassie Mccann
9717 Pacific Heights Blvd
San Diego, CA 92121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $226,018.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.315

YIWU VIFA IMP. AND EXP. CO., LTD.
Ray Zong
11th Floor,A8 Bldg
Headquarters Economic Park
Choujiang St
Yiwu, 130 322000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $88,956.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.316

ULINE
12575 Uline Dr
Pleasant Prairie, WI 53158

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,782.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.317

H.S.M. INTERNATIONAL
Hesh Mirpuri
15C Kee Shing Center
74-76 Kimberley Rd
Tsim Sha Tsui
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $41,430.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    L.T.D. Commodities, LLC
          Name
                                                    Case number *(if known)* 23-10444 (TMH)

**3.318**

JF Collections
Attn: Joel Ford
6409 Webber Cole Road
Kinsman, OH 44428

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319**

JABARA
Chris Ferretti
230 5th Ave
Ste 1112
New York, NY 10001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $78,382.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.320**

SEEDBALLZ-A DIVISION OF FUTURES UNL
Attn: Cathy Melvin
210 E Torrance Ave
Pontiac, IL 61764

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,641.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.321**

MIDWEST OCCUPATIONAL HEALTH M.S.
PO Box 2232
Aurora, IL 60507-2232

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.322

BREWSTER HOME FASHIONS LLC
Dave Rappaport
67 Pacella Park Dr
Randolph, MA 02368-1755

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $11,160.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.323

UL LLC
75 Remittance Drive, Suite #1524
Chicago, IL 60675-1524

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $204.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.324

TAFFY TOWN, INC.
All Purchase Orders
9813 S Prosperity Rd
West Jordan, UT 84081

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $15,093.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.325

AMERICAN CARTAGE & DISTRIBUTION LLC
250 Moonachie Road
Moonachie, NJ 07074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $390.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.326

LAKE GROUP MEDIA, INC.
PO Box 22106
New York, NY 10087-2106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $28,614.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.327

CAPTAIN MICHAEL & CO., LTD.
Kelly Yang
10/F No 48 Nanking E Rd Sec 5
Taipei
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $213,330.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.328

PRECISION PRINTING INC.
PO Box 427
Lombard, IL 60148

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $49.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.329

DIVA EXPORTS PVT LTD
Attn: Vrushali Pednekar
2nd Floor, B- Wing, Steel House
Near Paper Box, Off
Mumbai, Maharashtra 400093
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $11,543.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

**3.330**

BEAN INNOVATION
Mike Heiges
Rm1203, 12/F
No. 1 Hung To Rd
Kwun Tong
Kowloon, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $16,327.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.331**

ZEST GARDEN LTD
Amerimark Int PO All
10/F No. 143 Shin-Lin
Taipei
Taiper
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $191,892.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.332**

E. BESLER
Dave Rickert
115 Martin Lane
Elk Grove VIllage, IL 60007-1309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $141,734.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.333**

TENNANT
PO Box 71414
Chicago, IL 60694-1414

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,895.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.334

MOA INTERNATIONAL CORP.
Jih Lee
PO Box 343
7 Reuten Dr
Entrance B Ste A
Closter, NJ 07624

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $26,283.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.335

Jezign Licensing, Inc.
c/o Silverman Thompson Slutkin & White LLC
Attn: William Sinclair; Ilona Shparaga
400 E Pratt Street
Suite 900
Baltimore, MD 21202

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.336

COMMUNICATIONS DIRECT INC.
1730 WALLACE AVE
SUITE A
ST. CHARLES, IL 60174

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.337

WARD TRUCKING LLC
PO BOX 1553
ALTOONA, PA 16603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,716.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.338

Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285-5390

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $479.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.339

HARTFORD FINANCIAL SERVICES INC
P O Box 415738
Boston, MA 02241-5738

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $57,006.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.340

HIGHLIGHTS PRESS, INC.
Janine G. Webb
803 Church St
Honesdale, PA 18431

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,024.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.341

ROYAL INDIVIDUAL
Teddy
55 W 47 St
Ste 1180
New York, NY 10036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $75,039.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.342

AT & T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $39.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.343

KUTZLER EXPRESS INC
12737 60th St
Kenosha, WI 53144-7555

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $18,234.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.344

RIO INTERNATIONAL TRADING CO., LTD.
Hill Wu
Rm 912 Wanjing Bldg
No 892 Baizhang East Rd
Yinzhou
Ningbo, 130 315175
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $7,516.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.345

BOLSTER AMERICA INC.
Dave Bolster
PO Box 841
Fort Fairfield, ME 04742

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $49,315.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.346

HARVIC INTERNATIONAL
Aaron Dahab
10 W 33 St
Ste 508
New York, NY 10001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,923.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.347

FIRST COMMUNICATIONS
PO Box 182263
Columbus, OH 43218-2263

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,914.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.348

GREAT TIME INTERNATIONAL CORP.
Attn: Bill Guo
Room 304A, 3/F, BuildingC
Shum Yip, U center, #743, ZhouShi Road
Baoan District
Shenzen
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $448,035.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.349

EKATA
Dept La 24184
Pasadena, CA 91185-4184

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.350

VIM RECYCLERS, LP
922 RATHBONE AVE
AURORA, IL 60506-5877

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$51,953.94

---

3.351

JIAXING HOMENICE I/E CO., LTD.
David Fang
Bldg 22, 359 Changping Rd
Jiaxing, 130 314000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$42,749.76

---

3.352

BUCHNER
2116 W GALENA BLVD
Suite 100
Aurora, IL 60506

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$210.00

---

3.353

SCHOLASTIC INC.
Tracy Bozentka
10536 East Cannon Dr
Scottsdale, AZ 85258

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$50,279.34

3.354

CHARM ARTS COMPANY LTD.
Johnny Wan
3/F 28 Zhongcang Industry Dist
Haicang
XIamen, 150 361026
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $45,692.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.355

KAYEE INTERNATIONAL HOLDING CO., LT
Kammy Lee
8/F No 59 Sec 2 Yeong Ho Rd
Yeong Ho Dist
New Taipei CIty
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $103,147.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.356

ARCTURUS PUBLISHING LIMITED
Paul Byers
151-153 Bermondsey St
Unit 26/27
London SE1 3HA
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $12,312.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.357

LICENSE 2 PLAY INC.
Jayson Esterow
222 Purchase St.
#305
Rye, NY 10580

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,935.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  L.T.D. Commodities, LLC
        Name

Case number *(if known)* 23-10444 (TMH)

3.358

JJAAMM, LLC
Jim Broshat
9040 Highview Ln
Woodbury, MN 55125

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $8,613.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.359

DESIGNS DIRECT
Danielle Buckley
605 Philadelphia
Covington, KY 41011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $40,538.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.360

G.O.U. INTERNATIONAL CO., LTD.
Attn: Huang, Mei-Hung
13F-2, No. 146, Sec. 2, Changsha Street
Taipei 10847
Taiwan

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $27,506.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.361

CSC Generation Holdings, Inc.
8450 Broadway, Merrillville, IN 46410

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9,285,160.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.362

MOTION INDUSTRIES
PO Box 98412
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$845.77

3.363

WILLOW CREEK PRESS
Jessie Dube
9931 Highway 70 West
Minocqua, WI 54548

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$16,130.40

3.364

MUNDI LIMITED
Jay Friedman
5978 Shetland Dr
Daylestown, PA 18907

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$13,406.40

3.365

FLASH E SALES LLC
Joe Russo
15822 Arminta St
Van Nuys, CA 91406

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$970.53

**3.366**

MINAMI TAMAKI LLP
101 Montgomery St Ste 825
San Francisco, CA 94104-4168

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$9,020.00

---

**3.367**

ZEALOUS ENTERPRISE CO., LTD.
Jason Yan
Dizhi Team 105-106
Shanmeng 3rd Industrial Area
Songgang Baoan District
Shenzhen, 190 518105
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$85,683.08

---

**3.368**

BOSTON AMERICA CORP.
Matthew S. Kavet
55 Sixth Rd
Woburn, MA 01801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$32,986.80

---

**3.369**

MANTRA INC DBA MOKA
Andrew Devjani
1407 Broadway
Ste 1701
New York, NY 11747

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$16,917.56

**3.370**

SALUS BRANDS LLC
Dave Balkaran
201 E Southern Ave
Ste 206
Tempe, AZ 85282

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,349.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.371**

TRIBURG IMTIARA CONSULTANTS LLP
Attn: Ashok Kumar Sharma
182
Udyog Vihar
Phase - I
Gurugram, Haryana 122 016
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,854.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.372**

WAYEAR INTERNATIONAL LTD.
Attn: Michael Li
67 MODY RD 10/F PENINSULA CENTRE
UNIT 1010
TST EAST, KOWLOON

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $50,107.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.373**

HONG KONG BEST HOME CO., LTD
Amerimark Int PO All
Rooms 1002 10th Fl
Easey Commercial Bldg
253-261 Hennessy Rd Wan Chai
Hong Kong 518103
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $12,488.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.374

DOWN HOME USA LTD.
Jeff Golden
2210 Pine Island Road
Minnetonka, MN 55305-2427

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,815.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.375

EVERLASTING INDUSTRIAL (HK) CO., LT
Andy Chan
Rm812 Gangjian Blds
Changping Town
Dongguan CIty, 190 523576
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,211.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.376

BEATRICE HOME FASHIONS, INC.
151 Helen St
South Plainfield, NJ 07080

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $638,741.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.377

XIAMEN ONEW GIFTS CO.,LTD
Anita Feng
Rm1201 Yi Li Bai Jia Yuan
No.62 XI An Rd
XIamen, 150 361004
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $62,364.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.378

BECKER LOGISTICS INC.
PO Box 74007473
Chicago, IL 60674-7473

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $5,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.379

FAMOUS KINGDOM ENTERPRISES CO., LTD
Attn: Sheng Lee
Room 1301
HongKong Trade Center
161-167 Des Voeux Road
Central 999077
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $3,060.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.380

NINGBO JIANGBEI DOLLAR GENERAL INTL
Amerimark Int PO All
No.65,Lane 225
Kaiyuan Rd
Jiangbei Dist
Ningbo, 130 315033
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $174,184.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.381

Action Products Worldwide LLC
Attn: James DiChristofano
7521 N Milwaukee Avenue
Niles, IL 60714

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.382

AFFORDABLE EXPORTS PVT LTD
Aastha Kapoor
A-69 Sector 58
Noida, Uttar Pradesh 201301
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $152,129.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.383

THE MEMORY COMPANY
Jennifer Freeman
25 Downing Dr
Phenix City, AL 36869

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $54,696.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.384

WELCOME INDUSTRIAL CORPORATION
Mighty Tact Hz
717 North Park Ave
Burlington, NC 27217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $92,171.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.385

HARPER COLLINS CHRISTIAN PUBLISHING
Attn: Sarah Drenth
53 GLENMAURA NATIONAL BLVD
MOOSIC, PA 18507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,688.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.386**

NASSAU CANDY DISTRIBUTORS DBA AMUSE
Attn: Chandler Pedersen
530 W John St
Hicksville, NY 11801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $383,591.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.387**

AMERIMARK DIRECT, LLC
8450 Broadway
Merrillville, IN 46410

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $14,779,929.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.388**

HANGZHOU BESTCAN TEXTILE TECHNOLOGY
Amerimark Int PO All
Room 701, Bldg 1, No 12 Binwen Rd
Binjiang Dist
Hangzhou, 130 310051
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $25,802.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.389**

NANTONG LU-RI TRADING COMPANY LIMIT
Attn: LF(AmeriMark Interactive) PO Administration
13/F Baianyijia Business Center
No. 266 Haoxi Rd
Nantong, Jiangsu 226000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,284.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.390

KV TRENDS
F 27 Sector 6
Noida Uttar
Pradesh, IN 201301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $18,104.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.391

AVANTI LINENS
Suzanne Beston
234 Moonachie Rd
Moonachie, NJ 07074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $32,891.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.392

BRAND PARTNERS GROUP
Joseph Franco
413 Florence Ave
Hillside, NJ 07205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $15,346.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.393

Peak Technologies, Inc.
10330 Old Columbia, Rd. - Ste. 200
Columbia, MD 21046-2306

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $8,808.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.394

INTELEX GROUP USA
Kelly Hopkins
105 Prairie Lake Rd
Unit C/D
East Dundee, IL 60118

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $30,937.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.395

GOOD ART LIMITED
Rocky Li
Rm I, 20/F Block 2 Golden Dragon Ct
162-170 Tai Lin Pai Rd
Kwai Chung
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $35,780.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.396

JLJ Home Furnishings LLC
Doug Vanderwerf
PO Box 78262
Charlotte, NC 28271

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $29,723.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.397

NINGBO KONERLIGHT INDUSTRIAL CO., L
Tomban Shen
18/F No 16 Alley 68 Taiyu Rd
Yinzhou Dist
Ningbo, 130 315040
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $178,141.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.398

Ontel Products Corporation
Dean Israni
21 Law Dr
Fairfield, NJ 07004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.399

HOOTSUITE INC
Dept Ch 17093
Palatine, IL 60055-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.400

AMERICAN GENERAL LIFE INS. CO
PO Box 0819
Carol Stream, IL 60132-0819

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $348.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.401

INSPIRO RELIA INC.
12F LV. Locsin Bldg Ayala Cor.
Makati CIty 1226 Philippines
PHILIPPINES

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $270,445.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.402

CENTIRO SOLUTIONS INC
50 Milk St Fl 16
Boston, MA 02109-5002

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $68,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.403

PREMIER FALL PROTECTION INC
964 Commerce Dr
Union Grove, WI 53182-1070

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $1,117.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.404

COLASOFT (HONG KONG) LIMITED
19H Maxgrand Plaza, No.3 Tai
Kowloon,
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $6,035.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.405

JOBAR INTERNATIONA,L INC
Sarah Sussman
Unit 609 Global Gateway Tower
63 Wing Hong St,
Cheung Sha Wan, KLN
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $82,107.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.406

FEDEX ERS
PO Box 371741
Pittsburgh, PA 15250-7741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $64,510.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.407

PANAGIOTA (PAT) BLUMENTHAL-14255
2800 Lakeside Dr
Bannockburn, IL 60015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $201.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.408

KAA-HO INTERNATIONAL CO., LTD.
Kay Li
4/F No 15 Chung Shan N Rd
Sec 7
Taipei 111
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,510.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.409

GROOT INC
PO BOX 535233
PITTSBURGH, PA 15253-5233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,071.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.410

ZHEJIANG TOPLINE IMP & EXP CO., LTD
Echo Lu
5F Tower
B Kangenbei Building
No. 288
Hang Zhou, 130
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $66,805.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.411

HANGZHOU FULSHIN IMPORT & EXPORT CO
Helen Jin
Room 909-910 Block D Ocean International Center
Gongshu District
Hangzhou
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $26,838.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.412

UNIVERSAL CANDLE COMPANY LTD.
Sally Au
Flat B & D, 15/F
E Wah Factory Bldg
56-60 Wong Chuk Hang Rd
Aberdeen
Hong Kong

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $71,532.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.413

RELIABLE OF MILWAUKEE
Steve Komes
6737 W Washington Ave
Ste 3200
Milwaukee, WI 53214

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,603.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.414

FOTORAMA USA
Cole
615 1/2 2nd St.
Hudson, WI 54016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$26,420.04

3.415

HINKLER PTY LTD
Michael Gould
45-55 Fairchild St
Heatherton, VIC 3202
Australia

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$53,660.89

3.416

RYSON INTERNATIONAL, INC.
300 Newsome Dr
Yorktown, VA 23692-5006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$42,111.56

3.417

VERINT AMERICAS INC.
P.O. Box 978702
Dallas, TX 75397-8702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

$39,566.00

3.418

XIAMEN BENEW ARTS AND CRAFTS CO.,LT
Morgan Ye
Unit 412, No.2 Bldg.
No.8 Zhongcang Rd
Haicang Dist.
Xiamen, 150 361026
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $5,949.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.419

LIFEWARE GROUP LLC
Josephk@lifewaregroup.Comjosephk@lifewaregroup.Com
112 West 34th St
7th Fl
New York, NY 10120

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $17,499.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.420

HANGZHOU UNION DECO CO., LTD
Attn: Oda Tian
1101, Bldg A, Huaxing Pioneer Bldg
No 500 Jucai Rd
Changhe Subdistrict, Binjiang Dist
Hangzhou, 130 310051
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $34,021.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.421

AVI-SPL LLC
PO Box 844612
Boston, MA 02284-4612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $9,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.422

PLAZATEX IMPORT EXPORT CORP.
Po's/System-Generated Docs - Attn: Elie
140 58th St. Unit 4F
Box # 30
Brooklyn, NY 11220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $12,045.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.423

MRI ONLOCATION
PO Box 27023
Wellington 6011
New Zealand

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $1,198.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.424

RM TRUCKING CO
3720 River Rd Ste 100
Franklin Park, IL 60131-2171

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $29,976.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.425

PROGRESSIVE FURNITURE
Kathy Stout
PO Box 633833
CIncinnati, OH 45263

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $6,754.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

**3.426**

SYNERGISTIC INDUSTRIAL LIMITED
Rosa Liu
Unit 5 21/F Max Trade Centre
23 Luk Hop Street
San PO Kong
Kowloon
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $54,916.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.427**

ABG ACCESSORIES
Kathryn Ferrara
1000 Jefferson Ave
Elizabeth, NJ 07201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $31,630.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.428**

LEXI BRANDS LLC
Bunty Lalchandani
2715 Columbia Ave
Torrance, CA 90503

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,710.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.429**

EVERGREEN ENTERPRISES OF VIRGINIA L
Attn: Quint Clayton
5915 Midlothian Turnpike
Richmond, VA 23225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,509.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.430

LINDENMEYR CENTRAL, LINDENMEYR BOOK
3 Manhattanville Rd
Purchase, NY 10577-2123

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $907,391.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.431

MARKET UNION CO., LTD.
Amerimark Int PO All
8F, Building B16 (West Area)
No. 2560, Yongjiang Ave
Ningbo, 130 315048
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,399.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.432

PETER PAUPER PRESS
Claudine Gandolfi
3 International Dr
Ste 310
Rye Brook, NY 10573-7500

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,236.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.433

TIMOTHY WOODRUFF
807 Haight Street #2
San Francisco, CA 94117-3243

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.434

SPOONTIQUES
Don Lehman
111 Island St.
Stoughton, MA 02072

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $13,230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.435

TRANSPARENT OVERSEAS
Mr. Shrey Bansal
Opp-Pradeep Nager, Near Dholpura
Crossing, Agra Rd
Firozabad, 24 283203
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.436

AMIT EXPORTS
Animesh Mehra
A-10,E.P.I.P
Shastripuram
Agra, 24 282007
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $6,197.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.437

COMPASSO CORPORATION
2275 E Continental Blvd Ste 120
Southlake, TX 76092-9798

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $121,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.438

MANTISSA CORP
616 Pressley Rd
Charlotte, NC 28217-4607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $7,786.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.439

ULTA-LIT TREE COMPANY
John Decosmo
1989 Johns Drive
Glenview, IL 60025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $5,880.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.440

SPRING DEVELOPMENT TRADING CO., LTD
Queena/Ann
Room 1003, 10/F, Tower 1
Lippo Centre, 89 Queensway
Admiralty
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $2,816.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.441

LI & FUNG (TRADING) LTD
222, Pds Tower
4th Floor
Udyog Vlhar, Phase-1 Guargon - 122 016
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $21,584.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.442**

THE SHIVALIKA RUGS
Attn: Rahul Leekha
Risalu Rd
Near Kohinoor Resorts
Siwah
Panipat, Haryana 132103
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $94,749.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.443**

FOR BARE FEET
Chris Dolson
1201 S Ohio St
Martinsville, IN 46151

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $168,054.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.444**

OUTDOOR MARKETING GROUP, LLC
Bill Lapierre
PO Box 264
Rochester, MA 02770

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $460.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.445**

MAGID GLOVE & SAFETY MFG. CO. LLC
1300 Naperville Dr
Romeoville, IL 60446-1043

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $2,060.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.446

PAUL REILLY COMPANY
1967 Quincy Ct
Glendale Heights, IL 60139-2045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $520.04

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.447

COMMISSION JUNCTION INC
530 E Montecito St
Santa Barbara, CA 93103-3245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $519,541.02

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.448

CUDDLE BARN, INC
Kristy Zeran
340 E 2nd St.
Ste 309
Los Angeles, CA 90012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $76,437.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.449

DIGO CREATIVE ENTERPRISE LTD
Amerimark Int PO All
Bldg 1040
No. 999 Wangqiao Rd
Pudong
Shanghai, 20 201201
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $15,233.40

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.450

ABOUT FACE DESIGNS INC.
Ted Levenson
1510 Old Deerfield Rd
Ste 211
Highland Park, IL 60035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,201.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.451

CONTENT SQUARE INC
53 Beach St
New York, NY 10013-2304

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $88,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.452

MSR IMPORTS, INC.
Attn: Jonathan Rodack
6920 Central Hwy
Airport Circle Industrial Park
Pennsauken, NJ 08109-4110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $328,104.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.453

PHOENIX INTERNATIONAL PUBLICATIONS,
Valerie Anthony
8501 West Higgins Rd
Ste 300
Chicago, IL 60631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,000.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.454**

SMART TALENT (HK) TRADING LTD
Susan
A2, 8/F, Proficient Industrial Centre,
6 Wang Kwun Rd
Kowloon Bay, KLN
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,142.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.455**

PUBLICATIONS INTERNATIONAL LTD.
Steve Pogue
8140 N Lehigh Ave
Morton Grove, IL 60053

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $100,013.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.456**

SCHYLLING
Jaime Gallucio
21 High St.
Suite 400
North Andover, MA 01845

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.457**

JOSEPH JOSEPH
Attn: Paul M. McCabe/McCabe Trading
41 Madison Ave
15th Floor
New York, NY 10010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,388.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.458

JUFENG SHARE CO., LIMITED
Jesse Chang
Room 28 No. 7th Flr
Liven House, Nos.61-63
King Yip St
Kwun Tong
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $171,934.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.459

WAREHOUSE DIRECT INC
1601 W Algonquin Rd
Mount Prospect, IL 60056-5503

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $454.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.460

GRAND SALES LIMITED
VIctor Lin
4/F No 158 Lane 108 Longquan St
Banqiao Dist
New Taipei CIty 220
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $53,625.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.461

SAYERS40 INC
825 Corporate Woods Pkwy
Vernon Hills, IL 60061-3158

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,906.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.462

JEWELRY CONCEPTS, INC.
Brian Feeney
41 Western Industrial Dr
Cranston, RI 02921

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,933.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.463

CONSUMER SALES NETWORK, INC.
Attn: Scott Whittall
4801 W 81st Street
Suite 118
Bloomington, MN 55437

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.464

ACCUTIME WATCH CORP.
Isaac D. Cohen
1001 Ave of the Americas
6th Floor
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,958.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.465

JIFFY LUBE INTERNATIONAL INC
344 Montgomery Road
Montgomery, IL 60538

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $74.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.466

DIRECT HOME TEXTILES GROUP LLC
John Azzolino
95 Grove Park Ln
Woodstock, GA 30189

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $168,733.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.467

MILLENNIUM GIFTS LIMITED
Amerimark Int PO All
Hongfan Bldg
Jiangnan Industrial Zone
Quanzhou, 150
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,583.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.468

THE CUSTOM COMPANIES INC
PO Box 3270
Northlake, IL 60164-8270

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $11,186.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.469

XIAMEN SHIN HOME ARTS CO., LTD.
Lisa Cheng
4/F Tonghai Group Bldg
No 88 Changyuan Rd, (Bonded Port Area)
XIamen Area of China
(Fujian) Pilot Free Trade Zone, 150
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $39,123.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.470

FOREMOST PARTNER SERVICE LIMITED
VIctor Lin
c/o 11F No 238 Zhongyang Rd
XInzhuang District
New Taipei CIty 24251
Taiwan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $60,879.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.471

SIMON & SCHUSTER, INC.
Attn: Caitlin Morrow
PO BOX 70660
CHICAGO, IL 60673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $46,635.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.472

CHRISTIAN ART GIFTS, INC.
VIkki Mccallister
359 Longview Dr
Bloomingdale, IL 60108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $4,980.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.473

BLUECROSS BLUESHIELD OF ILLINOIS
1020 West 31st Street
Downers Grove, IL 60515-5622

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $27,044.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.474

CLARIO, INC
6600 CIty West Pkwy Ste 100
Eden Prairie, MN 55344-3261

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.475

LINON HOME DÉCOR PRODUCTS, INC.
Mindy Leitwein
22 Jericho Turnpike
#200
Mineola, NY 11501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,110.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.476

CLARUS COMMERCE LLC-LTD COMMODITIES
500 Enterprise Dr Fl 2
Rocky Hill, CT 06067-3907

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,643,825.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.477

BLUE RIDGE HOME FASHIONS, INC.
Fred Buonocore
15761 Tapia St
Irwindale, CA 91706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $306.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.478

HOGAN LOVELLS US LLP
PO Box 715890
Philadelphia, PA 19171-5890

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $149,514.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.479

Telebrands Corp.
79 Two Bridges Rd.
Fairfield, NJ 07004

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $32,731.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.480

HURSAN HAVLU ÜRETIM SAN VE TIC AS
Burçin Solmaz Taskiner
Organize Sanayi Bologesi
Turan Bahadir Cad. No:10
Honaz, 20 20330
Turkey

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $26,185.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.481

FOX CHAPEL PUBLISHING
Debra Kauntiz
903 Square St.
Mount Joy, PA 17552

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $26,180.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.482

INNOVATIVE CONTROL, INC
2836 Corporate Parkway
Algonquin, IL 60102-2564

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,525.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.483

CSC Shared Services
8450 Broadway, Merrillville, IN 46410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $278,062.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.484

JDY INTERNATIONAL INC.
2707 E. Valley Blvd
, Ste 310
West Convina,, CA 91792

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.485

PITNEY BOWES PRESORT SERVICES INC
2707 N Eola Rd Ste C
Aurora, IL 60502-4813

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.486

WOOD EXPRESSIONS INC.
John Naifeh
444 Gardena Blvd.
Bldg. A
Gardena, CA 90248

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,743.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.487

NYGALA CORP.
c/o Coface North America Insurance Company
650 College Rd E
Ste 2005
Princeton, NJ 08540

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,745.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.488

SHINE ARTS (XIAMEN) INC.
Frank Fu
Unit 401 No 5 Zhongcang Ind Area
No 29 Pingcheng W Rd
Haicang District
Xiamen 361026
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $77,187.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.489

KIBO SOFTWARE, INC
75 Remittance Dr Dept 6588
Chicago, IL 60675-6588

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $52,802.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.490

BMGM
Cassandra Reyes
1407 Broadway
Ste 803
New York, NY 10018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$3,288.88

---

3.491

Super Impulse (USA)
c/o Tucker Ellis
Attn: Jason M. Torf; Connor J. Doughty
223 South Wacker Drive
Suite 6950
Chicago, IL 60606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.492

STAPLES
500 Staples Dr
Framingham, MA 01702-4478

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,951.54

---

3.493

CATHEDRAL ART METAL CO., INC.
Don Onorato
25 Manton Ave
Providence, RI 02909

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$11,732.95

3.494

PHYSICIANS IMMEDIATE CARE-CHICAGO
PO Box 8799
Carol Stream, IL 60197-8799

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$420.00

3.495

WORTH INDUSTRIES, INC.
Bob Duncan
422 N. Chimney Rock Rd
Greensboro, NC 27410

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$34,311.17

3.496

NINGBO HIGH TIME TRADING
Attn: Fairy
No. 17
Lane 469
Yinfeng Rd.
Haishu DistNingbo 130 315000
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$323,741.33

3.497

STEVE MILLER, INC.
130 N. Ellsworth St.
Naperville, IL 60540-4621

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$53,113.75

**3.498**

EMPLOYERS EDGE
4076 Payshere Corporation
Chicago, IL 60674-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,809.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.499**

GARDEN HOUSE (HK) CO. LTD.
Rita Peng
Unit 12, 2/F Block A
Proficient Industrial Centre
6 Wang Kwun Rd
Kowloon Bay
Hong Kong

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $20,199.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.500**

Wunderkind Corporation
285 Fulton St, 74th Floor
New York, NY 10007-0089

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $293,597.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.501**

RAINBOW CREATIONS INC.
Mukesh Agarwal
Peetal Nagri, Opposite Parivartan School
Sooraj Nagar
Moradabad, 24 244001
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $76,898.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.502

SUTTON HOME FASHIONS
Joseph Sutton
295 5th Ave
Ste 1019
New York, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $269.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.503

RADIAL INC
935 First Ave
King of Prussia, PA 19406-1342

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,249.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.504

XTREME APPAREL
Albert Cohen
15 W 34th St.
3rd Flr.
New York, NY 10001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,169.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.505

PERFUME CENTER OF AMERICA INC.
Prabha Golia
2020 Ocean Ave
Ronkonkoma, NY 11779

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $131,517.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.506

RATAN TEXTILES PVT LTD
Sunit Jain
F-200-201
Epip Sitapura
Jaipur, 20 302022
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $34,522.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.507

PARKER & BAILEY CORP.
Bill Schultz
4 Walpole Park South
Walpole, MA 02081

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,918.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.508

GREENLAND HOME FASHIONS
All Po's c/o Spencer Rogers
5548 Edison Ave
Chino, CA 91710

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $25,929.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.509

YANGJIANG HOMESMART INDUSTRIAL CO.,
Lf(Amerimark Interactive) PO Administration
No 144-146 Chuangye Rd
Yangjiang, 190 529500
China

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $55,858.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.510

Heathcote & Ivory Ltd
Pascale Mercier
2 Lonsdale Rd
London NW6 6RD
United Kingdom

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $108,101.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.511

ORACLE AMERICA INC
500 Oracle Pkwy
Redwood CIty, CA 94065-1677

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $240,713.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.512

CPT INTELLIGENT TECHNOLOGIES, INC.
111 Route 31 Ste 122
Flemington, NJ 08822-4953

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.513

TRUITY PARTNERS, LLC
4807 Innovate Ln Ste 145
Madison, WI 53718-9400

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $117,195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.514

BENEFIT RESOURCE LLC
245 Kenneth Dr
Rochester, NY 14623-4301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,979.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.515

MAJESTIC GLOVE
Mark Ryker
2510 W Casino Rd
Everett, WA 98204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $72,820.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.516

M.M. HAYES COMPANY INC
16 Sage Estate
Albany, NY 12204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $6,151.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.517

LIVELY, INC
588 Sutter Street,
#214
San Francisco, CA 94102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,060.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    L.T.D. Commodities, LLC
          Name

Case number *(if known)* 23-10444 (TMH)

---

3.518

SAP AMERICA INC
3999 West Chester Pike
Newtown Square, PA 19073-2305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$273,445.96

---

3.519

CC INTERNATIONAL LLC DBA CRAFTERS C
Gary Barbee
5703 Red Bug Lake Rd
Ste 315
Winter Springs, FL 32708

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$12,517.20

---

3.520

PREM TEXTILES INTERNATIONAL
32 Ramakrishnapuram East
Karur, Tamil Nadu 63901
India

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$62,136.80

---

3.521

COGNIRA, LLC
PO Box 13415
Atlanta, GA 30324-0415

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

$48,000.00

3.522

WORKMAN PUBLISHING
General Mailbox
225 Varick St
New York, NY 10014-4381

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $32,708.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.523

ANDERSON PEST SOLUTIONS
501 W Lake St Ste 204
Elmhurst, IL 60126-1419

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $378.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.524

COTG
4 Territorial Ct Ste S
Bolingbrook, IL 60440-3531

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $7,011.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

3.525

MCSTEVENS, INC.
Alex Pava
5600 NE 88th St
Vancouver, WA 98665

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $60,744.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.526**

VRC COMPANIES, LLC
PO BOX 11407
BIRMINGHAM, AL 35246

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$237.18

**3.527**

AmeriMark Interactive, LLC
6862 Engle Road
Cleveland, OH 44130-7910

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,285,160.05

**3.528**

DELI DIRECT INC.
Melanie Donaubuaer
1420 Ensell Rd
Lake Zurich, IL 60047

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$453.55

**3.529**

ALTER AND PREECE
180 N. Lasalle Street Suite 3700
Chicago, IL 60601-2809

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

$1,980.00

3.530

HU-BUY(SHANGHAI)INDUSTRIAL CO.,LTD.
Attn: AMERIMARK INT PO ALL
Room705, Bldg B
No. 50, Lane 2700
Shanghai, Shanghai 201108
China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $5,478.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.531

CITADEL INFORMATION MANAGEMENT
1287 Naperville Dr
Romeoville, IL 60446-1186

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $1,244.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.532

KYNC DESIGN, LLC
Isra Erbas
100 Galway Pl
Teaneck, NJ 07666

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $44,385.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.533

BOSTON WAREHOUSE TRADING COMPANY
Debbie Kanter
59 Davis Ave
Norwood, MA 02062

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $19,885.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

3.534

OM ENTERPRISES
Attn: Deepanshu Gupta
PLOT NO. 153/ 627
Veerpur Industrial Area
Moradabad, Uttar Pradesh 244001
India

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.535

SUNSET VISTA DESIGNS
Connie Wong
9850 Sixth St
Rancho Cucamonga, CA 91730

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,626.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.536

MOMENTUM TELECOM INC
29361 Network Place
Chicago, IL 60673-1293

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $67,443.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

3.537

WEST SIDE ELECTRIC SUPPLY, INC
1530 N La Fox St
South Elgin, IL 60177-1249

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,947.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Debt

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor    L.T.D. Commodities, LLC
_____
Name

Case number *(if known)* 23-10444 (TMH)

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ <br><br> ☐ Not listed. Explain | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $4,132,190.94 |
| 5b. **Total claims from Part 2** | 5b. | $72,860,233.93 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $76,992,424.87 |

**Fill in this information to identify the case:**

Debtor name: **L.T.D. Commodities, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-10444 (TMH)**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | About Face Designs Inc., Janie Cheek, 1510 Old Deerfield Rd, Ste 211, Highland Park, IL 60035 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Action Products Worldwide LLC, Jason Levine, 130 Campbell Rd, Far Hills, New Jersey 07931 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Software services agreement |
| | | Adobe Systems Incorporated, Garrett Holbrook, 345 Park Ave, San Jose, CA 95110 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Affordable Exports Pvt Ltd, Aastha Kapoor, A-69 Sector 58 Noida, Uttar Pradesh, Delhi 201301 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, including any amendments thereto | Afterpay US. Inc., 760 Market Street, San Francisco, CA 94102 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Security System Agreement, including any addenda or amendments thereto or orders thereunder | Alarm Detection Systems, Inc, 1111 Church Road, Aurora, IL 60505-1905 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Allstar Marketing LLC, Josh Hamlett, 2 Skyline Dr, Hawthorne, NY 10532 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Alpro International Co., Ltd., Edward Lin, 4/F No 168 Fuhsing N Rd, Taipei, 10300 Taiwan |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Anker Play Products, LLC, Allison Riley, 420 Lincoln Rd, Ste 401, Miami Beach, FL 33139 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service subscription agreement |
| | | Avalara, Inc., Brett Page, 255 S King St, Suite 1800, Seattle, WA 98104 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription and Support Agreement |
| | | Avaya, c/o SKC Communication Products, LLC, Attn: Tim Olson, 8320 Hedge Lane Terr, Shawnee Mission, KS 66227 |
| | **State the term remaining** | 661 Days |
| | **List the contract number of any government contract** | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | B.K.S.Textiles Private Limited, Iyappan.S, 2/316 Kungumapalayam Perivu, Naranapuram Post, Tirupur Main Rd Naranapur Post, Palladam, Tamil Nadu 641664 India |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | | Bazaarvoice, Inc., Legal, 3900 N. Capital of Texas Highway, Suite 300, Austin, TX 78746 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Bissell International Trading Company, Marc Opfell, 2345 Walker Ave. N.W., Grand Rapids, Michigan 49544 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Buy-Global Inc., Jeff Mansbach, 530 Eagle Ave, West Hempstead, NY 11552 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Cala Products, Kenneth Ha, 3121 S Main St, Los Angeles, California 90007 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Software as a service license and agreement | Calero Software, LLC, PO Box 101193, Atlanta, GA 30392-1193 |
| | State the term remaining | -7 Days | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement | CardinalCommerce Corporation, Michael A. Keresman, III, 6119 Heisley Road, Mentor, OH 44060 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Cathay Home Inc., Michael Tierney, 230 Fifth Ave, Ste 215, New York, New York 10001 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | CC International LLC dba Crafters Companion, Gary Barbee, 3959 Temescal Canyon Rd, Corona, California 92883 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Software licensing and services master agreement, and any amenndments or statements of work thereto | ChannelAdvisor Corporation, Ryan Walsh, 2701 Aerial Center Parkway, Morrisville, NC 27560 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Charm Arts Company Ltd., Johnny Wan, 3/4 28 ZhongCang Dist, Haicang, Xiamen, Fujian 361026 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL MAINTENANCE AGREEMENT | CHICAGO OFFICE TECHNOLOGY GROUP, 4 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | CHICAGO OFFICE TECHNOLOGY GROUP, 4 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement | CHICAGO OFFICE TECHNOLOGY GROUP, 4 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order | CHICAGO OFFICE TECHNOLOGY GROUP, 4 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Service Agremeent | CHICAGO OFFICE TECHNOLOGY GROUP, 3 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor    L.T.D. Commodities, LLC
Name                                                    Case number *(if known)* 23-10444 (TMH)

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | China National Arts & Crafts Imp & Exp Huayoung, Jay Bao, No. 37 Yongfeng Rd, 199 Lane, Ningbo, Zhejiang 315010 China |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Christian Art Gifts, Inc., Vikki Mccallister, 359 Longview Dr, Bloomingdale, IL 60108 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, including any Orders or Statements of Work thereunder | Clario, Inc, 6600 City West Parkway, Suite 100, Eden Prairie, MN 55344-3732 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, including any amendments thereto | Clarus Commerce, LLC, Attn: Tom Caporaso, 500 Enterprise Drive, 2nd Floor, Rocky Hill, CT 06067 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Conditions of Services | Cognira, LLC, Attn: Bill Zacher, Atlanta Tech Village, 3423 Piedmont Road NE, Atlanta, GA 30305 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, including any amendments or statements of work thereto | Compasso LTD, Ernest Molinaro, 2275 E. Continental Blvd, Suite 120, Southlake, TX |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Consumer Sales Network, Inc., Scott Whittall, 4801 W 81st Street, Suite 118, Bloomington, Minnesota 55437 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Continental Home Furnishings, LF (AmeriMark Interactive) PO Admini, E - 47/1, Pocker - D, Okhla Phase - 2, Okhla Industrial Estate, New Delhi, Delhi 110020 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | NONDISCLOSURE AGREEMENT | COTG, A Xerox Company, 4 Territorial Ct, Bolingbrook, IL 60440 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Createglory Limited, Bella Bian, Unit No. A222, 3F Hang Fung Ind Bld, Phase 2, No 2G Hok Yuen St, Hunghom, Kowloon, Kowloon 999077 Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Cuddle Barn, Inc, David Ting, 340 E 2nd St., Ste 309, Los Angeles, CA 90012 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Curio Craft, Ali Haider, RTO-LAKRI Rd, Gagan Wali Main Thair, HNear F. M. Inter College, Moradabad, Uttar Pradesh 244001 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | DECRA LITE LIMITED, LF (AmeriMark Interactive) PO Admini, Unit 803 8/F., Tower I, Harbour, Centre, 1, Hok Cheung St, Honghom, Kowloon   Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Designs Direct, Danielle Buckley, 605 Philadelphia, Covington, KY 41011 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Digo Creative Enterprise Ltd, Amerimark Int PO All, Bldg 1040, No. 999 Wangqiao Rd, PuDong, Shanghai, 201201 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Discovery Inc., Mark Levie, PO Box 62, Ross, CA 94957 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Diva Exports PVT Ltd, Vrushali Pednekar, 2nd Floor, B- Wing, Steel House, Near Paper Box, Off, Mahakali Caves Road, Andheri (E), Mumbai, Maharashtra 400093 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Enchante' Accessories, Ralph S. Cohen, 16 E 34th Street, Fl 16, New York, NY 10016 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor   L.T.D. Commodities, LLC         Case number *(if known)* 23-10444 (TMH)
Name

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, including any amendments or statements of work thereto | Epsilon Data Management, LLC, 2550 Crescent Drive, Lafayette, CO 80026 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Evergreen Enterprises of Virginia LLC, Quient Clayton, 5915 Midlothian Turnpike, Richmond, VA 23225 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Exmart International Pvt.Ltd., Amerimark Int PO All, D-21 & 22 E P I P,KASNA,, Greater Noida, Uttar Pradesh 201310 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Order | Experian Marketing Solutions, LLC, 955 American Lane, Schaumburg, IL 60173 |
| | State the term remaining | -9 Days | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Famous Kingdom Enterprises Co., Ltd, Amerimark Int PO All, Room 1301, HongKong Trade Center, 161-167 Des Voeux Rd, Hong Kong, 999077 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fast Forward LLC, Michelle Quinones, 10 W 33 St, Ste 705, New York, NY 10001 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor  L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Telephony services agreement, including any amendments or agreements apurtenant thereto | First Communications, LLC, 3340 West Market Street, Akron, OH 44333 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Flooratex Rubber & Plastic (P) Ltd., Suja Jayakumar, P.R.P. Towers,, Kayamkulam, Alappuzha, Kerala 690502 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fortune 8 Sales & Marketing Inc., Rocky Oamani, 333 S Van Brunt St, Englewood, NJ 07631 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Consignment sales agreement | Fortune 8 Sales and Marketing, Attn: Ricky Pamani, 560 SYLVAN AVENUE, SUITE 2130, ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fourstar Group Inc. (Taiwan), Peter Wang, No 54 Sec 4 Min Sheng E Rd, 12/F Ming Chi Bldg, Taipei, Taiwan 10300 Republic Of China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fox Chapel Publishing, Debra Kauntiz, 903 Square St., Mount Joy, PA 17552 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fujian Metals and Minerals Import and Export Co., Ltd., Jang Liulu, 9-10/F Tian Ao Mansion, 169 Hudong Rd, Fuzhou, Fujian 350003 China |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Fullwin Household Products Co., Ltd., Jade Guan, Room 12 2nd Floor, Fuda Commercial Center Building, No. 92 Didong Street, Jiagmen, Guangdong 5290000 China |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | G.O.U. International Co., Ltd., Rainbow Huang, 4F-2 No 666-6 Sec 2 Zhongua Rd, Taipei, Taiwan 518000 Republic Of China |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Garden House (HK) Co. Ltd., Annie Lin, Unit 12, 2/F Block A, Proficient Industrial Centre, 6 Wang Kwun Rd, Kowloon Bay, Hong Kong   China |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Gemmy Industries (HK), BVI, Ltd., Doug Stewart, Unit 11, 17/F Peninsula Square, 18 Sung On St, Hunghom, Kowloon , Hong Kong China |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | General Trade (International) Co., Limited, Karen Hsieh, Room 1013 Kenning Industrial Building, 19 Wang Hoi Road, Kowloon Bay,    Hong Kong |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Glitzhome Corp. Limited, Robin Stanton, Bldg 22 Shanghai Headquarters Bay, No 2500 Xiupu Rd, Shanghai, 201315 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | GNS Impexq, Qasim, E-135 & E-136 Sec-63 Noida, Gautambudh Nagar, Noida, Uttar Pradesh 201301 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Gul Ahmed Textile Mills Ltd, Ayub Iqbal, Plot No. 368, 369, Main National Highway Landhi, Karachi,  75120 Pakistan |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Hampton Direct, Inc., Dawn Dicecco, 26500 Agoura Rd, Ste 102-271, Calabasas, California 91302 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Consignment sales agreement | Hampton Direct, Inc., Attn: Steve Heroux, 1889 Williston Road, Suite 200, South Burlington, VT 05403 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Hangzhou Bestcan Textile Technology Co., Ltd, Amerimark Int PO All, Room 701, Bldg 1, No 12 Binwen Rd, Binjiang Dist, Hangzhou, Zhejiang 310051 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Hangzhou Rena Pet Products Co.,Ltd., Nancy Fang, Room 503, Developing Bldg, Nanyuan, Yuhang District, Hangzhou, Zhejiang 311100 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Hangzhou Union Deco Co., LTD, Oda Tian, 1101, Bldg A, Huaxing Pioneer Bldg, No 500 Jucai Rd, Changhe Subdistrict, Binjiang Dist, Hangzhou, Zhejiang 310051 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Highmen (Shanghai) International Co., Ltd., LF(AmeriMark Interactive) PO Administration , No 2285 Duhui Rd, Zhuanqiao Minhang District, Shanghai, Shanghai 201108 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract | Honeywell Scanning and Mobility, 9680 Old Bailes Road, Fort Mill, SC 29707-7539 |
| | State the term remaining | 250 Days | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract | Honeywell Scanning and Mobility, 9680 Old Bailes Road, Fort Mill, SC 29707-7539 |
| | State the term remaining | 432 Days | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract | Honeywell Scanning and Mobility, 9680 Old Bailes Road, Fort Mill, SC 29707-7539 |
| | State the term remaining | 738 Days | |
| | List the contract number of any government contract | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | HT Ventures LLC dba NPW Group, Kiana Basset, 5 Twin Hills Ridge Dr, Cincinnati, OH 45230 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | HuaYuan Craft Products Co., Ltd, LF(AmeriMark Interactive) PO Administration , Bldg #B, Yihu Industry Zone, Yonghu Town, Huiyang Dist, Huizhou, Guangdong 516267 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Hu-Buy(Shanghai)Industrial Co.,Ltd., Robin Hu, Room705, Bldg B, No 50, Lane 2700 S Lianhua Rd, Minhang, Shanghai, Shanghai 201108 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease Re: Lincolnshire Location, including any amendments thereto | IHP - Tri State Asset LLC, Attn: Laurence Elbaum, 200 S Michigan Ave, 18th Floor, Chicago, IL 60604-2472 |
| | State the term remaining | 3767 Days | |
| | List the contract number of any government contract | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | In Demand Marketing LLC, Dean Israni, 5900 Sea Lion Place, Ste 140, Carlsbad , CA 92010 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Indigenius Design Works LLP, Amerimark Int PO All, Plot No 325, Sector - 07, Imt Manesar Gurgaon, Haryana 122052 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.82**

| State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement |
|---|---|

Intertwine Interactive, LLC, 5419 NW Radial Hwy, Omaha, NE 68104

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

**2.83**

| State what the contract or lease is for and the nature of the debtor's interest | Invoice |
|---|---|

ItWorks Distributing, 9239 Gross Point Road, #105, Skokie, IL 60077

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

**2.84**

| State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
|---|---|

Jingjiang shenshen Knitwear&TextileCo.,Ltd, Amerimark Int PO All, Road Jijiang West, Jingjiang, Jiangsu 214500 China

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

**2.85**

| State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
|---|---|

JJAAMM, LLC, Jim Broshat, 9040 Highview Ln, Woodbury, MN 55125

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

**2.86**

| State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
|---|---|

JLJ Home Furnishings LLC, Rory Vitale, PO Box 78262, Charlotte, NC 28271

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

**2.87**

| State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
|---|---|

Jobar Internationa,l Inc, Sarah Sussman, Unit 609 Global Gateway Tower, 63 Wing Hong St,, Cheung Sha Wan, KLN   Hong Kong

| State the term remaining | Unknown |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Jufeng Share Co., Limited, Jesse Chang, Room 28, 7th Flr Liven House, Nos. 61-63, Kwun Tong, Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | KAA-HO International Co., Ltd., Kay Li, 4/F No 15 Chung Shan N Rd, Sec 7, Taipei, 111 Taiwan |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Kerafibertsx International PVT Ltd, 53/57 Kinfra (E P I P), Infopark PO, Kakkanad, Kerala 682042 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Kole Imports, Ryan Kole, 24600 Main St, Carson, CA 90745 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | KV Trends, Ravi KMK, F 27 Sector 6, Noida, Uttar Pradesh 201301 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Liaoning Aroma International Trade Co., Ltd., Eileen Liu, No 11 Jia Fuxinsanjie, Heping District, Shenyang, Liaoning 110002 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease Re: Aurora Location, including any amendments thereto | Liberty Illinois, LP, c/o Liberty Property Limited Partnership, Attn: Vice President/City Manager, 25 Northwest Point, Suite 550, Elk Grove Village, IL 60007 |
| | **State the term remaining** | 2518 | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification | Lifeware Group LLC, Josephk@lifewaregroup.com, 112 West 34th St, 7th Fl, New York, NY 10120 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Paper Supply Agreement | Lindenmeyr Central, Attn: Legal Department, 3 Manhattanville Road, Purchase, NY 10577 |
| | **State the term remaining** | 236 Days | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Listrak, Inc., 100 West Millport Road, Lititz, PA 17543 |
| | **State the term remaining** | 51 Days | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification | M and Sons Inc., Aviad Zagori, 2750 NW 30th Way, Ste 213, Lauderdale Lakes, FL 33311 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification | Macmillan Publishers, Elena Guzman, 120 Broadway, 25th Floor, New York, NY 10271 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.100 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Market Union CO., LTD., Amerimark Int PO All, 8F, Building B16 (West Area), No. 2560, Yongjiang Ave, Ningbo, Zhejiang 315048 China

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.101 **State what the contract or lease is for and the nature of the debtor's interest**

Staffing Agreement

Masis Staffing Solutions, LLC, 1331 Grafton Street, Worcester, MA 01604

**State the term remaining**

46 Days

**List the contract number of any government contract**

---

2.102 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Master Toys & Novelties, Inc., Jim Geller, 2355 E 37 St, Los Angeles, California 90058

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.103 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

McStevens, Inc., Alex Pava, 5600 NE 88th St, Vancouver, WA 98665

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.104 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Melville Candy Company, Steve Casey, 28 York Ave, Randolph, MA 02368

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.105 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Metropolitan Manufacturers, Inc., Hank Blumenfeld, 450 Murray Hill Pkwy, East Rutherford, NJ 07073

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.106  **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Mills Gourmet, Jill Carter, PO Box 1507, Tyler, TX 75704

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.107  **State what the contract or lease is for and the nature of the debtor's interest**

Telecommunications Services Contract

Momentum Telecom, 1200 Corporate Drive , Suite 300, Birmingham, , AL 35242

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.108  **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

MSR Imports, Jonathan Rodack, 6920 Central Hwy, Airport Circle Industrial Park, Pennsauken, NJ 08109-4110

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.109  **State what the contract or lease is for and the nature of the debtor's interest**

Consignment sales agreement

MSR Imports, Inc., Attn: Jonathon Rodack, 6920 Central Hwy, Pennsauken Township, NJ 08109

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.110  **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Nantong Lu-Ri Trading Company Limited, LF(AmeriMark Interactive) PO Administration , 13/F Baianyijia Business Center, No. 266 Haoxi Rd, Nantong, Jiangsu 226000 China

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.111  **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Nassau Candy Distributors dba Amusemints, Chandler Pedersen, 530 W John St, Hicksville, NY 11801

**State the term remaining**  Unknown

**List the contract number of any government contract**

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Amiba, Leo Lau, NO.239, Wangshan Rd, Ningbo, Zhejiang 315100 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Amiba International Trade Co., Ltd, LF(AmeriMark Interactive) PO Administration , NO.239, Wangshan Rd, Jiangbei, Ningbo, Zhejiang 315100 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Bright Max CO.,Ltd, Silvia Zhong, 11F, Bldg B16 (West Area), No. 2560, Yongjiang Ave, Ningbo, Zhejiang 315048 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo High Time Trading, Fairy, No. 17, Lane 469, Yinfeng Rd., Ningbo, Zhejiang 315000 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Jiangbei Dollar General Intl. Ind. Co.,Ltd, Amerimark Int PO All, No.65,Lane 225, Kaiyuan Rd, Ningbo, Zhejiang 315033 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Konerlight Industrial Co., Ltd., Tomban Shen, 18/F No.16 Alley 68 Taiyu Road, Ningbo, Yinzhou District 315040 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Realgood International Trade Co., Ltd, Leo Lau, NO.239, Wangshan Rd, Ningbo, Zhejiang 315100 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo SKL International Co., Ltd., LF Amerimark Interactive POi Administration, 15F, Bldg 2,, Yunhui Center, Ningbo, Zhejiang 315033 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Solar Tech Imp. & Exp Co., Ltd., Amerimark Int PO All, No.239, Wangshan Rd, Jiangbei District, Ningbo, Zhejiang 315033 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ningbo Win Fun Co. Ltd., Vikki Ye, Rm 302 No 27 He Mei Cheng Plaza, No 666 Yangmuqi Rd, Hi-Tech Zone, Ningbo, Zhejiang 315040 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | NU TSAI Capital LLC DBA Holiday Bright Lights-Domestic, Anita Capman, 4433 S 96th St, Omaha, Nebraska 68127 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Occasions Limited, Chiu Chan, Room D, 9/F Hong Kong Spinners Industrial Bldg, No 601-603 Tai Nan W St, Kowloon,    Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor    L.T.D. Commodities, LLC
          Name                                                                    Case number *(if known)* 23-10444 (TMH)

2.124   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 Olympia Sales Group, LLC, Thomas A. O'Hara, 585 Hazard Ave, Enfield, CT 06082
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.125   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 OM Enterprises, Deepanshu Gupta, PLOT NO. 153/ 627, Veerpur Industrial Area, Vill
        **interest**                                                               Garidpur, Moradabad, Uttar Pradesh 244001 India
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.126   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 Omega Apparel Ltd., Paul Rosen, 463 Fashion Ave, Ste 801, New York, NY 10018
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.127   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 Ontel Products Corporation, Dean Israni, 21 Law Dr, Fairfield, New Jersey 07004
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.128   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 Open Road Brands LLC, Chris Hayes, 1425 E Douglas Ave, Wichita, Kansas 67211
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.129   **State what the contract**     Vendor Authorization and Indemnification
        **or lease is for and the**
        **nature of the debtor's**                                                 Outdoor Marketing Group, LLC, Bill LaPierre, PO Box 264, Rochester, MA 02770
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Debtor   L.T.D. Commodities, LLC
Name                                                    Case number *(if known)* 23-10444 (TMH)

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | P. Graham Dunn, Inc., Rachael Koontz, 630 Henry St, Dalton, Ohio 44618 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Parker & Bailey Corp., Bill Schultz, 4 Walpole Park South, Walpole, MA 02081 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Parth Overseas, OPP Modern Public School, Delhi Rd, Moradabad, Uttar Pradesh 244001 India |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Software license and services agreement, including any orders or statements of work thereunder | PAYMETRIC, Inc., 13430 Northwest Freeway, Suite 900, Houston, TX 77040 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, including any addenda or amendments thereto or any orders or statements of work thereunder | PAYMETRIC, Inc., Attn: Nick Sommerio, 11175 Cicero Drive, Suite 175, Alpharetta, GA 30022 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Pebbles, A. Thomas Abraham, G104, Yamuna Apt, New Delhi,  110019 India |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Pem-America, Inc., Karen Wang, 70 W 36th St, 2nd Floor, New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Penguin Random House, LLC, Lisa Dolin, 1745 Broadway, 16th Floor, New York, New York 10019 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Peter Pauper Press, Claudine Gandolfi, 3 International Dr, Ste 310, Rye Brook, New York 10573-7500 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Prem Textiles International, Velappan Cellappan Selvan, 32, Ramakrishna E, Karur, Tamil Nadu 639001 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Profit Cultural & Creative Group Corporation, Amerimark Int PO All, Unit 1-5 18/F Worldwide Plaza, 158 Wusi Rd, Fuzhou, 150 350003 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Putian Newpower Arts & Crafts Co., Ltd., Jenny Wang, 405 Hongteng Bldg, Xueyuan S Rd, Putian CIty, Fujian 351100 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Qingdao C&G International CO.,LTD, Kim Lin, Room 808 A4 Bldg, Zhujiang Plz, Shenzhen, Guangdong 518172 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Qingdao Hanshi Art Crafts Co., Ltd, Amerimark Int PO All, 206 Guocheng Rd., Chengyang Qu, Qingdao, Shandong 266109 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, including any amendments or statements of work thereto | Quad/Graphics, Inc., Attn: General Counsel, N61 W23044 Harry's Way, Sussex, WI 53089 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Paper Broker Confidentiality Agreement | Quad/Graphics, Inc., N61 W23044 Harry's Way, Sussex, WI 53089-2827 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Software as a service agreement, and any amendments or orders therto | Qualtrics, LLC, Mark Creer, 333 W. River Park Drive, Provo, UT 84604 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Quanzhou Changxing Import & Export Trading Co. Ltd, Amerimark Int PO All, No. 131, 2Fl, Xialing Lingshan, Meiling St, Jinjiang, Fujian 362200 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| Debtor | L.T.D. Commodities, LLC | Case number *(if known)* 23-10444 (TMH) |
| | Name | |

**2.148**
State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Rainbow Creations Inc., Mukesh Agarwal, Peetal Nagri, Opposite Parivartan School, Sooraj Nagar, Moradabad, Uttar Pradesh 244001 India

State the term remaining: Unknown
List the contract number of any government contract

**2.149**
State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Rajan Overseas Inc., Amerimark Int PO All, Lakrifazalpur Industrial Area, Delhi Rd, Moradabad, Uttar Pradesh 244001 India

State the term remaining: Unknown
List the contract number of any government contract

**2.150**
State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Ratan Textiles PVT LTD, Sunit Jain, F-200-201, Epip Sitapura, Jaipur, Rajasthan 302022 India

State the term remaining: Unknown
List the contract number of any government contract

**2.151**
State what the contract or lease is for and the nature of the debtor's interest
Software License & Services Agreement, including any amendments or addenda thereto

RedPrairie Corporation, Attn: Laura L. Fese, 3905 Brookside Parkway, Alpharetta, GA 30022-4429

State the term remaining: Unknown
List the contract number of any government contract

**2.152**
State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Relauxus Products LTD, Simon Eisler, 1590 Powell St, Vancouver, BC V5L1H3 Canada

State the term remaining: Unknown
List the contract number of any government contract

**2.153**
State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Renfro Corporation, Adela Abeer, 661 Linville Rd, PO Box 908, Mount Airy, North Carolina 27030

State the term remaining: Unknown
List the contract number of any government contract

| Debtor | L.T.D. Commodities, LLC | Case number *(if known)* 23-10444 (TMH) |
|---|---|---|
| | Name | |

**2.154** State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Saba Overseas Export, Mohd Shadab, Near Bus Stand, Behind ICICI Bank, Behat, Saharanpur, Uttar Pradesh 247121 India

State the term remaining
Unknown

List the contract number of any government contract

**2.155** State what the contract or lease is for and the nature of the debtor's interest
Feedback Agreement

SAP AG, Attn: Dr. Heinz Haefner and Joachim Mette, Dietmar-Hopp-Allee 16, Walldorf, 69190 Germany

State the term remaining
Unknown

List the contract number of any government contract

**2.156** State what the contract or lease is for and the nature of the debtor's interest
Software License Agreement, including any amendments, addenda, appendices, and attachments thereto and any orders or statements of work thereunder

SAP America, Inc., Attn: Eileen Gutierrez, 3999 West Chester Pike, Newtown Square, PA 19073

State the term remaining
Unknown

List the contract number of any government contract

**2.157** State what the contract or lease is for and the nature of the debtor's interest
Exhibit B Confidentiality Agreement

SAP America, Inc., Attn: Eileen Gutierrez, 3999 West Chester Pike, Newtown Square, PA 19073

State the term remaining
Unknown

List the contract number of any government contract

**2.158** State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

SAS Group, Inc., Jerry Glyn, 220 White Plains Road, Tarrytown, NY 10591

State the term remaining
Unknown

List the contract number of any government contract

**2.159** State what the contract or lease is for and the nature of the debtor's interest
Vendor Authorization and Indemnification

Scholastic Inc., Tracy Bozentka, 130 Mercer St, New York, NY 10012-3999

State the term remaining
Unknown

List the contract number of any government contract

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Seasons (HK) Ltd., Steve Amberg, 6/F Block A Chung Mei Ctr, 15 Hing Yip St, Kwun Tong, Kowloon, Hong Kong 60062 Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | Sebert, 30W741 BUTTERFIELD ROAD, Naperville, IL 60563 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | SEEDBALLZ-A Division of Futures Unlimited, Inc., Gina Bohm, 210 E Torrance Ave, Pontiac, IL 61764 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Sheen Tex India, Nitin Jain, Plot # 190-191, Sector-25 Part 2, Huda , Panipat, Haryana 132103 India |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement re Customer Programs Management | ShopToken, Inc, Attn: Phil Roselli, 118 E. Erie St, Unit 31G, Chicago, IL 60611 |
| | State the term remaining | 165 Days | |
| | List the contract number of any government contract | | |

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | ShuoMei Artcraft Co., Ltd., Allen Yang, 2/F No 15 Qilin VIllage, Songgang Town Bao'An District, Shenzhen CIty, Guangdong 518105 China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor    L.T.D. Commodities, LLC
Name

Case number *(if known)* 23-10444 (TMH)

| | | | |
|---|---|---|---|
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Simon & Schuster, Inc., Caitlin Morrow, 1230 Ave of the Americas, New York, NY 10020 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Sporticulture Inc., Ronnie Farina, 14812 Burntwoods Rd, Glenwood, MD 21738 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Snow Plowing Service | Steve Miller, Inc, 130 N Ellsworth St, Naperville, IL 60540 |
| | State the term remaining | 707 Days | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Taffy Town, Inc., Derek Glade, 9813 S Prosperity Rd, West Jordan, UT 84081 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Taiwan Merchant (H.K.) Co., Ltd., VIncent Chen, Flat/rm 1502-3, 15/F Connaught Bldg, 185 Wan Chai Rd, Wanchai, Hong Kong |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Services Contract | TBA, Inc. dba. Easy On Hold, 4341 South Westnedge Ave, East Building, Suite 2201, Kalamazoo, MI 49008 |
| | State the term remaining | 483 Days | |
| | List the contract number of any government contract | | |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Services Contract | TBA, Inc. dba. Easy On Hold, 4341 South Westnedge Ave, East Building, Suite 2201, Kalamazoo, MI 49008 |
|---|---|---|---|
| | State the term remaining | 483 Days | |
| | List the contract number of any government contract | | |

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Software as a service agreement, and any amendments or orders therto | Tealium, Inc., David Spokane; Brady Fox, 11085 Torreyana Road, San Diego, CA 92121 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Telebrands Corp., Nick Iodice, 79 Two Bridges Rd, Fairfield, NJ 07004 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | Ten Acre Gifts, LLC., Jason Hoffman, 3100 Airway, Ste 126, Costa Mesa, CA 92626 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Insurance Policy | The Cincinnati Insurance Company , Sean M. Givier, PO Box 145496, Cincinnati, OH 45250 |
|---|---|---|---|
| | State the term remaining | 6 Days | |
| | List the contract number of any government contract | | |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification | The Shivalika Rugs, Virendra Tuteja, Risalu Rd, Near Kohinoor Resorts, Siwah, Panipat, 132103 India |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement |
| | | TIDAL Software, Inc., Attn: Legal Department, 2100 Geng Road, Ste 210, Palo Alto, CA 94303-3343 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Tidy-Cup Corp., Julie Reinhold, 14143 Kirane Ct, South Beloit, Illinois 61080 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Tochit Trading Co., Limited, Jesse Lee, Rm 308 Hengbo Industrial Park, No 33 Qingning Rd, Longhua, Shenzhen, Guangdong 518109 China |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Topton Leisure Collection Ltd., Patrick Yao, 12/F Changchun Mansion, 159 Lingqiao Rd, Ningbo, Zhejiang 315000 China |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Tri Land Corporation LTD, Bob Duncan, Room 802, 8F., Tai Yau Bldg, 181 Johnston Rd, Wan Chai,    Hong Kong |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Authorization and Indemnification |
| | | Tri-Star International Trading Ltd., Annie Fok, Level 2, Kotemau Entre, No 15 Wang Hoi Rd, VAES ST., Apia,    Samoa |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.184 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Union Great Co., Ltd., Benita Shiau, 14/F-3 No 69, Sec 1 Yonghe Rd, Yonghe Dristrict, New Taipei CIty,   23445 Taiwan

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.185 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Universal Candle Company Ltd., Shirley Ho, Flat B & D, 15/F, E Wah Factory Bldg, 50-60 Wong Chuk Hang Rd, Aberdeen,   Hong Kong

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.186 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Upper Canada Soap & Candle Makers Corp., Julie Salvatore Reiner, 5875 Chedworth Way, Mississauga, Ontario L5R 3L9 Canada

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.187 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Vifa Group Limited, Maggie Dong, Headquarters Economic Park, Xinke Rd Choujiang St, Yiwu, Zhejiang 322000 China

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.188 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Viking Trading Inc., Amy Lu, 6F, No. 14, Lane 345, Yangguang St., Neihu Dist, Taipei, 11491 Taiwan

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.189 **State what the contract or lease is for and the nature of the debtor's interest**

Recycling Equipment Lease Plan

VIM Recyclers, L.P., Attn: Mark Grimm, 920 Rathbone Ave, Aurora, IL 60506

**State the term remaining**

1258

**List the contract number of any government contract**

2.190 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Weifang Kaimax Co., Ltd., Ida Liu, 3009 Wolong East Street, Weifang, Shandong 261061 China

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.191 **State what the contract or lease is for and the nature of the debtor's interest**

Program Guide

Wells Fargo Merchant Services, L.L.C., Attn: Christie Dillon, 210 S Roselle Rd, Schaumberg, IL 60193

**State the term remaining**

522 Days

**List the contract number of any government contract**

2.192 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Westminster Inc., Jon Hummel, 1900 Century Place, Suite 110, Atlanta, GA 30345

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.193 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Willow Creek Press, Jessie Dube, PO BOX 147, Minocqua, WI 54548

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.194 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

World Trading 23, Inc., Allen Kocoglu, 28904 Avenue Paine, Valencia, CA 91355

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.195 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Authorization and Indemnification

Xiamen Share-Well Industrial & Trading Corp. LTD, Amerimark Int PO All, 5th Flr of No. 391, Linhou Rd, Huli Dist, Xiamen, Fujian 361000 China

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Yangjiang Homesmart Industrial Co., Ltd., Lf(Amerimark Interactive) PO Administration, No 144-146 Chuangye Rd, Yangjiang, 190 529500 China |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Yiwu Vifa Imp. and Exp. Co., Ltd., Ray Zong, 11th Floor, A8 Bldg, Headquarters Economic Park, Choujiang St, Yiwu, Zhejiang 322000 China |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Yuntian Group Limited, Sunny Zhang, Rm 321, 2/F, Bldg 24, 957 Xixi Rd, Xihu District, Hangzhou, Zhejiang 310023 China |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Zest Garden Ltd, Amerimark Int PO All, 10/F No. 143 Shin-Lin, Taipei, Taiper,    China |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Zhangzhou Dongrong Import and Export Co., Ltd, LF(AmeriMark Interactive) PO Administration, 12/F., Jilong Bldg, Yan'an North Rd, Zhangzhou, Fujian 363000 China |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Authorization and Indemnification |
| | | Zhongxin Lighting(HK) Co., Limited, Amerimark Int PO All, Workshop10 & Common area lofter grand 3/F, Lanton Ind Bldg No 99 Wai Yip St Kl, KL, Hong Kong, |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Debtor | L.T.D. Commodities, LLC | Case number *(if known)* 23-10444 (TMH) |
|--------|-------------------------|------------------------------------------|
| | Name | |

**2.202** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

ALPRO INTERNATIONAL CO.,LTD., Attn: Edward Lin, No 168 Flushing N Rd, 4th Fl, Taipei, 10487 Taiwan

**2.203** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

ENCHANTE ACCESSORIES INC, Attn: Ralph S. Cohen, 16 E 34th Street, New York, NY 10016

**2.204** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

Hangzhou Cofna, Attn: Windy Di, No. 8-2, Jiaqi Road, Industrial District Xianlin Town, Hangzhou, China

**2.205** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

Hangzhou Rena Pet Produ, Attn: Hauping Lou, Building 1, No. 108 Changda Road, Economic Development Zone, Yuhang District, Hangzhou, 311106 China

**2.206** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

Imagine Asia Group Inc,, Attn: Kelvin Mei, No. 118 W Rd XIaogao Rd, Shounan St, Yinzhou Dist, Ningbo, 130 315154 China

**2.207** State what the contract or lease is for and the nature of the debtor's interest: Vendor Authorization
State the term remaining: Unknown
List the contract number of any government contract:

Jufeng Share Co. Limited, Attn: Jesse Chang, Room 28 No. 7th Flr, Liven House, Nos 61-63 King Yip Kwun Tong, Hong Kong, China

2.208 **State what the contract or lease is for and the nature of the debtor's interest**    Vendor Authorization

Nantong Saidi Gmts Co, Attn: ZhenLong Xu, The North of Jintong Highway (500m of the east of the Bridge No.3), Nantong, Jiangsu 226371 China

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.209 **State what the contract or lease is for and the nature of the debtor's interest**    Vendor Authorization

PEM-AMERICA (HK) CO LTD, Attn: Mandy Chong, Room 3103, 31/F Sunshine Plaza, 353 Lockhart Road, Wanchai, Hong Kong, China

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.210 **State what the contract or lease is for and the nature of the debtor's interest**    Vendor Authorization

Shuomei Artcraft Co LTD, Allen Yang, 2/F No 15 Qilin VIllage, Songgang Town Bao'An District, Shenzhen City, 190 518105 China

**State the term remaining**    Unknown

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: **L.T.D. Commodities, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-10444 (TMH)**

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | AMDRL Holdings, Inc.<br>8450 Broadway<br>Merrillville, IN 46410 | ZG Lending SPV, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | AMDRL Holdings, Inc.<br>8450 Broadway<br>Merrillville, IN 46410 | Crystal Financial LLC d/b/a SLR Credit | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | AmeriMark Interactive, LLC<br>8450 Broadway<br>Merrillville, IN 46410 | Crystal Financial LLC d/b/a SLR Credit | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | AmeriMark Intermediate Sub, Inc.<br>8450 Broadway<br>Merrillville, IN 46410 | Crystal Financial LLC d/b/a SLR Credit | ☑ D<br>☐ E/F<br>☐ G |

Debtor   L.T.D. Commodities, LLC
         Name

Case number *(if known)* 23-10444 (TMH)

2.5

AmeriMark Intermediate Holdings, LLC
8450 Broadway
Merrillville, IN 46410

Crystal Financial LLC d/b/a SLR Credit

☑ D
☐ E/F
☐ G

2.6

AmeriMark Direct, LLC
8450 Broadway
Merrillville, IN 46410

Crystal Financial LLC d/b/a SLR Credit

☑ D
☐ E/F
☐ G

2.7

Dr. Leonard's Healthcare, LLC
8450 Broadway
Merrillville, IN 46410

Crystal Financial LLC d/b/a SLR Credit

☑ D
☐ E/F
☐ G

2.8

AmeriMark Interactive, LLC
8450 Broadway
Merrillville, IN 46410

ZG Lending SPV, LLC

☑ D
☐ E/F
☐ G

2.9

AmeriMark Intermediate Sub, Inc.
8450 Broadway
Merrillville, IN 46410

ZG Lending SPV, LLC

☑ D
☐ E/F
☐ G

2.10

AmeriMark Intermediate Holdings, LLC
8450 Broadway
Merrillville, IN 46410

ZG Lending SPV, LLC

☑ D
☐ E/F
☐ G

2.11

AmeriMark Direct, LLC
8450 Broadway
Merrillville, IN 46410

ZG Lending SPV, LLC

☑ D
☐ E/F
☐ G

2.12

Dr. Leonard's Healthcare, LLC
8450 Broadway
Merrillville, IN 46410

ZG Lending SPV, LLC

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: **L.T.D. Commodities, LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-10444 (TMH)**

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 05/11/2023 | /s/ Stuart Noyes |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Stuart Noyes |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |